# EXHIBIT 18

```
                                                                    Page 1
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2            CASE NO. 11-20427-WILLIAMS/TURNOFF
 3    DISNEY ENTERPRISES, INC.,              )
      TWENTIETH CENTURY FOX FILM             )
 4    CORPORATION, UNIVERSAL CITY            )
      STUDIOS PRODUCTIONS LLLP,              )
 5    COLUMBIA PICTURES INDUSTRIES           )
      INC., and WARNER BROS.                 )
 6    ENTERTAINMENT INC.,                    )
                                             )
 7                 Plaintiffs,               )
                                             )
 8    -vs-                                   )
                                             )
 9    HOTFILE CORP., ANTON TITOV,            )
      and DOES 1-10,                         )
10                                           )
                   Defendants.               )
11    _____)
                                             )
12    HOTFILE CORP.,                         )
                                             )
13                 Counterclaimant,          )
                                             )
14       -vs-                                )
                                             )
15    WARNER BROS. ENTERTAINMENT, INC.,      )
                                             )
16                 Counterdefendant.         )
                                             )
17
          VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
18
                              OF
19
                       RUMEN STOYANOV
20
                     HIGHLY CONFIDENTIAL
21
              on Thursday, December 8, 2011
22               commencing at 9:10 a.m.
                       Taken at:
23               The Raddison Blu Hotel
                     Sofia, Bulgaria
24    Job Number:    43401
25    Reported by:   Thelma Harries, MBIVR, ACR
```

```
                                                              Page 19
1          A     Yes.
2          Q     Was that sometime in 2008?
3          A     Yes.
4          Q     Whose idea was it?
5          A     Mine.
6          Q     Where did you get the idea?
7          A     I heard from friends that, when they
8    work as a team and they need to perform different
9    tasks, they have difficulties coordinating
10   different tasks between different members, so it
11   would be good if they have a webspace where they
12   can upload their materials so everyone will be able
13   to check on the progress of the others and download
14   whatever all the others have uploaded.  And then --
15   and then, when they meet, all of them can know
16   where have the others gone, vis-à-vis the
17   development of the respective project, rather than
18   exchange all the e-mails for all the progress.
19         Q     At the time, were you familiar with
20   a website by the name of RapidShare?
21         A     At the time, no.
22         Q     Were you aware at the time of
23   a website by the name of MediaFire?
24         A     No.
25         Q     Were you aware of a website called
```

Page 20

1  MegaUpload?
2       A    No.
3       Q    At the time you founded Hotfile, were
4  you aware of any other file sharing services?
5       A    Yes.
6       Q    Which ones?
7       A    All of these you just listed.
8       Q    I'm a little confused. I thought you
9  had just testified that you were not aware of those
10 sites at the time?
11      A    So, to clarify. At the time of the
12 initial discussion with my friends that they do
13 need a webspace where they can upload all their
14 files, no, I was not aware of the existence of all
15 these others which you mentioned.
16      Q    But at the time that you actually
17 founded the company, you were aware of them?
18      A    Yes.
19      Q    Thank you for the clarification.
20           Around when -- around when was this
21 initial conversation with your friend that you just
22 testified to?
23      A    I can't say for sure. It must have
24 been in the summer of 2008.
25      Q    Okay, so a couple of months before

Page 25

1  incentive to use our hosting website because that,
2  in a way, generates additional interest for them to
3  use our site.
4  BY MR PLATZER:
5      Q     When you came up with the idea for
6  the affiliate programme, was it your purpose to
7  attract users who wanted people to download their
8  files frequently?
9      A     The original idea was to attract more
10 users because it is my belief that the larger the
11 website is the better for the business it will be.
12     Q     Well, how did you intend for the
13 affiliate programme to attract users?
14     A     So whenever someone wants to share
15 a file, they have a number of different options
16 whether they would use e-mail, us, or a competitive
17 hosting service.  So the affiliate system will
18 assistant the decision-making process and will
19 incentivise people to use our services.
20     Q     So you would agree, then, that the
21 affiliate programme is designed to attract users
22 who want to share their files with a lot of people?
23          MR LEIBNITZ:  Objection to the extent
24 it attempts to mischaracterise prior testimony.
25          THE WITNESS:  The affiliate system

```
                                                        Page 26
 1   was designed to attract more users notwithstanding
 2   the amount of sharing of their files.
 3   BY MR PLATZER:
 4       Q     Well, what is the minimum number of
 5   downloads of a user's file that need to be
 6   completed before the affiliate programme pays the
 7   user?
 8       A     The affiliate programme will start
 9   working even with one download.
10       Q     But does the user receive payment
11   from the affiliate programme if their file is only
12   downloaded one time?
13       A     Theoretically, yes, but in practical
14   terms, no, because the amount will be extremely
15   small.
16       Q     In practical terms, a user's file
17   needs to be downloaded thousands of times before
18   they start receiving payment, correct?
19           MR LEIBNITZ:   Objection.
20   Argumentative.
21           THE WITNESS:   No, that is not really
22   the case.
23           During the different periods of the
24   operation of the site the affiliate programme has
25   different forms of remuneration.  The affiliate
```