# EXHIBIT 19

HIGHLY CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2          CASE NO. 11-20427-WILLIAMS/TURNOFF
 3
     DISNEY ENTERPRISES, INC.,              )
 4   TWENTIETH CENTURY FOX FILM             )
     CORPORATION, UNIVERSAL CITY            )
 5   STUDIOS PRODUCTIONS LLLP,              )
     COLUMBIA PICTURES INDUSTRIES           )
 6   INC., and WARNER BROS.                 )
     ENTERTAINMENT INC.,                    )
 7                                          )
                 Plaintiffs,                )
 8                                          )
         -vs-                               )
 9                                          )
     HOTFILE CORP., ANTON TITOV,            )
10   and DOES 1-10,                         )
                                            )
11               Defendants.                )
                                            )
12   _____)
                                            )
     HOTFILE CORP.,                         )
13                                          )
                 Counterclaimant,           )
14                                          )
         -vs-                               )
15                                          )
     WARNER BROS. ENTERTAINMENT, INC.,      )
16                                          )
                 Counterdefendant.          )
17                                          )
18      VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
19                          OF
20                    ATANAS VANGELOV
21                 HIGHLY CONFIDENTIAL
22             on Wednesday, December 7, 2011
                    commencing at 9:10 a.m.
23   Reported by:
                       Taken at the offices of
24   Thelma Harrie        RADDISON BLU HOTEL
                            SOFIA, BULGARIA
25   Job# 43403
```

HIGHLY CONFIDENTIAL

Page 42

1  to whom the assets were sold.
2              THE WITNESS: They were sold to
3  a Canadian company.
4  BY MR PLATZER:
5      Q    When you founded Hotfile, were you
6  worried that the website could subject you to legal
7  liability?
8              MR LEIBNITZ: I'll object as vague
9  and ambiguous.
10             THE WITNESS: As far as I remember,
11 we didn't, because it was a perfectly legitimate
12 business.
13 BY MR PLATZER:
14     Q    You weren't concerned that legal
15 proceedings would be brought against Hotfile?
16             MR LEIBNITZ: Objection as to form.
17 Asked and answered. Vague and ambiguous.
18             THE WITNESS: When you do business on
19 the Internet, you know that in America and around
20 the world everyone is suing everyone for
21 everything, so...
22             But we were not concerned because it
23 was a -- it was a business that existed on the
24 Internet long before we started it; the business
25 model.

HIGHLY CONFIDENTIAL

Page 108

1    terminated its affiliate programme?
2            A    I've heard so, but I cannot be sure.
3            Q    Who, in your opinion, are Hotfile's
4    main competitors in the file sharing space today?
5            MR LEIBNITZ:  Objection.  By its
6    terms, this question calls for opinion testimony.
7    This witness is a fact witness.
8            THE WITNESS:  I don't know.
9    BY MR PLATZER:
10           Q    Would you consider RapidShare
11   a competitor?
12           MR LEIBNITZ:  Same objection.
13           THE WITNESS:  I don't know.  Could
14   be.
15   BY MR PLATZER:
16           Q    Do you consider FileSonic
17   a competitor?
18           A    I don't know.
19           Q    Do you consider MediaFire
20   a competitor?
21           A    I don't know.
22           Q    Are there any websites that you
23   consider competitors to Hotfile?
24           A    I would not like -- I don't like to
25   specify, but I think that every hosting and cloud

HIGHLY CONFIDENTIAL

Page 109

1  service on the Internet is a competitor to Hotfile.
2          Q   Okay.  Can you name, then, some of
3  the sites that you believe to be Hotfile's
4  competitors?
5          A   I would say that a site that could be
6  a Hotfile competitor is livedrive.com.
7          Q   Any others?
8          A   As I said, maybe Google, also.  They
9  have their cloud services.
10         Q   Is that Google Docs?
11         A   I think so, yes.
12         Q   Do you consider Hotfile to be
13 providing the same type of service as Google Docs?
14             MR LEIBNITZ:  Objection.  This line
15 of questioning calls for opinion testimony.
16             THE WITNESS:  You can host something
17 in -- in their clouds.  You can host something in
18 their Hotfile clouds services.
19 BY MR PLATZER:
20         Q   Does FileSonic have an affiliate
21 programme?
22         A   I don't know.
23         Q   Does MediaFire?
24         A   I don't know.
25         Q   Does Google Docs?

Page 153

1    an English expert.
2    BY MR PLATZER:
3         Q    Well, tell -- tell me.  Why don't
4    we -- tell me what you think --
5              MR LEIBNITZ:  Hold on.  Are you
6    finished with your -- please let him finish his
7    answers.
8              (To the witness)  Did you have more?
