# EXHIBIT 20

HIGHLY CONFIDENTIAL

```
 1                  UNITED STATES DISTRICT COURT

 2                  SOUTHERN DISTRICT OF FLORIDA

 3

 4    DISNEY ENTERPRISES, INC.,        )
      TWENTIETH CENTURY FOX FILM       )
 5    CORPORATION, UNIVERSAL CITY      )
      STUDIOS PRODUCTIONS LLP,         )
 6    COLUMBIA PICTURES INDUSTRIES,    )
      INC., AND WARNER BROS.           )
 7    ENTERTAINMENT, INC.,             )
                                       )
 8                    Plaintiffs,      )
                                       )
 9         vs.                         )No. 11-20427-Jordan
                                       )
10    HOTFILE CORP., ANTON TITOV,      )
      AND DOES 1-10,                   )
11                                     )
                      Defendants.      )
12                                     )

13

14                    HIGHLY CONFIDENTIAL

15         30(b)(6) Deposition of Warner Bros.

16                     Entertainment, Inc.

17             by and through DAVID KAPLAN

18             WEDNESDAY, OCTOBER 12, 2011

19                 LOS ANGELES, CALIFORNIA

20

21    ATKINSON-BAKER, INC.
      COURT REPORTERS
22    (800) 288-3376
      www.depo.com
23
      REPORTED BY:   JEANINE CURCIONE
24                   CSR NO. 10223, RPR

25    FILE NO.: A505CAB
```

1

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q. Mr. Bentkover in the e-mail below that | 12:19:30 |
| 2 | had written to Mr. Fronda, "Thanks, but we can't | 12:19:33 |
| 3 | have a system where we take down items we | 12:19:38 |
| 4 | shouldn't -- which shouldn't be removed." Is that | 12:19:44 |
| 5 | Warner's position? | 12:19:45 |
| 6 | A. I would modify that to say we know that | 12:19:54 |
| 7 | any system is going to result in some errors. | 12:19:56 |
| 8 | That's just the nature of doing antipiracy work at | 12:20:00 |
| 9 | scale, but our goal should always be to reduce | 12:20:02 |
| 10 | those errors and any time we find that there's an | 12:20:04 |
| 11 | error take action to correct it. | 12:20:07 |
| 12 | Q. Did Warner always take action to | 12:20:10 |
| 13 | correct errors? | 12:20:13 |
| 14 | A. Yes. | 12:20:13 |
| 15 | Q. Even before the April deposition | 12:20:14 |
| 16 | notice? | 12:20:16 |
| 17 | A. Yes. | 12:20:17 |
| 18 | Q. Let me go back to your testimony about | 12:20:53 |
| 19 | Warner, what Warner does do with respect to | 12:21:00 |
| 20 | checking the results of the robot, and I think you | 12:21:05 |
| 21 | referred to particularly that the results of the | 12:21:14 |
| 22 | notice sending robot are checked. | 12:21:17 |
| 23 | A. Yes. | 12:21:23 |
| 24 | Q. And you referred to daily audits; is | 12:21:23 |
| 25 | that right? | 12:21:27 |

HIGHLY CONFIDENTIAL

```
 1      A.  Yes.                                              12:21:27
 2      Q.  And when did the daily audits start?              12:21:28
 3      A.  Into the real phase of it mid August.             12:21:36
 4      Q.  Of this year?                                     12:21:39
 5      A.  Yeah.  I mean, there was a little bit             12:21:40
 6  beforehand where we were sort of figuring out how         12:21:42
 7  it was going to work and the processes, but when          12:21:44
 8  it actually started the way it's currently running        12:21:47
 9  mid August.                                               12:21:55
10      Q.  How is it currently running?                      12:21:56
11      A.  Currently every two minutes a link is             12:21:57
12  extracted at random from the scanning and put into        12:21:59
13  a separate spreadsheet, so you wind up having             12:22:02
14  about 600 or so links over the course of a day,           12:22:07
15  and those links are manually reviewed, meaning            12:22:10
16  someone looks at those links and the URLs in them         12:22:13
17  and the posts, and determines whether or not based        12:22:16
18  on those they think there's been an error.                12:22:19
19          In addition to that 10 percent of those           12:22:32
20  are picked at random and downloaded or attempted          12:22:34
21  to be downloaded to be reviewed.                          12:22:41
22      Q.  So the content of that 10 percent is              12:22:45
23  reviewed?                                                 12:22:48
24      A.  Yes.  If it's -- not every instance is            12:22:50
25  it possible to download the content but an attempt        12:22:55
```

