# EXHIBIT 24

| | |
|---|---|
| **From:** | Boivin, Bret |
| **To:** | Sommer, Christian |
| **Sent:** | 8/15/2011 3:51:19 AM |
| **Subject:** | RE: Audit CSV for 2011-08-13 |

Shut down to work on the false positives issue, it is still mostly shut down - working with LA.

B

-----Original Message-----
From: Sommer, Christian
Sent: 15 August 2011 11:49
To: Boivin, Bret
Subject: RE: Audit CSV for 2011-08-13

I think even 2 out of 144 (the lowest so far) is quite high. Almost 1,5 percent... this would translate to 75.000 false positives out of 5 million links. We def need to define a level of false positives that would be accepted by everyone to be ok and measure this against this every time.

BTW: Why was the system shut down? Cooler?

-----Original Message-----
From: Boivin, Bret
Sent: Montag, 15. August 2011 12:41
To: Sommer, Christian
Subject: RE: Audit CSV for 2011-08-13

It is Random and was just lucky that time, also 3/4 the system was shut down. The last day there was 1 or 2 out of 144.

B

-----Original Message-----
From: Sommer, Christian
Sent: 15 August 2011 11:38
To: Boivin, Bret
Subject: RE: Audit CSV for 2011-08-13

But based on the number of rows it is this high... and there is a good chance that this will be across all links as we found false positive in every sample.

-----Original Message-----
From: Boivin, Bret
Sent: Montag, 15. August 2011 12:33
To: Sommer, Christian
Subject: RE: Audit CSV for 2011-08-13

It is not that high. The system was shut down last week which is why the audit rows has not been 144 each day, and we're going through an audit process with LA.

B

-----Original Message-----
From: Sommer, Christian
Sent: 15 August 2011 11:15
To: Boivin, Bret
Subject: RE: Audit CSV for 2011-08-13

On average, it looks like we have almost 10%(!) false positives so far since we did the auditing... this is way too much.

-----Original Message-----
From: Sommer, Christian

Highly Confidential

WARNER072970

```
Sent: Sonntag, 14. August 2011 15:01
To: Boivin, Bret
Subject: FW: Audit CSV for 2011-08-13

I guess this is not a real pirate release as there is no dvd rip out:

[MULTI]Final Destination 5 (2011) DvDRip XviD-TARGET,http://www.filesonic.com/file/1663783391
/Final.Destination.5.2011.DVDRip.XviD-TARGET.part3.rar,http://www.smartforumz.org,"Final
Destination 5"

[MULTI]Final Destination 5 (2011) DvDRip XviD-TARGET [hot!],http://www.wupload.com
/file/92664670/Final_Destination_5_2011_DVDRip_XviD-TARGET.part7.rar,http:
//www.just4freeplanet.com,"Final Destination 5"

Final Destination 5 (2011) DVDrip XviD,http://www.filesonic.com/file/1631757231
/Final_Destination_5__2011___DVDrip_XviD.part2.rar,http://www.just4freeplanet.com,"Final
Destination 5"

Final Destination 5 (2011) DVDrip XviD,http://www.filesonic.com/file/1521343761
/Final_Destination_5__2011___DVDrip_XviD.part4.rar,http://warezguru.org,"Final Destination 5"


These are also a false positives:

BBC Days That Shook The World Chuck Yeager And The Blue Bird DVDRip XviD
ELiA,http://www.wupload.com/file/w867/78678999
/BBC.Days.That.Shook.The.World.Chuck.Yeager.And.The.Blue.Bird.DVDRip.XviD-ELiA.rar,http:
//www.filestube.com/,Chuck


DJ Vlad, Dirty Harry & DJ Green Lantern â€" 2Pac Vs Biggie Rap Phenomenon (Special Collectors
Edition),https://rapidshare.com/#!download|0cg2|120048631|92Gstyles_-
_2pB_Part_2.rar|0|File%20not%20found.%20(e029a7af),http://www.oneddl.com/,"Green Lantern: Rise
Of The Manhunters"

Madison Ivy This Aint Two And A Half Men,http://www.filesonic.com/file/1660214384
/ylhrapp7qar3.zip,http://efileforum.com/,"Two and a Half Men"

-----Original Message-----
From: Kapow Row Audit Program [mailto:krap@peacockfrog.org.uk]
Sent: Sonntag, 14. August 2011 13:00
To: Boivin, Bret
Cc: Pilch, Daniel; Bentkover, Michael; Applen, Ethan; Sommer, Christian
Subject: Audit CSV for 2011-08-13

74 rows in attached .CSV file - open with Excel or similar spreadsheet application.

Download JDownloader from here: http://jdownloader.org/download/index in order to automate the
download of the URLs contained within the .CSV (Copy/Paste into JDownloader)
```

Highly Confidential

WARNER072971