UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

# [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL

THIS CAUSE came before the court on Defendant's Motion to File Documents Under Seal pursuant to Local Rule 5.4. This Court has considered Defendants' Motion and being otherwise duly advised, it is hereby:

ORDERED AND ADJUDGED that Defendant's Motion to File Documents Under Seal is GRANTED. Defendants' Motion in Limine to Preclude Testimony, Evidence, or Argument

concerning Megaupload with Incorporated Memorandum of Law, Defendants' Motion in Limine to Preclude Testimony, Evidence or Argument Concerning Irrelevant Financial Information Regarding Lemuria Communications Inc. with Incorporated Memorandum of Law and Defendants' Motion in Limine to Preclude Testimony, Evidence, or Argument Concerning Hotfile's Payment or Non-Payment of Taxes and Incorporated Memorandum of Law shall be deemed sealed pursuant to Local Rule 5.4, and shall remain under seal until the above captioned case is closed.

IT IS SO ORDERED.

Dated _____, 2013

                                             _____
                                             Kathleen M. Williams
                                             United States District Judge

cc: All Counsel of Record