FILING FEE
PAID $75.00
Pro hac Vice 68210
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

  *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants.*
_____/

HOTFILE CORP.,

  *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,
  *Counterdefendant.*
_____/

FILED by _____ D.C.
OCT 31 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA – MIAMI

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Kenneth L. Doroshow of the law firm of Jenner & Block LLP, 1099 New York, N.W., Suite 900, Washington, DC 20001 Telephone: (202) 639-6027, for purposes of appearance as counsel on behalf of Plaintiffs, Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios

# 1145452 v1

Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Kenneth L. Doroshow to receive electronic filings in this case, and in support thereof states as follows:

1. Kenneth L. Doroshow is not admitted to practice in the Southern District of Florida, but is a member in good standing of the Bars of the District of Columbia and the State of New York and is a member of the Southern District of New York and District of Columbia federal courts.

2. Kenneth L. Doroshow has not made more than three appearances within a 365-day period in separate representations before the Courts of this District. *See* Rule 4, Special Rules Governing the Admission and Practice of Attorneys in the Southern District of Florida.

3. Movant, Karen L. Stetson, Esquire, of the law firm of GrayRobinson, 1221 Brickell Avenue, Suite 1600, Miami, Florida 33131, Telephone: (305) 416-6880, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

# 1145452 v1

4.   In accordance with the local rules of this Court, Kenneth L. Doroshow has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

5.   Kenneth L. Doroshow, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Kenneth L. Doroshow at email address: KDoroshow@jenner.com.

WHEREFORE, Karen L. Stetson, Esq. moves this Court for an Order for Kenneth L. Doroshow, to appear before this Court on behalf of Plaintiffs, Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Kenneth L. Doroshow at KDoroshow@jenner.com.

Date: October 31, 2013.

Respectfully submitted,

GrayRobinson, P.A.
Attorneys for Plaintiff
1221 Brickell Avenue
Suite 1650
Miami, FL 33131
Tel: (305) 416-6880
Fax: (305) 416-6887

By: /s/ Karen L. Stetson
KAREN L. STETSON
Florida. Bar No. 742937
karen.stetson@gray-robinson.com

# 1145452 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was conventionally filed and served via Email this 31 day of October, 2013 on all counsel of record:

*Attorneys for Defendants:*

Brady J. Cobb, Esq.
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcobb@cemlaw.net

Valentin D. Gurvits (*Pro Hac Vice*)
Matthew Shayefar *(Pro Hac Vice)*
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Evan Fray-Witzer (*Pro Hac Vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com

*Attorneys for Plaintiffs:*

MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone: (818) 995-6600
Facsimile: (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
David A. Handzo (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

By: /s/ Karen L. Stetson
Karen L. Stetson

# 1145452 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

   *Plaintiffs,*
*v.*

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

   *Defendants.*
_____/

HOTFILE CORP.,

   *Counterclaimant,*

*v.*

WARNER BROS. ENTERTAINMENT INC.,
   *Counterdefendant.*
_____/

## CERTIFICATION OF KENNETH L. DOROSHOW

  Kenneth L. Doroshow, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that:

  (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and

  (2) I am a member in good standing of the Bars of the District of Columbia and the State of New York and a member of the Southern District of New York and District of Columbia federal courts.

Date: October 30, 2013

_____
KENNETH L. DOROSHOW
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Tel (202) 639-6027
Fax (202) 661-4855
KDoroshow@jenner.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

    *Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

    *Defendants.*
_____/

HOTFILE CORP.,

    *Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,
    *Counterdefendant.*
_____/

## ORDER GRANTING MOTION TO APPEAR
## *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice* for Kenneth L. Doroshow, Esq., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

# 1145452 v1

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Kenneth L. Doroshow, may appear and participate in this action on behalf of Plaintiffs, Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc.

The Clerk shall provide electronic notification of all electronic filings to Kenneth L. Doroshow, at email address: KDoroshow@jenner.com.

DONE AND ORDERED in Chambers at_____, Florida, this ____ day of _____, 2013.

_____
KATHLEEN M. WILLIAMS
United States District Judge

Copies furnished to:
All Counsel of Record

# 1145452 v1