UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

      Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

      Defendants.

_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE,* CONSENT TO DESIGNATION, AND REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILINGS

**THIS MATTER** is before the Court upon Kenneth L. Doroshow's Motion to Appear *Pro Hac Vice* on behalf of Plaintiffs (DE 594). The Court having considered the Motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Kenneth L. Doroshow may appear and participate in this action on behalf of Plaintiffs. The Clerk shall provide electronic notification of all electronic filings to Mr. Doroshow at KDoroshow@jenner.com.

**DONE AND ORDERED** in Chambers at Miami, Florida this ⅃ day of November, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE