UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.
_____/

### ORDER STRIKING MOTION

**THIS MATTER** is before the Court upon Defendants' Unopposed Motion to Withdraw and Strike Motion from Public Record (DE 583). Upon review of the Motion and the record, it is **ORDERED AND ADJUDGED** that the Motion (DE 583) is **GRANTED**. Defendants' Motion in Limine to Preclude Testimony, Evidence or Argument Concerning Irrelevant Financial Information Regarding Lemuria Communications, Inc. (DE 572) is hereby **WITHDRAWN AND STRICKEN.**

**DONE AND ORDERED** in chambers in Miami, Florida, this 4th day of November, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE