UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-20427-CV-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
et al.,

    Plaintiff(s),

vs.

HOTFILE CORP, ANTON TITOV,
and DOES 1-10, et al.,

    Defendant(s).
_____/

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

**THIS CAUSE** is before the Court upon the Motion to Appear *Pro Hac Vice* for Kenneth L. Doroshow, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion") **[DE594]**, pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the Motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** that the Motion **[DE594]** is **GRANTED**. Kenneth L. Doroshow may appear and participate in this action on behalf of Plaintiffs. The Clerk shall provide electronic notification of all electronic filings to at: KDoroshow@jenner.com

**DONE AND ORDERED** in Chambers at Miami, Florida on this 4th day of November 2013.

                                          **WILLIAM C. TURNOFF**
                                          **UNITED STATES MAGISTRATE JUDGE**

cc:    Hon. Kathleen M. Williams
         Counsel of Record