Sealed

(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 11-20427-WILLIAMS/TURNOFF

Disney Enterprises, Inc. et al.

              Plaintiff

v.

Hotfile Corp. et al.

              Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.
Address: Gray-Robinson, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131
Telephone: (305) 461-6880

On behalf of (select one): ☒ Plaintiff   ☐ Defendant

Date sealed document filed: 11/6/2013

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 68

The matter should remain sealed until:

☐ Conclusion of Trial
☒ Case Closing
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order:
☐ Arrest of First Defendant
☐ Conclusion of Direct Appeal

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file
☐ Destroyed
☒ Returned to the party or counsel for the party, as identified above

A. Plaintiffs' Opposition to Defendants' Motion in Limine to Preclude Testimony, Evidence, or Argument Concerning Megaupload
B. Plaintiffs' Opposition to Defendants' Motion in Limine to Preclude Testimony, Evidence, or Argument Concerning Hotfile's Payment or Non-Payment of Taxes
C. Plaintiffs' Opposition to Defendants' Motion in Limine to Preclude Testimony, Evidence or Argument Concerning Irrelevant Financial Information Regarding Lemuria Communications
D. Declaration of Luke C. Platzer in Opposition to Defendants' Motions in Limine

*/s/ Karen L. Stetson*

Attorney for: Plaintiff

(Rev. 06/2005)Sealed Document Tracking Form

Sealed

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 11-20427-WILLIAMS/TURNOFF

Disney Enterprises, Inc. et al.

           Plaintiff

v.

Hotfile Corp. et al.

           Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.
Address: Gray-Robinson, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131
Telephone: (305) 461-6880

On behalf of (select one): ☒ Plaintiff  ☐ Defendant

Date sealed document filed: 11/6/2013

If sealed pursuant to statute, cite statute: ___

If sealed pursuant to previously entered protective order, date of order and docket entry number: 68

The matter should remain sealed until:

☐ Conclusion of Trial
☒ Case Closing
☐ Other: ___
☐ Permanently. Specify the authorizing law, rule, court order: ___
☐ Arrest of First Defendant
☐ Conclusion of Direct Appeal

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file
☐ Destroyed
☒ Returned to the party or counsel for the party, as identified above

A. Plaintiffs' Notice of Filing Declaration of Luke C. Platzer in Opposition to Defendants' Motions in Limine

*[signature: Karen L. Stetson]*

Attorney for: Plaintiff