___ SEALED

___ NOT SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Upon consideration of Plaintiffs' Motion to File Documents Under Seal, and all of the papers submitted in support thereof, Plaintiffs' request to file documents under seal is GRANTED.

1. It is hereby ORDERED that Plaintiffs be permitted to file the following documents under seal and that the following documents remain under seal until the conclusion of the case:

   (1) Plaintiffs' Opposition to Defendants' Motion in Limine to Preclude Testimony, Evidence, or Argument Concerning Megaupload;

   (2) Plaintiffs' Opposition to Defendants' Motion in Limine to Preclude Testimony, Evidence, or Argument Concerning Hotfile's Payment or Non-Payment of Taxes;

   (3) Plaintiffs' Opposition to Defendant's Motion in Limine to Preclude Evidence Concerning Financial Information Regarding Lemuria Communications Inc.;

   (4) Declaration of Luke C. Platzer in Support of Plaintiffs' Opposition to Defendants' Motions in Limine; and

   (5) Plaintiffs' Notice of Filing Declaration of Luke C. Platzer in Support of Plaintiffs' Opposition to Defendants' Motions in Limine.

IT IS SO ORDERED.

Dated _____, 2013.

_____
United States District Court Judge