# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## DEFENDANTS' DESIGNATIONS OF DEPOSITION TESTIMONY FOR TRIAL

Defendants Hotfile Corporation and Anton Titov hereby provide their designations of witness deposition testimony for trial pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(ii) and Southern District of Florida Local Rule 16.1(e)(10).

*Disney v. Hotfile*

# DEFENDANTS' DEPOSITION DESIGNATIONS BY PAGE AND LINE NUMBER

| Deponent | Date | Page and Line Number |
|---|---|---|
| Bentkover, Michael | 12/13/2011 | 9:15-10:3; 10:16-22; 17:2-18:6; 18:19-24; 19:8-9; 20:20-21:10; 21:13-22:17; 24:21-25:6; 26:19-27:1; 26:25-27:5; 27:4-22; 27:22-28:6; 28:5-24; 29:7-18; 30:15-31:20; 31:20-32:9; 33:2-7; 34:11-35:8; 36:9-37:6; 37:19-38:4; 37:24-38:4; 38:3-6; 38:6-24; 38:24-39:10; 39:20-40:9; 43:15-44:15; 44:15-22; 44:22-45:4; 45:3-18; 47:4-13; 48:1-51:11; 50:24-52:2; 51:8-11; 52:2-9; 52:5-13; 53:5-24; 53:24-54:4; 54:4-18; 54:18-25; 67:23-69:14; 71:10-24; 73:24-74:19; 76:1-7; 76:7-16; 76:22-77:5; 78:14-79:1; 79:22-81:16; 81:15-22; 81:22-82:2; 84:21-85:3; 85:2-17; 85:14-25; 85:25-86:6; 86:12-19; 86:18-87:10; 87:9-16; 87:15-21; 87:20-88:2; 97:3-6; 97:5-10; 97:9-21; 108:4-11; 108:10-15 |
| Griffin, Lance | 12/22/2011 | 46:24-49:18; 51:15-52:25; 58:14-63:11 (Ex. 1); 64:12-67:6 (Ex. 2); 71:9-75:1 (Ex. 4); 104:5-105:6; 115:15-25; 119:24-120:3 (Ex. 6); 128:15-129:21; 131:22-24; 133:16-134:1; 134:16-22; 169:18-21; 173:5-174:11; 176:1-177:17 |
| Kang, Steven | 12/20/2011 | 35:2-38:10; 43:8-15; 46:9-48:25; 100:13-104:11; 116:17-22; 165:1-9; 207:23-208:17; 208:19-209:2 |
| Kaplan, David | 10/12/2011 | 14:24-16:6; 16:10-17:21; 18:13-23; 18:24-20:20; 21:25-22:8; 29:14-30:1; 32:22-33:14; 33:15-20; 34:25-35:12; 36:11-13; 37:20-38:18; 43:12-17; 44:5-14; 44:15-45:1; 45:20-46:21; 49:17-50:5; 54:7-13; 58:16-18; 58:18-25; 59:1-5; 59:6-21; 59:22-60:5; 60:6-17; 61:4-63:12; 65:6-25; 71:9-25; 72:1-7; 73:13-76:15; 76:16-77:20; 77:21-78:3; 78:17-25; 79:1-7; 79:8-21; 79:22-81:5; 81:6-13; 83:1-87:15; 87:16-88:4; 89:20-23; 90:12-23; 91:11-16; 91:17-21; 92:3-23; 95:16-18; 95:21-24; 98:18-100:18; 100:23-102:14; 102:21-105:2; 105:3-16; 105:17-106:14; 110:1-5; 112:6-9; 112:24-114:12; 115:3-19; 117:12-15; 118:1-11; 119:14-21; 119:22-25; 120:1-22; 121:11-15; 121:16-18; 125:9-14; 126:6-127:14; 127:9-14; 129:21-130:3; 130:7-21; 134:2-17; 142:12-144:16; 145:11-17; 152:2-12; 152:18-153:11; 160:2-19; 169:11-25; 170:1-7; 170:8-17; 173:14-19; 174:6-25; 175:1-177:1; 179:9-181:9; 183:25-184:7; 184:8-10; 184:11-13; 185:23-187:23; 188:22-189:8; 195:6-23; 195:24-197:9; 198:14-25; 202:2-15; 203:3-14; 203:15-25; 204:1-10; 204:10-13; 204:13-17; 205:22-206:19; 206:20-25; 207:20-209:5; 209:5-9; |

