# EXHIBIT 2

HIGHLY CONFIDENTIAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC., )
TWENTIETH CENTURY FOX FILM )
CORPORATION, UNIVERSAL CITY )
STUDIOS PRODUCTIONS LLP, )
COLUMBIA PICTURES INDUSTRIES, )
INC., AND WARNER BROS. )
ENTERTAINMENT, INC., )
                     Plaintiffs, )
                              ) No. 11-20427-Jordan
   vs. )
HOTFILE CORP., ANTON TITOV, )
AND DOES 1-10, )
                     Defendants. )

HIGHLY CONFIDENTIAL

30(b)(6) Deposition of Warner Bros.

Entertainment, Inc.

by and through DAVID KAPLAN

WEDNESDAY, OCTOBER 12, 2011

LOS ANGELES, CALIFORNIA

ATKINSON-BAKER, INC.
COURT REPORTERS
(800) 288-3376
www.depo.com

REPORTED BY: JEANINE CURCIONE
                CSR NO. 10223, RPR

FILE NO.: A505CAB

1

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | Q. Mr. Bentkover in the e-mail below that | 12:19:30 |
| 2 | had written to Mr. Fronda, "Thanks, but we can't | 12:19:33 |
| 3 | have a system where we take down items we | 12:19:38 |
| 4 | shouldn't -- which shouldn't be removed." Is that | 12:19:44 |
| 5 | Warner's position? | 12:19:45 |
| 6 | A. I would modify that to say we know that | 12:19:54 |
| 7 | any system is going to result in some errors. | 12:19:56 |
| 8 | That's just the nature of doing antipiracy work at | 12:20:00 |
| 9 | scale, but our goal should always be to reduce | 12:20:02 |
| 10 | those errors and any time we find that there's an | 12:20:04 |
| 11 | error take action to correct it. | 12:20:07 |
| 12 | Q. Did Warner always take action to | 12:20:10 |
| 13 | correct errors? | 12:20:13 |
| 14 | A. Yes. | 12:20:13 |
| 15 | Q. Even before the April deposition | 12:20:14 |
| 16 | notice? | 12:20:16 |
| 17 | A. Yes. | 12:20:17 |
| 18 | Q. Let me go back to your testimony about | 12:20:53 |
| 19 | Warner, what Warner does do with respect to | 12:21:00 |
| 20 | checking the results of the robot, and I think you | 12:21:05 |
| 21 | referred to particularly that the results of the | 12:21:14 |
| 22 | notice sending robot are checked. | 12:21:17 |
| 23 | A. Yes. | 12:21:23 |
| 24 | Q. And you referred to daily audits; is | 12:21:23 |
| 25 | that right? | 12:21:27 |

112

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | computer person so much so I don't know whether -- | 13:31:39 |
| 2 | whether she would call herself a computer | 13:31:41 |
| 3 | programmer, but she does do what I would call | 13:31:45 |
| 4 | computer programming in my sort of lay | 13:31:48 |
| 5 | understanding of it. | 13:31:50 |
| 6 | Q.   And did she work for Mr. Boivin? | 13:31:51 |
| 7 | A.   He -- well, she -- he supervised her, | 13:31:56 |
| 8 | yes. | 13:31:59 |
| 9 | Q.   And he reports to you? | 13:31:59 |
| 10 | A.   No. | 13:32:01 |
| 11 | Q.   Is he not in your department? | 13:32:02 |
| 12 | A.   He is in my department. | 13:32:04 |
| 13 | Q.   Is there someone in between? | 13:32:05 |
| 14 | A.   Yes. | 13:32:07 |
| 15 | Q.   Who is that? | 13:32:08 |
| 16 | A.   He directly reports to Christian | 13:32:09 |
| 17 | Sommer.  Well, depending on the time, but he | 13:32:11 |
| 18 | currently directly reports to Christian Sommer. | 13:32:13 |
| 19 | Q.   We got sidetracked way back when, but | 13:32:17 |
| 20 | let's go over your department for a second. | 13:32:21 |
| 21 | Christian Sommer is located where? | 13:32:21 |
| 22 | A.   Germany. | 13:32:29 |
| 23 | Q.   And his title or position, roughly? | 13:32:30 |
| 24 | A.   Director, and then probably something | 13:32:31 |
| 25 | to do with antipiracy operations for Europe, | 13:32:34 |

129