# EXHIBIT 3

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | database? | 10:03:25 |
| 2 | A    No. | 10:03:26 |
| 3 | MR. TIFFANY:  Is that your phone? | 10:03:40 |
| 4 | THE WITNESS:  Yes. | 10:03:42 |
| 5 | MR. LEIBNITZ:  Sorry.  I have to wait for that | 10:03:42 |
| 6 | finish before the question gets asked. | 10:03:44 |
| 7 | BY MR. LEIBNITZ: | 10:03:46 |
| 8 | Q    Do the plaintiff studios pay Vobile anything to | 10:03:46 |
| 9 | include their movies and television shows in the | 10:03:49 |
| 10 | database? | 10:03:52 |
| 11 | A    No. | 10:03:53 |
| 12 | Q    So why do they do it, if you know? | 10:04:00 |
| 13 | A    Why do they do what? | 10:04:03 |
| 14 | MR. PLATZER:  Objection to the form. | 10:04:05 |
| 15 | BY MR. LEIBNITZ: | 10:04:06 |
| 16 | Q    Why do movie studios such as the plaintiffs | 10:04:07 |
| 17 | provide fingerprints to Vobile? | 10:04:09 |
| 18 | MR. PLATZER:  Same objection. | 10:04:12 |
| 19 | THE WITNESS:  It's for -- you know, we need to | 10:04:14 |
| 20 | identify the content and we need to have the reference | 10:04:18 |
| 21 | fingerprint.  So without the reference fingerprint, it | 10:04:21 |
| 22 | won't work, the system. | 10:04:27 |
| 23 | BY MR. LEIBNITZ: | 10:04:28 |
| 24 | Q    Do you have an understanding yourself as to why | 10:04:34 |
| 25 | the movie studios cooperate with Vobile? | 10:04:36 |

Page 20

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | MR. PLATZER:  Objection to the form. | 10:04:40 |
| 2 | THE WITNESS:  They use this for antipiracy | 10:04:44 |
| 3 | purpose. | 10:04:49 |
| 4 | BY MR. LEIBNITZ: | 10:04:55 |
| 5 | Q   Are the movie studios themselves consumers of | 10:04:55 |
| 6 | Vobile services? | 10:04:59 |
| 7 | MR. PLATZER:  Objection to the form. | 10:05:01 |
| 8 | THE WITNESS:  Yes.  The customers for different | 10:05:02 |
| 9 | products. | 10:05:05 |
| 10 | BY MR. LEIBNITZ: | 10:05:06 |
| 11 | Q   Which products? | 10:05:07 |
| 12 | A   Video Tracker. | 10:05:08 |
| 13 | Q   Video Tracker, you said? | 10:05:11 |
| 14 | A   Yes. | 10:05:12 |
| 15 | Q   What is Video Tracker? | 10:05:12 |
| 16 | A   Video Tracker is basically a targeted video | 10:05:14 |
| 17 | search product that allows content owners to identify | 10:05:20 |
| 18 | content online. | 10:05:24 |
| 19 | Q   What is it used for? | 10:05:28 |
| 20 | A   As I said, used for content owners to find | 10:05:32 |
| 21 | their assets online. | 10:05:35 |
| 22 | Q   Does it effectively crawl the Web, or how does | 10:05:40 |
| 23 | it work? | 10:05:43 |
| 24 | A   Yes, crawl the Web, you know, very much like | 10:05:43 |
| 25 | Google search, but it specialize on video, and we verify | 10:05:46 |

Page 21