# EXHIBIT 4

| | |
|---|---|
| **From:** | Blaut, Michael |
| **To:** | Boivin, Bret |
| **CC:** | Sommer, Christian |
| **Sent:** | 1/31/2011 5:40:38 AM |
| **Subject:** | Fw: You have mistakenly reported a file of mine as "pirated" |

Hey Bret,

We need to make sure that this doesn't happen again. It is the second time that we having a false positive with this person. This time I can't see any "troy" in the filename.

Best,
Michael

----- Original Message -----
From: Joel Patterson <mountaintop@taconic.net>
To: Antipiracy.Germany@warnerbros.com
Cc: Blaut, Michael; 4shared Support <support@4shared.com>
Sent: Mon Jan 31 13:40:35 2011
Subject: You have mistakenly reported a file of mine as "pirated"

Hi there,

I realize your job is tough-- and probably thankless as well. The anarchic nature of the internet these days is crazy-- okay, enough for the pleasantries.

I have an account with the marvelous 4shared site, where I upload samples of my work-- I run a recording in the Albany, New York USA area.

On November 26, 2010, I recorded an improv of a jazz band in a coffeehouse in Troy, New York USA called Spillin' the Beans. The band is run by a gentleman named Keith Pray and the event was a street festival that goes by the name of "Troy Night Out," because it's a night every month when the shops stay open late and a carnival atmosphere prevails.

I uploaded this improv, which Keith suggested I call "Joel's Jam," after my name, Joel Patterson, but I instead decided to call it "Keith Pray @ Troy Night Out."

For some reason, you have mistakenly identified this file as an illegitimate, pirated file, reported this false claim to 4 shared, and they have taken your word for it and banned this file.

IF YOU WOULD LISTEN TO THIS FILE, YOU WOULD REALIZE IT IS NOT WHAT YOU CLAIM IT IS.

Here is the communication I have received from the wonderful support staff at 4shared:

Hello,

Our records show that the last time your account was reported relating to copyrighted works published by Warner Bros. on January 25, 2011.

The account has been reported due to the link(s):
http://www.4shared.com/audio/1SBZkM6B/Keith_Pray_Soul_Jazz_Fusion__T.htm?aff=7637829

If you have any remarks on the copyright abuse report, please get in touch
with the reporter via e-mail antipiracy.germany@warnerbros.com and

Highly Confidential

WARNER072379

figure this out.

Best regards,
Ivanka
support@4shared.com

IS THERE SOME WAY TO GET YOUR ATTENTION IN THIS MATTER? THANK YOU.

Joel Patterson

Mountaintop Studios ~the peak of perfection~
Petersburgh NY 12138

518 - 658 - 9549

Highly Confidential

WARNER072380