# EXHIBIT 5

Highly Confidential

Page 1

1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
2            CASE NO. 11-20427-WILLIAMS/TURNOFF
3       - - - - - - - - - - - - - - - - - - - - - - - -
     DISNEY ENTERPRISES,
4    INC., TWENTIETH CENTURY
     FOX FILM CORPORATION,
5    UNIVERSAL CITY STUDIOS
     PRODUCTIONS LLLP,
6    COLUMBIA PICTURES
     INDUSTRIES, INC., and
7    WARNER BROS.
     ENTERTAINMENT, INC.,
8
9               Plaintiff,
10   v.
11   HOTFILE CORP., ANTON
     TITOV, and DOES 1-10,
12
13              Defendants.
14
15   HOTFILE CORP.,
16              Counterclaimant,
17   v.
18   WARNER BROS ENTERTAINMENT
     INC.,
19              Counterdefendant.
20      - - - - - - - - - - - - - - - - - - - - - - - -
                          VOLUME I
21        H I G H L Y   C O N F I D E N T I A L
            (Pursuant to protective order, the following
22     transcript has been designated highly confidential)
23           30(b)(6) DEPOSITION OF ANTON TITOV
                    Radisson Blu Hotel
24                    Sofia, Bulgaria
                 Monday, December 5, 2011
25                Job Number: 44174

Highly Confidential

Page 38

1    A.  No, I don't.

2    Q.  What services does Equinix provide for Hotfile?

3    A.  I would think that a normal qualification provider would

4        provide normally server space and a rack, power,

5        cooling, cabling, and occasionally support.  There might

6        be others.

7    Q.  Who owns the Hotfile computer servers, or who owns the

8        servers that operate the Hotfile system?

9    A.  Servers in the majority part are purchased by Lemuria.

10   Q.  You said in their majority part; what does that mean?

11   A.  That would mean that they are part of the servers that

12       were purchased directly by Hotfile Corp.  That would be

13       before Lemuria formation.

14   Q.  Since the formation of Lemuria, all of the servers that

15       constitute the Hotfile system have been purchased by

16       Lemuria?

17   A.  It is my belief, yes.

18   Q.  Okay.  And are there any other services that Lemuria

19       provides for Hotfile?

20   MR. THOMPSON:  Objection, vague.

21   A.  Other than purchasing servers, Lemuria would purchase

22       other things for Hotfile, including paying bills to

23       Equinix and other bills.

24   BY MR. FABRIZIO:

25   Q.  So Lemuria pays for Equinix on behalf of Hotfile?

Highly Confidential

Page 39

1    MR. THOMPSON:  Objection, vague.

2    A.  Yeah, Lemuria pays for Equinix bandwidth bills and

3        others.

4    BY MR. FABRIZIO:

5    Q.  What are the other bills that Lemuria pays for Hotfile?

6    MR. THOMPSON:  Hotfile Corp.?

7            Objection, vague.

8    BY MR. FABRIZIO:

9    Q.  Well, let me make sure I get it.  There is Hotfile

10       Corporation, correct?

11   A.  Correct.

12   Q.  And then there's Hotfile Limited, correct?

13   A.  Correct.

14   Q.  And there's another entity, Hotfile SA, correct?

15   A.  Correct.

16   Q.  Are there any other Hotfile-related entities?

17   A.  None that I'm aware of.

18   Q.  Can I just refer to them as "Hotfile entities," to

19       include all of them?

20   A.  If it -- if it works for you.

21   Q.  Okay.  What other bills does Lemuria pay for any other

22       Hotfile entity?

23   A.  I'd say legal bills.

24   Q.  Any others?

25   A.  Servers, colocation, bandwidth, legal.  I think that

1      would be the majority, but there might be very small

2      other bills.

3   Q.   Okay.  And the -- who provides the bandwidth for the

4      Hotfile website, Equinix or Lemuria?

5   MR. THOMPSON:  Objection, assumes facts.

6   A.   It's definitely not Equinix, but Lemuria is a closer

7      answer.  But Lemuria doesn't produce bandwidth to

8      provide it, so ...

9   BY MR. FABRIZIO:

10   Q.   Fair enough.

11   A.   Can I actually take a break?

12   Q.   Could we just finish this one question?  Then we'll take

13      a break.

14         What entity or entities provides bandwidth for the

15      Hotfile website?

16   A.   That's a complicated question.  The answer changes in

17      time, and there is sometimes a difference between who

18      you pay to for bandwidth and who you get the bandwidth

19      from.  So can you be more specific?  Are you more

20      interested --

21   Q.   Sure.  Let's start from the beginning, and we'll start

22      with who's actually providing the bandwidth.

23   MR. THOMPSON:  Mr. Fabrizio, since he asked for a break, can

24      we take the break before we get into the details?

25   MR. FABRIZIO:  Sure, I'm fine with that.

Highly Confidential

Page 49

1        conclusion.

