# EXHIBIT 6

HIGHLY CONFIDENTIAL

Page 555

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2           CASE NO. 11-20427-WILLIAMS/TURNOFF
 3   - - - - - - - - - - - - - - - - - - - - -
     DISNEY ENTERPRISES,
 4   INC., TWENTIETH CENTURY
     FOX FILM CORPORATION,
 5   UNIVERSAL CITY STUDIOS
     PRODUCTIONS LLLP,
 6   COLUMBIA PICTURES
     INDUSTRIES, INC., and
 7   WARNER BROS.
     ENTERTAINMENT, INC.,
 8
 9              Plaintiff,
10   v.
11   HOTFILE CORP., ANTON
     TITOV, and DOES 1-10,
12
13              Defendants.
14
15   HOTFILE CORP.,
16              Counterclaimant,
17   v.
18   WARNER BROS ENTERTAINMENT
     INC.,
19              Counterdefendant.
20   - - - - - - - - - - - - - - - - - - - - -
                          VOLUME IV
21           H I G H L Y   C O N F I D E N T I A L
          (Pursuant to protective order, the following
22        transcript has been designated highly confidential)
             30(b)(6) DEPOSITION OF ANTON TITOV
23                    Radisson Blu Hotel
                       Sofia, Bulgaria
24                Thursday, December 8, 2011
                     AT:  9:10 a.m.
25   Job #44430
```

HIGHLY CONFIDENTIAL

Page 619

1    2010, there are one, two, three, four, five separate
2    $100,000 transfers to the Bank of America account; do
3    you see that?
4  A. I see that.
5  Q. Okay. Why did Lemuria transfer a half a million dollars
6    in five separate $100,000 increments to the Bank of
7    America account on February 11, 2010?
8  MR. THOMPSON: Objection to the extent it misstates the
9    document.
10 A. Are you asking why it's not one transaction?
11 BY MR. FABRIZIO:
12 Q. Well, first -- right, why not -- why is it not one
13    transaction?
14 A. I believe $100,000 is the maximum amount PayPal will
15    allow for a single transaction.
16 Q. Okay. And the follow-up question is; why was Lemuria
17    transferring $500,000 out of PayPal on that date?
18 MR. THOMPSON: Objection to the extent it's a compound
19    question, lacks foundation.
20 A. To make the funds available in the bank account.
21 BY MR. FABRIZIO:
22 Q. Okay. Not limiting the question to the February 2010
23    transaction, were any of the funds that were ever
24    transferred by Lemuria into the Bank of America account
25    ever transferred to one of the other shareholders of

HIGHLY CONFIDENTIAL

Page 620

1      Hotfile?
2   MR. THOMPSON: Objection, overbroad and vague.
3   A. I think I already answered a similar question, that was
4      if Lemuria paid directly or indirectly other shareholder
5      account and if there is still other shareholders.
6   MR. THOMPSON: So let me add for the record, objection, it
7      was asked and answered.
8   BY MR. FABRIZIO:
9   Q. What were the funds deposited in the Lemuria Bank of
10     America account used for?
11  MR. THOMPSON: Objection, compound and overbroad.
12  A. For paying bills more generally, same.
13  BY MR. FABRIZIO:
14  Q. All right. Was it used to pay for anything that was
15     unrelated to the operation of the Hotfile website?
16  MR. THOMPSON: Objection, vague and ambiguous, as well as
17     overbroad.
18  A. Do you want to define this? It's a very broad question.
19     I don't really know.
20  BY MR. FABRIZIO:
21  Q. Okay. Did Lemuria ever pay a dividend to its
22     shareholders?
23  A. No, I don't believe so.
24  Q. So is it your testimony that -- I'm not going to tax my
25     math right here, but it's a -- it's very conservatively

HIGHLY CONFIDENTIAL

Page 621

1      estimated -- over $10 million of payments out of Lemuria
2      through the PayPal account, and is it your contention,
3      or is it your testimony that Lemuria incurred more than
4      $10 million of expenses on behalf of Hotfile in the
5      period of November 2, 2009 through April 13, 2011, which
6      are the beginning and ending dates of these
7      transactions?
8  MR. THOMPSON: Objection, misstates the document, there were
9      no payments out of Lemuria, and is argumentative in its
10     form.
11 BY MR. FABRIZIO:
12 Q.  I will amend.
13     Exhibit 160 shows over $10 million being transferred
14     from the Lemuria PayPal account to the Lemuria Bank of
15     America accounts.
16     How much money is currently in that Bank of America
17     account?
18 MR. THOMPSON: What's the relevance about this?
19 MR. FABRIZIO: The judge said we could ask about this
20     specifically.
21 MR. THOMPSON: On what ruling is that, counsel?
22 MR. FABRIZIO: On the ruling denying our discovery of
23     Lemuria, when he said we could ask Mr Titov these
24     questions.
25 MR. THOMPSON: We object that it's irrelevant.

HIGHLY CONFIDENTIAL

Page 622

1    MR. FABRIZIO:  Relevancy is not an issue.
2    MR. THOMPSON:  Mr. Titov has spent four days with you in
3        his capacity as a 30(b)(6) witness for the parties -- to
4        the parties in the case, Lemuria is not a party.
5           You can answer this question.
6    BY MR. FABRIZIO:
7    Q.  With pleasure.  The question -- the question is; how
8        much money is currently in the Bank of America account
9        maintained by Lemuria?
10   A.  I don't know for a fact.
11   Q.  Is it more than $1 million?
12   MR. THOMPSON:  Same objections.
13   A.  I don't think so.
14   BY MR. FABRIZIO:
15   Q.  Okay.  So is it your testimony that in less than a year
16       and a half, Lemuria incurred over $10 million of
17       expenses on behalf of the Hotfile website?
18   MR. THOMPSON:  Objection, argumentative, misstates the
19       documents, and irrelevant.
20   A.  I believe that in the very, very substantial part, that
21       it's correct.
22   BY MR. FABRIZIO:
23   Q.  And that includes payments to the colocation facility?
24   A.  Correct.
25   Q.  That includes payments to the broadband providers?