# EXHIBIT 8

```
 1              UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF FLORIDA
 2           CASE NO. 11-20427-WILLIAMS/TURNOFF
 3   DISNEY ENTERPRISES, INC.,          )
     TWENTIETH CENTURY FOX FILM         )
 4   CORPORATION, UNIVERSAL CITY        )
     STUDIOS PRODUCTIONS LLLP,          )
 5   COLUMBIA PICTURES INDUSTRIES       )
     INC., and WARNER BROS.             )
 6   ENTERTAINMENT INC.,                )
                                        )
 7              Plaintiffs,             )
                                        )
 8   -vs-                               )
                                        )
 9   HOTFILE CORP., ANTON TITOV,        )
     and DOES 1-10,                     )
10                                      )
                Defendants.             )
11   _____   )
                                        )
12   HOTFILE CORP.,                     )
                                        )
13              Counterclaimant,        )
                                        )
14      -vs-                            )
                                        )
15   WARNER BROS. ENTERTAINMENT, INC.,  )
                                        )
16              Counterdefendant.       )
                                        )
17

18       VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

                            OF
19
                      RUMEN STOYANOV
20
                   HIGHLY CONFIDENTIAL
21
              on Thursday, December 8, 2011
22               commencing at 9:10 a.m.
                       Taken at:
23            The Raddison Blu Hotel
                   Sofia, Bulgaria
24   Job Number:   43401
25   Reported by:  Thelma Harries, MBIVR, ACR
```

1    Hotfile was founded?

2         A    Yes.

3         Q    Hotfile, of course, has an affiliate

4    programme where it pays people who upload files

5    that are subsequently downloaded, correct?

6         A    Yes.

7         Q    Was that programme part of the site

8    from the beginning?

9         A    I don't remember.

10        Q    Whose idea was that programme?

11        A    Mine.

12        Q    Where did you get that idea?

13        A    From the competition.

14        Q    Did RapidShare have a programme like

15   that at the time?

16        A    I think so, yes.

17        Q    Are you aware of any other

18   competitors that had programmes like that at the

19   time?

20        A    Yes.

21        Q    Can you list those for me, please?

22        A    I can't say at this moment which of

23   the competitors had which particular programme at

24   the time.  For example, the affiliate system is

25   being used common, for example, in Amazon.  It's

1   not some kind of a discovery.

2         Q      But I'm asking more narrowly about

3   a programme that pays users in order to upload

4   files that have been downloaded.

5               Are you -- were you aware, at the

6   time that you came up with the idea for the

7   affiliate programme, of any competitors other than

8   RapidShare who had a programme of that nature?

9         A      Yes.

10        Q      And can you please list those for me?

11        A      I can't recall the names now.  Some

12  of them might not be in operation any longer.

13        Q      But sitting here today the only one

14  you can name is RapidShare?

15        A      Currently I can think of a large

16  website on the market, but I don't recall whether

17  at the time they had an affiliate system or not.

18        Q      And which website is that?

19        A      In addition to RapidShare, MegaUpload

20  of MediaFire.

21               MR LEIBNITZ:  And MediaFire?

22               THE INTERPRETER:  And MediaFire.

23  BY MR PLATZER:

24        Q      You testified earlier that your

25  initial idea for Hotfile was as a way for people