9              THE WITNESS:  I was going to answer
10   to your question, but let's start again.
11   BY MR PLATZER:
12        Q    Why don't you finish your answer?
13        A    Please ask the question again.
14        Q    Do you recall the context in which
15   Mr Chuburov wrote the e-mail to you at the top of
16   this chain?
17        A    Yes, I recall.
18        Q    And can you tell me what the context
19   was?
20        A    I requested this tool to be created
21   from him, and, from what I read of his responses,
22   he says that, ten days after the reporting of the
23   file, the file stays pending and, if there is a
24   counter-notification, then the file is deleted.
25             So what he says in the context is

1   that these 10 days we cannot qualify who is the
2   rightful owner of this file that is removed.  So,
3   from my understanding, he writes his concern that,
4   if we put a link to a third party from a link that
5   doesn't belong -- for the deleted work that doesn't
6   belong to this third party, it could be trouble for
7   us.
8              But I -- I have to tell you that
9   I'm -- I'm surprised by the legal conclusions that
10  is made by a technical employee of Blue Ant,
11  because he was -- he was not asked for any legal
12  opinion on this.  He was asked to create a software
13  programme.
14         Q    Had you had any conversations with
15  him before this e-mail about the circumstances
16  under which Hotfile might be legally liable for
17  a copyright infringing file on the service?
18         A    I don't refer for such conversations
19  but, from what I see in the e-mail, he is referring
20  to the new IP policy.  So maybe -- this would be
21  speculation -- but maybe he went and read the --
22  the intellectual property policy on the website,
23  and that's why he gave this legal conclusion of
24  him.  And I must say that he's a technical
25  programmer and not a legal expert and nobody was

1   asking for his legal opinion on this matter.
2       Q   Did you have any communications with
3   him about this issue subsequent to this e-mail?
4       A   Sorry, I'm not sure that I know the
5   question.  Can you please rephrase?
6       Q   After this e-mail, did you continue
7   to discuss this issue with him?
8       A   I'm not sure, but I -- I think that
9   what was asked from him was done and, as long as
10  I remember, it's probably this was the end of this
11  conversation about this tool from him, but I cannot
12  say for sure.
13      Q   Did you disagree with the legal
14  opinion that he expresses in the top e-mail of this
15  chain?
16          MR LEIBNITZ:  Well, objection,
17  counsel.  You're asking a lay witness to give
18  opinion testimony which, in itself, is asking for
19  a legal opinion from somebody who is not a lawyer.
20          MR PLATZER:  It goes to intent, Andy.
21          THE WITNESS:  He was not asked for
22  any legal opinion.  It is clear what my order to
23  him was, and so I entirely disregarded his legal
24  opinion, because he is not a legal expert, and he
25  was not asked for any opinion in the first place.

HIGHLY CONFIDENTIAL

Page 156

1   BY MR PLATZER:
2        Q    Did you express any disagreement with
3   him after this e-mail?
4        A    I cannot say for sure.  I probably
5   disregarded it, because he was, as I told you, he
6   was a technical person, software developer, so I
7   didn't need his opinion, and I didn't feel the need
8   to.  I didn't take his opinion very serious.
9             I cannot rely on opinion about the
10  policies of Hotfile of a technical person, a
11  database and programme software developer, for many
12  matter.
13       Q    Do you know why he said "Ten days
14  after a report, we pretend we don't know"?
15            MR LEIBNITZ:  Objection.  Calls for
16  pure speculation.
17            THE WITNESS:  Yes.  I think that what
18  he meant with this is the concern of his that is
19  mentioned a few rows below, and it's that,
20  according to the IP policy, 10 days after the
21  report, of the file, the file is pending.
22            So he probably meant that, during
23  this 10 days, we cannot say for sure if the file is
24  violating any copyrights or not.  That means --
25  probably that is the meaning that he wanted to

```
1    express with his e-mail.
2    BY MR PLATZER:
3         Q    Well, he's not talking about the ten
4    days that the notice is pending here.  Here he's
5    talking about what happens after those ten days are
6    over.
7              MR LEIBNITZ:  Well, is that
8    a question?
9              THE WITNESS:  No, that's not true.
10   BY MR PLATZER:
11        Q    Why is it not true?
12        A    Because what he says is, according to
13   our new IP policy, ten days after a report, we
14   pretend that we don't know.
15             That's the meaning of what I said to
16   you just one moment ago;  that these ten days after
17   the reporting of the file there is alleged
18   copyright infringement, but, before we receive or
19   not receive counter-notification from the user that
20   it was alleged for the copyright infringement
21   materials, we cannot know that -- we may assume but
22   we cannot know for sure.
23             So I think that in both his e-mails
24   to me he is referring just to these ten days.
25             MR PLATZER:  Okay.  You can put that
```