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | being put forth, not just that April notice but | 12:24:06 |
| 2 | the ones that followed. | 12:24:09 |
| 3 | Q. What was the audit process before | 12:24:17 |
| 4 | April 2011? | 12:24:19 |
| 5 | MR. FABRIZIO: Objection. Vague as to | 12:24:21 |
| 6 | time. | 12:24:22 |
| 7 | THE WITNESS: The process was that the | 12:24:23 |
| 8 | daily results of scans would be looked at by Brett | 12:24:26 |
| 9 | and people -- interns in his office, and if things | 12:24:33 |
| 10 | stood out -- I think I said this before actually. | 12:24:40 |
| 11 | If there were titles or robots that looked like | 12:24:43 |
| 12 | anomalies then those would be investigated. | 12:24:45 |
| 13 | Q. But how would they determine which | 12:24:48 |
| 14 | links to look at? | 12:24:51 |
| 15 | A. They would -- they'd -- the scan would | 12:24:54 |
| 16 | include sort of everything. They would like scan | 12:24:57 |
| 17 | through everything. | 12:24:59 |
| 18 | Q. Scan with their own eyes? | 12:25:00 |
| 19 | A. With their eyes. | 12:25:02 |
| 20 | Q. How many thousands of links on a daily | 12:25:04 |
| 21 | basis would they scan through? | 12:25:06 |
| 22 | MR. FABRIZIO: Objection. Vague as to | 12:25:08 |
| 23 | time. | 12:25:09 |
| 24 | THE WITNESS: Right. It depends on the | 12:25:09 |
| 25 | time period. | 12:25:11 |

115

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | you're acting on them.  So it could be 5 percent. | 13:52:01 |
| 2 | The idea is that there's no level -- there's no | 13:52:07 |
| 3 | false positive that's returned that our attitude | 13:52:08 |
| 4 | should be this is an acceptable rate.  We | 13:52:12 |
| 5 | shouldn't do anything about that false positive. | 13:52:15 |
| 6 | We should always be working to reduce the number | 13:52:19 |
| 7 | of false positives. | 13:52:21 |
| 8 |     Q.  BY MR. THOMPSON:  And when you say act | 13:52:23 |
| 9 | upon it, besides adding exclude words what do you | 13:52:24 |
| 10 | mean? | 13:52:28 |
| 11 |     A.  It might be change the way the search | 13:52:28 |
| 12 | is running, meaning narrowing the search terms. | 13:52:32 |
| 13 | Adding exclude words as you've described.  It | 13:52:37 |
| 14 | could be taking the robot off line all together if | 13:52:40 |
| 15 | we think the site architecture has changed such | 13:52:44 |
| 16 | that we can't reliably crawl the site. | 13:52:47 |
| 17 |     Q.  This e-mail also refers to the system | 13:52:54 |
| 18 | being down to work on the false positive issue. | 13:52:56 |
| 19 | This is the first page and this is Mr. Boivin in | 13:52:58 |
| 20 | the middle of the page. | 13:53:01 |
| 21 |     A.  Yes. | 13:53:02 |
| 22 |     Q.  Was the Warner Bros.' computer system | 13:53:04 |
| 23 | using Kapow shut down to work on the false | 13:53:09 |
| 24 | positive issue? | 13:53:12 |
| 25 |     A.  The way you phrase it isn't exactly | 13:53:14 |