| Deponent | Date | Page and Line Number |
|---|---|---|
| | | 210:11-12; 215:16-21; 216:8-21; 218:14-20; 224:11-225:21; 226:4-12; 226:18-227:1; 227:2-22; 228:13-229:11; 230:4-4; 230:4-8; 230:7-8; 230:8-16; 232:9-16; 232:23-233:7; 233:8-16; 235:3-237:6; 238:13-22; 239:18-19; 240:18-22; 240:23-243:5; 244:9-17; 244:18-23; 245:6-246:1; 247:3-248:1; 249:19-250:9; 251:22-252:13; 252:14-253:10; 253:15-254:3; 254:4-9 |
| Kaplan, David | 12/13/2011 | 11:4-12:3; 21:17-22; 22:8-20; 24:23-25:6; 25:4-12; 31:14-33:10; 33:11-19; 33:22-34:6; 34:7-11; 35:1-11; 35:12-21; 35:23-36:14; 36:15-37:1; 37:10-15; 51:9-25; 53:1-14; 54:25-55:3; 55:5-20; 59:4-19; 61:11-62:13; (Ex 26); 78:4-10; 82:22-86:18; 86:20-87:1; 87:1-6; 89:2-13; (Ex. 27); 90:24-91:16; (Ex. 22) |
| Kaplan, David | 12/14/2011 | 121:17-122:16; 124:3-8; 126:8-22; 128:8-132:16; 139:17-140:20; 151:8-10; 172:14-175:24; (Ex. 28); 184:19-186:15; (Ex. 30); 190:12-191:22; (Ex. 31); 207:6-19; 220:18-221:3; 221:11-222:8 |
| Perkins, Braxton | 12/16/2011 | 16:4-5; 17:5-10; 18:17-25; 50:22-52:16; 80:7-12; 80:19-22; 109:7-112:6; (Ex. 24); 112:1-6; 132:6-133:15; 136:24-137:4; 137:13-25; 138:2-10; 150:11-20; 159:3-166:3; 162:14-25; 163:7-18; 167:9-24; 168:16-24; 169:5-18; 207:9-208:15 (Ex. 54); 212:21-213:21; 217:6-23; 220:16-23; 221:1-18; 236:14-238:21; 245:2-246:6 |
| Seabrook, Carly | 12/16/2011 | 8:22-25; 9:19-12:8 (Ex. 41); 20:19-21:3 |
| Sehested, Thomas | 12/21/2011 | 27:17-19; 28:7-23; 29:25-30:20; 35:14-22; 37:19-23; 40:8-15; 46:18-47:8; 50:8-20; 84:4-14 (Ex. 7); 98:9-25; 107:7-108:9 (Ex. 8); 120:18-122:14 (Ex. 9); 136:12-138:2; 187:20-23 |
| Solmon, Vicki | 12/9/2011 | 21:15-24; 60:23-61:7; 63:13-18; 72:24-73:5; 81:5-11; 81:19-82:20; 83:19–24; 87:07-89:19 (Ex. 4); 91:22-93:1; 94:4-95:6; 117:3-121:21 (Ex. 25); 119:4-120:10; 128:12-129:16; 140:8-141:4; 167:9-169:11 (Ex. 9); 194:14-197:19 |
| Solmon, Vicki | 12/23/2011 | 190:7-195:7; 244:15-245:6 (Ex. 12); 246:6-247:14; 272:15-274:17 (Ex. 14); 274:19-275:10; 278:14-288:19 (Exs. 16, 17 and 18) |
| Stoyanov, Rumen | 12/8/2011 | 8:21-25; 9:7-12; 17:5-18:22; 18:23-19:5; 18:23-22:20; 19:6-20:2; 21:3-22:22; 24:13-26:2; 25:5-26:2; 51:3-52:1; 54:8-54:14; 64:16-65:8; 68:22-69:12; 70:2-7; 79:10-14; 81:8-83:11; 81:16-82:16; 83:3-11; 83:21-84:4; 85:9-14; 86:14-16; 88:22-89:24; 90:22-91:5 |