2    A.  It does have mutual understanding of a written contract.

3    BY MR. FABRIZIO:

4    Q.  And what is that understanding?

5    A.  The understanding is that Lemuria is buying servers that

6        are to be operated, and they would perform work for

7        Hotfile, to the extent servers perform work.

8    Q.  Okay.  For Hotfile, are you the person that orders or

9        that directs Lemuria to buy more servers?

10   MR. THOMPSON:  Objection.  Assumes facts, and vague.

11   BY MR. FABRIZIO:

12   Q.  Well, let me -- let me just back up and ask you how this

13       works.

14           When it's determined that Hotfile needs additional

15       servers, what is the process, from decision-making at

16       Hotfile to actual purchase of servers?

17   A.  Normally the -- the need of servers would be observed by

18       Vasil currently, and since he started working.  And he

19       would inform me.  I will use my judgment wherever it is

20       needed or not, and I would normally inform Rumen about

21       the fact and about approximate price of the expected

22       purchase.  And most of the time I will go and make the

23       purchase.

24   Q.  And when you make the purchase, you purchase those

25       servers through Lemuria?

Highly Confidential

Page 50

1    A.  Yes, I do.

2    Q.  Okay.  Who pays for the servers?

3    MR. THOMPSON:  Objection.  Vague, calls for a legal

4        conclusion.

5    A.  Lemuria pays the money to the company that assembles and

6        provides the servers are transferred from Lemuria's bank

7        account.

8    BY MR. FABRIZIO:

9    Q.  Okay.  Does any Hotfile entity reimburse Lemuria for the

10       cost of the servers?

11   A.  Yes, it does.

12   Q.  In what way?

13   A.  By paying Lemuria.

14   Q.  Is it on a server-by-server basis?  For instance, does

15       Lemuria say, "I just bought ten servers, and here's what

16       they cost; transfer me that amount of money?"

17   MR. THOMPSON:  Objection, vague.

18   BY MR. FABRIZIO:

19   Q.  All right, let me ask it this way:  Does Lemuria issue

20       an invoice or a bill to any Hotfile entity for the cost

21       of the servers that Lemuria has purchased for Hotfile?

22   MR. THOMPSON:  Objection, vague and overbroad.

23   A.  I wouldn't say that it goes servers -- server by server.

24       It would be more like a general invoice for one month of

25       services that will deal with bandwidth servers

Highly Confidential

Page 51

1       co-location, and other things.

2   BY MR. FABRIZIO:

3   Q.  Does Lemuria -- so, does Hotfile -- excuse me, let me

4       just -- which Hotfile entity has the arrangement with

5       Lemuria?

6   A.  It's my understanding that that would be Hotfile Corp.,

7       but the actual payment would be -- to Lemuria would be

8       performed by Hotfile to the -- on behalf of Hotfile

9       Corp.

10  Q.  Okay.  So let me just -- I'll just refer to

11      that "Hotfile"?

12  A.  Okay.

13  Q.  Does Hotfile pay Lemuria monthly for the services that

14      Lemuria provides Hotfile?

15  A.  I wouldn't say that it's strictly monthly, but -- but

16      generally, we try to do it that way.

17  Q.  Well, there is a contract between Hotfile and Lemuria,

18      correct?

19  MR. THOMPSON:  Objection.  Vague and compound.

20  A.  Previously I said it's more like a verbal mutual

21      understanding.  You can -- whatever is the contract, up

22      to you.

23  BY MR. FABRIZIO:

24  Q.  I guess -- fair enough; I misunderstood.

25          Is there a written document that expresses the

Highly Confidential

Page 52

1      terms, the business terms, of the relationship between

2      the Hotfile entities and Lemuria?

3  MR. THOMPSON:  Objection.  Vague and overbroad.

4  A.  There is no written contract with either Hotfile Ltd.,

5      Hotfile Corp., and Lemuria.

6  MR. THOMPSON:  Just so the record is clear, I think the

7      witness said "Hotfile Ltd.," as well as Hotfile Corp.

8  BY MR. FABRIZIO:

9  Q.  So your answer was that there is no written contract

10     with either Hotfile Ltd. or Hotfile Corp. on the one

11     hand and Lemuria on the other hand?

12 A.  Yes, that was my answer.

13 Q.  Does Lemuria have any written contract with any Hotfile

14     entity or any person with regard to the services it

15     performs for Hotfile?

16 MR. THOMPSON:  Objection.  Compound and vague.

17 A.  Yes.

18 BY MR. FABRIZIO:

19 Q.  What contract is that?

20 A.  Lemuria does have a contract between -- with Blue Ant.

21 Q.  And for what is that contract with Blue Ant?

22 A.  I would say most basically it's for software development

23     and system software and server administration.

24 Q.  So Blue Ant develops software for Lemuria?

25 A.  And also for Hotfile.  And also for Hotfile.

Highly Confidential

Page 54

1      website?