144

HIGHLY CONFIDENTIAL

```
 1   correct, but I think --                            13:53:16
 2        Q.   What was shut down?                      13:53:17
 3        A.   We turned off the scanning robots all    13:53:19
 4   together, all of them, and then we looked at      13:53:25
 5   results going back several months for each title  13:53:29
 6   and then if there needed to be adjustments made to 13:53:34
 7   exclude words or things like that that we         13:53:40
 8   discovered we made those changes, and then when we 13:53:43
 9   were satisfied that we weren't going to see that  13:53:45
10   same issue again with respect to that title, we   13:53:49
11   turned the robot back on.                         13:53:52
12        Q.   When was the system shut down?          13:53:57
13        A.   Augustish.  I mean, early August maybe. 13:54:03
14        Q.   This refers to a date of August 15.     13:54:05
15   Does that sound right?                            13:54:10
16        A.   It was down on that date.  It could     13:54:11
17   have been [done a little bit before that as well. 13:54:13
18        Q.   How many days was it down?              13:54:18
19        A.   It went up -- again, it went up title   13:54:19
20   by title so I don't mean to be confusing you.  The 13:54:21
21   robots were not taken off line, we just eliminated 13:54:27
22   all the titles they'd be searching for basically. 13:54:31
23   In other words, we made them a priority that      13:54:36
24   wouldn't match one of the priorities they were    13:54:38
25   looking for so that the robots were still there   13:54:40
```

HIGHLY CONFIDENTIAL

```
 1    but they weren't looking for any titles.              13:54:42
 2         Q.   Okay.                                       13:54:44
 3         A.   And then after vetting each title in        13:54:44
 4    order of priorities -- we did all the priority 1's    13:54:47
 5    first -- we would turn that title back on             13:54:51
 6    essentially.                                          13:54:53
 7         Q.   And you said you went back several          13:54:54
 8    months for the results?                               13:54:56
 9         A.   Yes.                                        13:54:57
10         Q.   What do you mean by that exactly?           13:54:58
11         A.   That we exported from our database the      13:54:59
12    information we had about the takedowns.               13:55:08
13         Q.   So this shows prior takedowns for the       13:55:10
14    last two months or more?                              13:55:13
15         A.   I think we went back three months.          13:55:15
16         Q.   Three months.  And it went by the           13:55:17
17    priority of the titles?                               13:55:21
18         A.   In terms of the vetting process, yes,       13:55:22
19    it did go by priority level.                          13:55:25
20         Q.   So with respect to that historical data     13:55:28
21    that showed actual takedowns as opposed to            13:55:32
22    nonaction?                                            13:55:36
23         A.   Correct.                                    13:55:40
24         Q.   In the course of finding -- examining       13:55:40
25    those -- those actual takedowns, did you find         13:55:42
```

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A. Same thing as when we were discussing | 16:40:48 |
| 2 | the previous example. For Little Red Riding Hood | 16:40:51 |
| 3 | in Spanish, that the person posted the | 16:40:53 |
| 4 | JDownloader -- link to JDownloader along with the | 16:40:57 |
| 5 | post to the pirated file and in an effort to get | 16:41:00 |
| 6 | people to click on it so that it would be | 16:41:04 |
| 7 | downloaded real quickly. | 16:41:09 |
| 8 | Q. The Sims 3 is one of the EA files; | 16:41:12 |
| 9 | correct? | 16:41:14 |
| 10 | A. I think it is. | 16:41:15 |
| 11 | Q. And we've covered this before, but to | 16:41:16 |
| 12 | be clear, Warner did not have pre-authorization | 16:41:19 |
| 13 | from EA to delete this file, did it? | 16:41:20 |
| 14 | MR. FABRIZIO: Objection to form. | 16:41:26 |
| 15 | Q. BY MR. THOMPSON: To ask for the | 16:41:28 |
| 16 | deletion of the file? | 16:41:28 |
| 17 | MR. FABRIZIO: Same objection. | 16:41:30 |
| 18 | THE WITNESS: Correct. Assuming that this | 16:41:32 |
| 19 | is -- assuming this is an EA file in which we do | 16:41:35 |
| 20 | not have rights, that's correct. | 16:41:39 |
| 21 | MR. FABRIZIO: Please don't speculate. | 16:41:43 |
| 22 | Q. BY MR. THOMPSON: Number 90 also looks | 16:41:50 |
| 23 | to be a JDownloader file or at least the reference | 16:41:53 |
| 24 | is JDownloader in the URL, and the conclusion now | 16:41:56 |
| 25 | refers to Sherlock Holmes. Is that the same | 16:42:02 |