| Deponent | Date | Page and Line Number |
|---|---|---|
| Suh, Kevin | 12/20/2011 | 59:13-64:4; 59:16-60:8; 60:10-16; 60:17-24; 61:18-21; 61:22-62:4; 63:9-15; 65:2-5; 106:11-107:21; 164:12-165:7; 217:25-220:5; 219:25-223:18; 223:19-225:4; 227:25-230:16 (Ex. 12); 231:20-232:12; 235:1-3; 235:4-13; 236:1-19; 238:11-22; 238:15-22; 238:23-239:10; 239:12-20; 242:17-19; 250:23-251:7; 251:8-14 |
| Vangelov, Atanas | 12/7/2011 | 11:8-19; 26:6-25; 27:1-22; 27:23-28:14; 28:22-29:5; 37:12-24; 38:23-25; 39:7-10; 41:1-22; 42:5-12; 42:14-43:14; 47:15-22; 100:15-101:17; 101:18-23; 106:11-107:21; 108:22-109:11; 122:24-123:22; 139:1-7; 151:21-152:5; 153:14-154:7; 153:14–155:1; 155:21-156:12; 156:13-157:24; 158:3-11; 159: 8-1; 159: 16-18; 160:13-18; 161:10-16; 162:22-25; 163:25-164:16; 164:12-165:7 |
| Wang, Yangbin | 12/22/2011 | 13:20-14:6; 42:23-43:8; 44:9-13; 45:1-46:9; 47:23-48:5; 48:6-9; 48:22-49:19; 49:20-23; 50:1-25; 51:23-52:4; 52:6-11; 52:13-53:1; 53:2-14; 53:15-21; 53:23-54:9; 56:16-25; 58:3-11; 59:6-14; 59:24-60:10; 61:21-25; 67:7-21; 68:25-69:5; 72:6-17; 72:18-73:11; 84:7-15; 105:23-107:22 |
| Zedek, Betsey | 12/13/2011 | 26:23-27:10; 46:20-47:6; 52:11-20; 59:12-22; 66:12-21; 67:16-68:7; 75:24-76:1; 80:4-7; 80:17-81:9; 109:12-111:16 (Ex. 18); 113:3-14 (Ex.18); 116:4-117:25 (Ex. 12); 119:8-120:6 (Ex. 18); 120:9-121:1 (Ex. 18); 122:3-128:6 (Ex. 18); 130:16-22 (Ex. 18); 132:10-133:5; 136:18-138:24; 156:20-24; 166:22-25; 168:15-20; 175:10-14; 175:16-176:15; 190:13-191:8; 195:12-19; 198:12-199:5 (Ex. 22); 201:5-18; 201:23-203:4 (Ex. 23); 204:8-205:1 (Ex. 18); 206:5-9; 213:2-8; 217:6-14 |

Dated: October 15, 2013

Respectfully submitted,

_____
Anthony P. Schoenberg (admitted *pro hac vice*)
Roderick M. Thompson (admitted *pro hac vice*)
Andrew Leibnitz (admitted *pro hac vice*)
Deepak Gupta (admitted *pro hac vice*)
Janel Thamkul (admitted *pro hac vice*)
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
Telephone: 415.954.4400
Telecopy: 415.954.4480

and

Janet T. Munn, Fla. Bar No. 501281
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: 305.476.7101
Telecopy: 305.476.7102
Email: jmunn@rascoklock.com

Counsel for Defendants
Hotfile Corp. and Anton Titov

## PROOF OF SERVICE

I, LouAnne Laflamme, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Montgomery Street, 17th Floor, San Francisco, California 94104. My e-mail address is llaflamme@fbm.com. On October 15, 2013, I served a copy of the within document(s):

**DEFENDANTS' DESIGNATIONS OF DEPOSITION TESTIMONHY FOR TRIAL**

[X] by transmitting via e-mail the document(s) listed above to the e-mail addresses set forth below on this date.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

Luke C. Platzer, Esq.
Steven B. Fabrizio, Esq.
Jenner & Block
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6094
Fax: (202) 639-6068
Email: lplatzer@jenner.com
sfabrizio@jenner.com

*Attorneys for Plaintiffs*
Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLP, Columbia Pictures Industries, Inc., Warner Bros. Entertainment Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2013, at San Francisco, California.

_____
LouAnne Laflamme