2   MR. THOMPSON:  Objection, vague.

3   A.  It's fair to say that that is in part true.

4   BY MR. FABRIZIO:

5   Q.  Okay.  Why did Blue Ant contract with Lemuria to develop

6       software for Hotfile?

7   A.  I'm not aware of all the reasons or criterias, but there

8       might be tax reasons or other things, and it just seemed

9       like a good idea.

10  Q.  Okay.  Do you personally own Lemuria?

11  A.  Yes, I do.

12  Q.  Through a -- as an individual, or through another

13      company that you own?

14  A.  As an individual.

15  Q.  Okay.  Do you own 100 per cent of Lemuria?

16  A.  Yes, I do.

17  Q.  Okay.  Are you -- do you have a title with Lemuria?  For

18      instance, president, CEO?

19  A.  I don't have a favorite title but I would say manager.

20  Q.  Do you receive a salary from Lemuria?

21  A.  Yes, I do.

22  Q.  Okay.  What is that salary?

23  A.  It's currently $20,000 per month.

24  Q.  Do you also receive a salary from any of the Hotfile

25      entities?

Highly Confidential

Page 55

1    A.   Yes, I do.

2    Q.   And what is that salary?

3    A.   Around 600 Bulgarian lev.

4    Q.   600 Bulgarian ... ?

5    A.   Lev.  Bulgarian currency.

6    Q.   A week, a month, a day?

7    A.   A month.

8    Q.   Which Hotfile entity pays you?

9    A.   Hotfile Ltd.

10   Q.   And do you receive a salary from Blue Ant?

11   A.   No, I don't.

12   Q.   Do you receive any other salary related to the Hotfile

13        website?

14   A.   No, I don't receive.

15   Q.   So let's again turn back to Lemuria and identify all of

16        the services that Lemuria performs for any of the

17        Hotfile entities or for the Hotfile website.  And if

18        I can go through the ones that I'm aware of, and then

19        we'll ask if there are others.  Okay?

20   A.   Okay.

21   Q.   Lemuria contracts for co-location facilities, correct?

22   A.   Correct.

23   Q.   With Equinix, if I'm saying that right?

24   A.   Yes.

25   Q.   But Lemuria does not itself provide the co-location

Highly Confidential

Page 56

1    facilities, correct?

2  MR. THOMPSON:  Objection.  Vague, calls for a legal

3     conclusion.

4  A.  Yeah, Lemuria is basically reselling the same

5     co-location facility it contracts with Equinix, if

6     that's what's you're asking.

7  BY MR. FABRIZIO:

8  Q.  And Lemuria contracts with IP Transit and Comcast for

9     bandwidth facilities, correct?

10  A.  To the extent that they use -- the word "facility," in

11     my mind, doesn't go with the bandwidth, but that's

12     correct.

13  Q.  Okay.  Lemuria contracts with IP Transit and Comcast for

14     bandwidth for Hotfile?

15  A.  Correct.

16  Q.  Lemuria purchases servers for Hotfile as Hotfile needs

17     additional servers, correct?

18  A.  Correct.

19  MR. THOMPSON:  I didn't have a chance to object, as vague.

20  BY MR. FABRIZIO:

21  Q.  Are there any other services that Lemuria performs for

22     Hotfile or for any of the Hotfile entities?

23  A.  As we just mentioned shortly before, Lemuria has

24     a contract with Blue Ant, so the software development

25     goes through Lemuria to Hotfile.

Highly Confidential

Page 57

1    Q.   Does software development continue today?

2    A.   I would say that currently the state would be probably

3         better described as maintenance, rather than

4         development.

5    Q.   Okay, let me ask it this way, I guess:  If Hotfile

6         needed new software developed for the website, would

7         that software be developed pursuant to the Lemuria/Blue

8         Ant contract?

9    MR. THOMPSON:  Objection.  Calls for speculation.

10   A.   It could be.

11   BY MR. FABRIZIO:

12   Q.   Okay.  So Lemuria contracts with Blue Ant for software

13        development for Hotfile, correct?

14   MR. THOMPSON:  Objection, vague.

15   A.   Yeah, correct.

16   BY MR. FABRIZIO:

17   Q.   Does Lemuria perform any other services for Hotfile

18        website or any Hotfile entity?

19   A.   Providing the actual IP addresses -- no, everything

20        connected with networking, administering routers, making

21        traffic flow -- I would say that it's fair to say that

22        services that Lemuria provides to Hotfile can be

23        qualified as managed costing.

24   Q.   Now, are those last services you just identified, the IP

25        addresses, networking, administration of routers and

Highly Confidential

Page 64

1      reports or anything like that to need -- things to keep

2      the corporation alive.  But I am not aware of any other

3      activities.