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | explanation that both Sherlock Holmes and | 16:42:08 |
| 2 | JDownloader were part of this link or were | 16:42:10 |
| 3 | included in this link? | 16:42:13 |
| 4 | MR. FABRIZIO: Objection to form. | 16:42:15 |
| 5 | THE WITNESS: They weren't on the same | 16:42:17 |
| 6 | link. They were included on the same post page | 16:42:18 |
| 7 | under the title Sherlock Holmes 2009 TS screen or | 16:42:22 |
| 8 | Xvid. | 16:42:26 |
| 9 | Q. So when you were saying before the | 16:42:30 |
| 10 | Little Red Riding Hood situation, was that the | 16:42:32 |
| 11 | same where it's on just on the post page? It's | 16:42:36 |
| 12 | not the same link, it's the same post page? | 16:42:39 |
| 13 | A. Right. The link to JDownloader -- I | 16:42:42 |
| 14 | didn't see the page, but normally -- typically the | 16:42:43 |
| 15 | link to JDownloader would be right next to the | 16:42:46 |
| 16 | links for the pirated work. | 16:42:48 |
| 17 | Q. And all the links on that page -- we've | 16:42:55 |
| 18 | covered this -- but all the links are deleted? | 16:42:58 |
| 19 | MR. FABRIZIO: Objection to form. Lacks | 16:43:02 |
| 20 | foundation. | 16:43:02 |
| 21 | THE WITNESS: For a site like Warez-BB, | 16:43:03 |
| 22 | yes. | 16:43:07 |
| 23 | Q. BY MR. THOMPSON: And for a site like | 16:43:07 |
| 24 | Warez-BB to this day Warner Bros. would delete the | 16:43:08 |
| 25 | entire page and not separately examine each link. | 16:43:12 |

HIGHLY CONFIDENTIAL

```
 1   view it facilitates infringement, but the fact is    16:46:27
 2   that Warner had no right to take down the            16:46:30
 3   JDownloader files; is that right?                    16:46:33
 4        MR. FABRIZIO: Objection to form. Asked          16:46:36
 5   and answered and now calls for a legal conclusion.   16:46:36
 6        Q.  BY MR. THOMPSON: Is that correct?           16:46:39
 7        A.  I'm not sure I would necessarily go to      16:46:39
 8   that place with the conclusion.                      16:46:42
 9        Q.  Well, speaking on behalf of Warner,         16:46:44
10   does Warner contend it had the legal right to take   16:46:46
11   down the JDownloader file?                           16:46:49
12        MR. FABRIZIO: Objection to form. Calls          16:46:52
13   for a legal conclusion.                              16:46:54
14        THE WITNESS: I would say that the -- that       16:46:54
15   wasn't the intention of the -- we didn't intend to   16:47:00
16   take down JDownloader, but I'm not prepared to say   16:47:04
17   that we would have no legal right to take down       16:47:06
18   JDownloader in some circumstances at least.          16:47:10
19        Q.  BY MR. THOMPSON: What would give            16:47:12
20   Warner the right to take down the JDownloader        16:47:13
21   files reflected in rows 89 and 90 on Exhibit 13?     16:47:14
22        MR. FABRIZIO: Objection to form. Calls          16:47:22
23   for a legal conclusion.                              16:47:23
24        THE WITNESS: I have not fully thought           16:47:24
25   about this or investigated all legal arguments       16:47:27
```

236