4   Q.  Okay, so it has no operations, to your knowledge?

5   A.  Correct.

6   Q.  Okay.  Does Lemuria have a physical office?

7   A.  Yes, it does.

8   Q.  And where is that?

9   A.  In Fort Lauderdale, Florida.

10  Q.  What is the address?

11  A.  110 East Broward Boulevard, suite number 1736.

12  Q.  1736?

13  A.  1736, correct.

14  Q.  And you said "Broward"; is that B-R-O-W-A-R-D?

15  A.  Yes, I believe so.

16  Q.  Okay.  And is that address an office, or is that

17      a mailbox service?

18  A.  It is an office.

19  Q.  Okay.  Have you ever visited that office?

20  A.  Yes, I did.

21  Q.  Does anybody currently work out of that office?

22  A.  Currently not.

23  Q.  Can you repeat your answer?

24  A.  Currently not.

25  Q.  Has anyone ever worked out of that office?

Highly Confidential

Page 65

1   MR. THOMPSON:  Objection, vague.

2   A.  "Ever" is a big time.  So I visited the office;

3       I performed some work inside it.  So as for me, yes.

4   BY MR. FABRIZIO:

5   Q.  Okay, let me ask it this way:  Other than you

6       periodically visiting the office, has anyone ever worked

7       from Lemuria's office on 110 East Broward Boulevard?

8   A.  I don't actually know.

9   Q.  You don't know, or no?

10  A.  I don't know, but I don't believe anybody worked, except

11      me, from this office for Hotfile.

12  Q.  Approximately how many days have you spent working out

13      of that office?

14  A.  I don't know.

15  Q.  More than ten?

16  MR. THOMPSON:  Objection.  Calls for speculation.

17  A.  It could be ten, but it's kind of hard decision.  Most

18      of the time I would go to Fort Lauderdale, I would tend

19      to spend time in the neighboring office.

20  BY MR. FABRIZIO:

21  Q.  The neighboring office?

22  A.  Yes.

23  Q.  What is the neighboring office?

24  A.  That is the office where Konstantin Lucyan actually

25      works.

Highly Confidential

Page 94

1    MR. THOMPSON:  Maybe we should make sure that we got the

2        right "Hotfile."  The second use of "Hotfile" in the

3        last answer doesn't have anything after it.

4    MR. FABRIZIO:  I didn't think he said anything after it.

5        I think that was what confused everybody.

6    MR. THOMPSON:  Perhaps you can clarify.

7    MR. FABRIZIO:  Maybe I can just ask the question again.

8    Q.  Was there a point in time when Hotfile Limited and

9        Lemuria reached a specific agreement as to the terms of

10       Lemuria's contract?

11   MR. THOMPSON:  Objection, vague.

12   A.  I don't know.

13   BY MR. FABRIZIO:

14   Q.  What are the terms of the agreement between Lemuria and

15       Hotfile Limited for web hosting services for the Hotfile

16       website?

17   A.  I don't think I can reproduce that all now.

18   Q.  All right.  Well, tell us what you can.

19   A.  One obvious thing is that Lemuria will provide web

20       hosting services to Hotfile, and Hotfile will pay for

21       it.

22   Q.  How much will Hotfile pay?  Or -- strike that.  How much

23       does -- let me ask it this way:  What was the agreement

24       as to how much Hotfile would pay?

25   A.  It was generally in our understanding that that will

Highly Confidential

Page 95

1          depend on the expenses Lemuria is making.

2     Q.   And what's the relationship between Lemuria expenses and

3          how much Hotfile would be paying?

4     A.   The understanding is that Hotfile would be paying

5          something around expenses, or a bit more.

6     Q.   Which Hotfile entity pays Lemuria?

7     A.   Hotfile Ltd. pays Lemuria on behalf of Hotfile Corp.

8     Q.   Hotfile Limited on behalf of -- on behalf of Hotfile

9          Corporation?  And is the -- so the agreement is that

10         Hotfile Ltd. will pay Lemuria its expenses plus a little

11         more?

12    A.   I will say that is a fair statement.

13    Q.   How much is "a little more"?

14   MR. THOMPSON:  Objection, vague.

15    A.   I don't, specifically.

16   BY MR. FABRIZIO:

17    Q.   Does Hotfile -- strike that.

18             Does Lemuria send Hotfile Limited invoices for the

19         services it performs?

20    A.   It keeps track of records and money movement, but not

21         each time a document is created.

22    Q.   Well, how does Hotfile Limited know how much to pay

23         Lemuria at any given time?

24    A.   That would be by Hotfile -- by Hotfile Corp. and Lemuria

25         agreeing on special terms on payments, and then it's

Highly Confidential

Page 107

1       Ant and Lemuria.

2   BY MR. FABRIZIO:

3   Q.  And did Blue Ant develop database management software

4       pursuant to this contract?

5   A.  To the degree that the contract is for development of

6       software and support of software, Blue Ant fulfilled and

7       is fulfilling its contractual relations that were

8       modified over time.

9   Q.  Well, what I'm just trying to get of sense of, did Blue

10      Ant deliver software pursuant to this contract that is

11      being used with the Hotfile website?

12  A.  Yes.

13  Q.  Okay.

14  A.  It is.

15  Q.  If you could turn to section 3, the financial

16      conditions, on page 5 of the document.

17          Did Lemuria pay Blue Ant $420,000 initially and --

18      I'll stop there -- under this contract?

19  MR. THOMPSON:  Are you referring him to a specific

20      paragraph?

21  MR. FABRIZIO:  Yes, section 3, article 8.

22  Q.  And the question is:  Did Lemuria pay Blue Ant

23      US$420,000 initially under this contract?

24  A.  Can you give me a page number, please?

25  Q.  Page 5.

Highly Confidential

Page 108

1   A.   Oh, page 5.

2   Q.   Which -- the Bates number is 5314.

3   MR. THOMPSON:   Object to the question as vague.

4   BY MR. FABRIZIO:

5   Q.   Do you see, Mr. Titov, under article 8, paragraph 1?

6   A.   Yes, I see it.

7   Q.   The question is:   Did Lemuria pay the US$420,000 as

8        referred to there?

9   A.   I can't answer the question without checking.

10  Q.   Okay.   In the next paragraph, Lemuria -- well, strike

11       that.

12            It says Lemuria will be paying Blue Ant US$70,000

13       a month.   Has Lemuria been paying Blue Ant US$70,000

14       a month?

15  A.   Well, it -- at least for some time it was.

16  Q.   Okay.   Does Lemuria consider the software that was

17       provided under this contract to be the property of

18       Lemuria?

19  MR. THOMPSON:   Objection, calls for speculation.

20  A.   No, it does not.

21  BY MR. FABRIZIO:

22  Q.   Whose property is it?

23  MR. THOMPSON:   Objection, calls for a legal conclusion.

24  A.   My understanding of it is that it would be property of

25       Hotfile Corp.

Highly Confidential

Page 114

```
 1   Q.  So does Hotfile Limited transfer money from the PayPal

 2       account to its own bank account?

 3   A.  Generally it does not.

 4   Q.  Where does Hotfile Limited transfer money when it

 5       transfers it out of the PayPal account?

 6   MR. THOMPSON:  Objection, overbroad.

 7   A.  I can currently think of two ways for money to go out.

 8       One is to be transferred to Lemuria, and another is to

 9       be paying affiliates.

10   BY MR. FABRIZIO:

11   Q.  Okay.  Does -- to your knowledge, has Hotfile Ltd ever

12       transferred money to any of the Hotfile Corporation

13       shareholders, including yourself?

14   A.  Yes, it did.

15   Q.  How many times?

16   A.  I don't know.  I don't know.

17   Q.  When was the last time?

18   A.  I don't know.

19   Q.  What was the circumstance in which Hotfile Limited

20       transferred money to the shareholders?

21   A.  Hotfile Ltd. transferred money to me, and it was on

22       terms of a loan from the company.

23   Q.  In terms -- excuse me; it was a loan from Hotfile

24       Limited to you personally?

25   A.  From Hotfile Corp. to me personally.
```

Page 121

1    MR. THOMPSON:  The record should reflect the witness

2       referred to exhibit 23.

3    A.  I don't remember any other discussions.

4    BY MR. FABRIZIO:

5    Q.  Did you meet with them in person?

6    A.  No, did I not.

7    Q.  Did you talk to him on the telephone?

8    A.  I had many discussions with them on the -- on the phone,

9       but I -- I don't remember on -- on this particular

10      matter whether we did or did not talk on the phone.

11   BY MR. FABRIZIO:

12   Q.  When was Lemuria incorporated?

13   A.  If I'm not mistaken, it would be October 2009.

14   Q.  And are you the sole director of Lemuria?

15   A.  Yes, I manage Lemuria Communications.

16   Q.  Let me just make sure that's clear.  You own Lemuria 100

17      percent, correct?

18   A.  Yes, I do.

19   Q.  And you manage Lemuria?

20   A.  Yes, I do.

21   Q.  Does anybody manage Lemuria with you?

22   A.  No.

23   Q.  Okay.  And are you on the board of directors of Lemuria?

24   A.  Yeah, I think I am the only director of Lemuria.

25   Q.  Is anybody else on the board of directors with you?

Highly Confidential

Page 122

1   A.   No.

2   Q.   Are you an employee of Lemuria?

3   MR. THOMPSON:   Objection, calls for a legal conclusion.

4   BY MR. FABRIZIO:

5   Q.   Well, strike that.

6        You said previously that you received a salary from

7        Lemuria, correct?

8   A.   Yes, I do.

9   Q.   Okay.  Do you have a title at Lemuria?

10  A.   To the extent that -- again, I don't really assign or we

11       don't really assign, in our team, titles.  But I would

12       say that I am manager of Lemuria.

13  Q.   Okay.  Is there anybody more senior than you at Lemuria?

14  A.   No.

15  Q.   And Lemuria provides hosting services and the other

16       services we've described for Hotfile, correct?

17  A.   That is correct.

18  Q.   Does it provide services for any other company?

19  A.   Yes, it does.

20  Q.   Okay, for what other company?

21  A.   The company name is Neterra.

22  Q.   Can you spell that?

23  A.   N-E-T-E-R-A [sic].

24  Q.   Okay.  What services does Lemuria provide for Neterra?

25  A.   They have two servers with Lemuria.

Highly Confidential

Page 125

1  A.  I don't know, but I don't believe so.

2  BY MR. FABRIZIO:

3  Q.  How much does Neterra pay Lemuria for the collocation

4      services?

5  A.  So far, it doesn't pay.

6  Q.  Is it fair to say you're doing this as a favor for

7      a friend?

8  A.  Not really.

9  Q.  Okay.  Do you expect to be paid?

10  A.  Probably.

11  Q.  All right.  Do you have an understanding with Mr. Dilkov

12      that you will be paid?

13  A.  Yes.

14  Q.  Do you have an understanding as to how much?

15  A.  The general understanding was that it would be dependent

16      on the amount of traffic they stream.

17  Q.  Is there some formula for determining how much, based on

18      the amount of traffic they stream?

19  A.  No.

20  Q.  Do you have an understanding of when you'll receive

21      payment?

22  A.  Frankly, the idea was to -- this project came out

23      towards the end of 2010, probably.  They sent a server

24      to the United States.  It goes -- it took quite some

25      time to go through the Customs; they were not prepared

Highly Confidential

Page 128

```
1      paying?

2   A.  Between two and three hundred thousand, I think.  That's

3       an approximation.

4   Q.  Per month?

5   A.  Yes.

6   Q.  Does Lemuria pay any other companies for services it

7       provides Hotfile?

8   MR. THOMPSON:  Objection.  Asked and answered.

9   A.  As I said, Lemuria also pays the legal bills of Hotfile.

10      Yes.

11  BY MR. FABRIZIO:

12  Q.  Other than that?

13  MR. THOMPSON:  Same objection.  Asked and answered.

14  A.  As of today, I can't think of anything else.

15  BY MR. FABRIZIO:

16  Q.  In the past --

17  A.  And that is tradition the Blue Ant contract is to

18      enforce.

19  Q.  Is Lemuria paying Blue Ant approximately $70,000

20      a month?

21  A.  No.

22  Q.  Approximately how much is Lemuria paying Blue Ant?

23  A.  I think it's $250,000 per month.

24  Q.  250, 2-5-0?

25  A.  2-5-0.
```

Highly Confidential

Page 132

1    BY MR. FABRIZIO:

2    Q.  Do you perform services for Hotfile in your personal

3        capacity as opposed to Lemuria performing them?

4    MR. THOMPSON:  Objection.  Vague, calls for a legal

5        conclusion.

6    A.  I think so, yes.

7    BY MR. FABRIZIO:

8    Q.  What activities do you perform for Hotfile in your

9        personal capacity and not through Lemuria?

10   A.  I would say participating in making decisions is an

11       activity that I would perform in my personal capacity as

12       a shareholder of Hotfile Corp.

13   Q.  Do you also supervise Chubarov, Kolev and Ianakov?

14   MR. THOMPSON:  Objection, vague.

15   A.  To the term "supervise," I'm not sure that I do in fact

16       supervise them, but to -- to the extent they need some

17       guidance and understanding of the technical parts of

18       the -- of our system, yes, we do communicate, and --

19       yes, I would say that I have certain authority over

20       them.

21   BY MR. FABRIZIO:

22   Q.  So is it your understanding that part of your Lemuria

23       salary is compensation for the work you do for Hotfile

24       in your individual capacity?

25   MR. THOMPSON:  Objection.  Asked and answered.

Highly Confidential

Page 135

1    Q.  Well, do you know anything else about the business of

2        FinArt other than what you've testified?

3    MR. THOMPSON:  Objection.  Overbroad, and vague.

4    A.  Nothing that I can think of currently.

5    BY MR. FABRIZIO:

6    Q.  Does FinArt Limited perform any services for Lemuria?

7    A.  No services, no.

8    Q.  Does it do any business with Lemuria?

9    A.  Yes, it did.

10   Q.  What business does FinArt do with Lemuria?

11   A.  I remember some time ago Lemuria giving some money to

12       FinArt.

13   Q.  How much money?

14   A.  I don't know for a fact.

15   Q.  In what order of magnitude?

16   MR. THOMPSON:  Objection, vague.

17   A.  Maybe half a million US dollars.

18   BY MR. FABRIZIO:

19   Q.  And as the owner and manager of Lemuria, you authorized

20       that payment?

21   A.  Yes, I did.

22   Q.  Okay.  What was that payment for?

23   A.  In my understanding it was some kind of loan.

24   Q.  A loan between -- strike that.

25           Lemuria loaned money to FinArt?

Highly Confidential

Page 136

1    A.   Yes.

2    Q.   Is there a document reflecting that loan?

3    A.   No, there is not.

4    Q.   Has FinArt repaid the roughly half a million dollars?

5    A.   To my understanding, yes, but for -- for many reasons

6         that I don't -- that Rumen might know better, FinArt

7         actually paid back to Hotfile Corp., and Hotfile Ltd.

8         paid Lemuria.

9    Q.   Okay, so let me just make sure I have this right.

10        I realize that the number is an approximation.

11   A.   Yes.

12   Q.   But Lemuria made a loan to FinArt of approximately a

13        half a million dollars.  That's not documented.  FinArt

14        repaid that loan to Hotfile Corporation, and Hotfile

15        Limited repaid Lemuria for that loan?

16   MR. THOMPSON:  Object to the beginning of the question,

17        misstating his testimony, and argumentative.

18   BY MR. FABRIZIO:

19   Q.   Have I stated it correctly?

20   MR. THOMPSON:  Also compound.

21   A.   May I ask you to read --

22   BY MR. FABRIZIO:

23   Q.   I'll do it, I'll do it, to avoid your counsel's

24        objection.  I want to make sure I understand this

25        transaction.

Highly Confidential

Page 137

1           Again, I'm going to use the term "500,000," because

2      you said approximately; but we understand that that's

3      approximate.  So Lemuria made a loan to FinArt of

4      approximately $500,000, correct?

5  A.  Correct.

6  Q.  And your understanding is that FinArt repaid that loan

7      by making a payment of approximately $500,000 to Hotfile

8      Corporation?

9  A.  Yes, that's my understanding.

10  Q.  And it is your understanding that Hotfile Limited repaid

11      Lemuria by transferring back to Lemuria approximately

12      $500,000?

13  A.  That is my understanding, yes.

14  Q.  Okay.  Did you personally negotiate the terms of the

15      loan with FinArt?

16  A.  No.

17  Q.  Who did?

18  A.  Rumen Stoyanov.

19  Q.  Did you ever speak with anybody at FinArt?

20  A.  Not about this particular transaction, no.

21  Q.  Have you ever spoken with anybody at FinArt?

22  A.  Yes, I know the -- in person, the -- the person

23      responsible for the company.

24  Q.  The friend of Mr. Stoyanov -- Stoyanov's?

25  A.  Correct.

Highly Confidential

Page 144

1   BY MR. FABRIZIO:

2   Q.  In Titov exhibit 24, it says that the $180,000 each week

3       to FinArt would be for hosting and servers, et cetera.

4       It doesn't say it's a loan.  Which is correct?

5   MR. THOMPSON:  Objection, vague and argumentative.

6   A.  FinArt Ltd. never provided hosting or servers to

7       Lemuria.

8   BY MR. FABRIZIO:

9   Q.  Do you have any understanding as to why Mr. Stoyanov

10      suggested that it be reflected as payments for hosting

11      and servers?

12  MR. THOMPSON:  Objection, calls for speculation.

13  A.  No.

14  BY MR. FABRIZIO:

15  Q.  Did you anywhere on the books and records of Lemuria

16      record that payment as being for hosting and servers?

17  A.  I don't believe so.

18  Q.  Did you anywhere on the books and records of Lemuria

19      record the payments from Lemuria to FinArt?

20  A.  I don't know.  I need to check.

21  Q.  Where would you check?

22  A.  First, the bank account.

23  Q.  You mean to see whether the bank statements actually

24      reflect the payments?

25  A.  Yes.

Highly Confidential

Page 145

1  Q.  Other than bank statements or wire transfers actually

2      reflecting the payment, are there any accounting records

3      that would reflect the payment to Lemuria?

4  MR. THOMPSON:  Objection, vague.

5  A.  No.  Not anything that I can recall.

6  BY MR. FABRIZIO:

7  Q.  Any documents that Lemuria itself created, as opposed to

8      its banks, that would reflect the payment?

9  MR. THOMPSON:  Same objection.

10  A.  I don't know.

11  BY MR. FABRIZIO:

12  Q.  You don't know?

13  A.  No, I don't.

14  Q.  How would you go about finding out?

15  A.  I don't know how to find out.

16  Q.  In the sentence before that, Mr. Stoyanov suggests you

17      transfer $500,000 each week from PayPal to Lemuria.

18      What was -- first of all, did you make that -- those

19      payments?

20  A.  I don't know.

21  Q.  I should ask:  Did you make the $180,000 payments to

22      FinArt in a series of weekly payments, as indicated by

23      Mr. Stoyanov?

24  MR. THOMPSON:  Objection, compound.

25  A.  I don't know if I made them in amounts of 180.  I don't

Highly Confidential

Page 146

1          know if I made them each week.  But I remember making

2          payments.

3     BY MR. FABRIZIO:

4     Q.   Okay, all right, so -- but you don't remember whether

5          you made payments from PayPal to Lemuria of $500,000

6          each week?

7     A.   No, I don't.

8     Q.   Now, when Mr. Stoyanov says that he suggests you

9          transfer $500,000 each week from PayPal to Lemuria, did

10         you understand him to be asking you to transfer $500,000

11         from the Hotfile Limited account in PayPal to Lemuria?

12    A.   Yes, that was the understanding, from Hotfile Limited

13         account to Lemuria.

14    Q.   Okay.  And what were those payments supposed to be for?

15    MR. THOMPSON:  Objection, argumentative and vague.

16    A.   I don't know.

17    BY MR. FABRIZIO:

18    Q.   Okay.  In the paragraph before that, the English says:

19              "I spoke with Nasko about PayPal and we agreed to

20         convey the real status of the situation.  It remains for

21         him to contact you by email so that you can specify some

22         details for the letter to PayPal."

23              Do you see that?

24    A.   Yes, I see that.

25    Q.   Does that accurately reflect what was in the Bulgarian

Highly Confidential

Page 153

1   Q.  The first email in time, which is the last email at the

2       bottom of the document, what is that referring to?

3   MR. THOMPSON:  Objection, vague.

4   A.  I don't have any clear memories of what it refers to.

5   BY MR. FABRIZIO:

6   Q.  Okay.  Did Hotfile get a DMCA notice, or some sort of

7       copyright notice, from a French copyright owner?

8   MR. THOMPSON:  Objection.  Vague and compound.

9   A.  There is certain indication of something like that in

10      the email, but I don't remember the matter.

11  BY MR. FABRIZIO:

12  Q.  About a third of the way down, it says "Nasko," and then

13      it has this email "wrote:", and then it says "Virus."

14      That's referring to you, correct?

15  A.  Yes, correct.

16  Q.  "Shall we put some of the money in Lemuria?

17          It not good all of the money to be in the hotfile

18      account."

19          Do you see that?

20  A.  Yes, I do.

21  Q.  And Nasko is Mr. Vangelov?

22  A.  Yes, he is.

23  Q.  And did Mr. Vangelov write that to you in -- on December

24      18, 2009, or thereabouts?

25  MR. THOMPSON:  Objection.  Calls for speculation, and

Highly Confidential

Page 154

1    compound.

2    A.  Probably, yes.

3    BY MR. FABRIZIO:

4    Q.  Okay.  The -- what I read is an accurate -- accurately

5        reflects the Bulgarian original?

6    MR. THOMPSON:  Objection, compound.

7    A.  Yeah, the substance is correct.

8    BY MR. FABRIZIO:

9    Q.  Okay.  And above that there is an email that's

10       dated December 19, and it says it's from you.  Do you

11       see that one?

12   A.  Yes, I do.

13   Q.  Okay.  And did you write back to Nasko, picking up with

14       the second sentence:

15          "The money Lemuria has on 31[st] December, the tax

16       inspectors will see it as profit, and taxes should be

17       paid.  After this for a whole year we will be able to

18       hold as much as we want."

19          Did you write that to Nasko on -- on or

20       about December 19, 2009?

21   MR. THOMPSON:  Objection.  Are you speaking of the English

22       or the Bulgarian?

23   MR. FABRIZIO:  The English.

24   MR. THOMPSON:  You just asked him -- objection.  Compound

25       question as well.

Highly Confidential

Page 155

1   A.   The substance of the translation is more or less

2        correct.

3   BY MR. FABRIZIO:

4   Q.   And when you said "for a whole year we will be able to

5        hold as much as we want," you were referring to holding

6        as much money as you want in Lemuria's bank account?

7   A.   Yes, the substance is that, but it's common Bulgarian

8        expression to say "as much as you want."  It's not

9        something that should be directly translated, but the

10       substance is correct.

11  Q.   Well, is what you were telling Nasko that come the first

12       of the year, Hotfile could keep as much money as it

13       wanted in the Lemuria bank account?

14  MR. THOMPSON:  Objection.  Vague, and calls for translation.

15  A.   I would say that the meaning is more around after that,

16       there is no problem to -- to make the transfer.

17  MR. FABRIZIO:  All right, just so everyone sort of -- no one

18       wonders where we're coming from out of left field, I'm

19       going to switch to some questions about Hotfile's

20       counterclaim against Warner.

21  MR. THOMPSON:  So you are mixing them up.

22  MR. FABRIZIO:  No, I --

23  MR. THOMPSON:  That's -- that's fine, Steve.

24  MR. FABRIZIO:  I didn't want anybody to be confused.

25  Q.   Mr. Titov, can you explain in your own words what