# EXHIBIT 9

HIGHLY CONFIDENTIAL

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2          CASE NO. 11-20427-WILLIAMS/TURNOFF
 3
     DISNEY ENTERPRISES, INC.,              )
 4   TWENTIETH CENTURY FOX FILM             )
     CORPORATION, UNIVERSAL CITY            )
 5   STUDIOS PRODUCTIONS LLLP,              )
     COLUMBIA PICTURES INDUSTRIES           )
 6   INC., and WARNER BROS.                 )
     ENTERTAINMENT INC.,                    )
 7                                          )
              Plaintiffs,                   )
 8                                          )
        -vs-                                )
 9                                          )
     HOTFILE CORP., ANTON TITOV,            )
10   and DOES 1-10,                         )
                                            )
11            Defendants.                   )
                                            )
12   _____    )
                                            )
     HOTFILE CORP.,                         )
13                                          )
              Counterclaimant,              )
14                                          )
        -vs-                                )
15                                          )
     WARNER BROS. ENTERTAINMENT, INC.,      )
16                                          )
              Counterdefendant.             )
17                                          )
18        VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
19                           OF
20                     ATANAS VANGELOV
21                   HIGHLY CONFIDENTIAL
22              on Wednesday, December 7, 2011
                    commencing at 9:10 a.m.
23   Reported by:
                          Taken at the offices of
24   Thelma Harrie        RADDISON BLU HOTEL
                             SOFIA, BULGARIA
25   Job# 43403
```

TSG Reporting - Worldwide   877-702-9580

HIGHLY CONFIDENTIAL

Page 42

1    to whom the assets were sold.
2            THE WITNESS:  They were sold to
3    a Canadian company.
4    BY MR PLATZER:
5        Q    When you founded Hotfile, were you
6    worried that the website could subject you to legal
7    liability?
8            MR LEIBNITZ:  I'll object as vague
9    and ambiguous.
10           THE WITNESS:  As far as I remember,
11   we didn't, because it was a perfectly legitimate
12   business.
13   BY MR PLATZER:
14       Q    You weren't concerned that legal
15   proceedings would be brought against Hotfile?
16           MR LEIBNITZ:  Objection as to form.
17   Asked and answered.  Vague and ambiguous.
18           THE WITNESS:  When you do business on
19   the Internet, you know that in America and around
20   the world everyone is suing everyone for
21   everything, so...
22           But we were not concerned because it
23   was a -- it was a business that existed on the
24   Internet long before we started it; the business
25   model.

HIGHLY CONFIDENTIAL

Page 43

1           It was a business that existed on the
2   Internet long before we started it; the business
3   model.
4   BY MR PLATZER:
5       Q    And when you say the business model
6   existed on the Internet before, can you explain
7   that answer to me, please?
8       A    Yes.  Hosting sites and cloud sites
9   like Hotfile were existing before we started
10  Hotfile.
11      Q    And are there any particular sites
12  that you have in mind?
13      A    As -- as I am sitting here, I can
14  name a few.  One is RapidShare, mediafire.com.
15          MR LEIBNITZ: So, counsel, I normally
16  take a break about every hour.  When you're at a
17  convenient stopping point.
18          MR PLATZER:  Okay.
19          (Discussion off the record)
20          (Exhibits 1 and 2
21          marked for identification)
22  BY MR PLATZER:
23      Q    Mr Vangelov, you've been handed
24  documents that have been marked as Exhibits 1 and
25  2.

1     at 12:22.
2                    (A short recess at 12:22 p.m.)
3                    (Resumed at 1:32 p.m.)
4                    VIDEOGRAPHER:  Back on the record at
5     1:32.
6     BY MR PLATZER:
7          Q    Before we broke for lunch, we were
8     discussing the different responsibilities of the
9     people who performed work for Hotfile, and we had
10    previously discussed Mr Titov's role and your role.
11               Can you tell me what Mr Stoyanov's
12    responsibilities at Hotfile were?
13         A    Mr Stoyanov's responsibility were
14    dealing with the employees of Lemuria, and also he
15    was also dealing with the affiliate programme of
16    the site.
17         Q    Okay, so Mr Stoyanov was responsible
18    for the affiliate programme?
19         A    In some parts, yes.
20         Q    Who designed the affiliate programme
21    for Hotfile?
22         A    It was -- I wouldn't say that it was
23    designed.  It was adopted.
24         Q    Adopted from where?
25         A    From Internet.  From how the Internet

HIGHLY CONFIDENTIAL

Page 107

1     works.
2            Q    Were there other companies that had
3     affiliate programmes upon which Hotfile modelled
4     its affiliate programme?
5            A    Yes, I think -- I think so.  Some of
6     our competitors.
7            Q    Was RapidShare an affiliate
8     programme?
9            A    Yes.
10           Q    Something upon which Hotfile modelled
11    its affiliate programme?
12           A    I wouldn't say that we modelled by
13    RapidShare affiliate.  But, yes, RapidShare had
14    affiliate programme at that time, too.
15                And I do not recall each and every
16    site, but it was common practice for all hosting
17    sites to -- cloud sites, to have affiliate
18    programme.
19                In my opinion, every Internet
20    business, out there successful, have affiliate
21    programme, or at least most of them.
22           Q    Does RapidShare have an affiliate
23    programme today?
24           A    I don't know.
25           Q    Do you know whether RapidShare

1  terminated its affiliate programme?
2       A    I've heard so, but I cannot be sure.
3       Q    Who, in your opinion, are Hotfile's
4  main competitors in the file sharing space today?
5            MR LEIBNITZ:  Objection.  By its
6  terms, this question calls for opinion testimony.
7  This witness is a fact witness.
8            THE WITNESS:  I don't know.
9  BY MR PLATZER:
10      Q    Would you consider RapidShare
11 a competitor?
12           MR LEIBNITZ:  Same objection.
13           THE WITNESS:  I don't know.  Could
14 be.
15 BY MR PLATZER:
16      Q    Do you consider FileSonic
17 a competitor?
18      A    I don't know.
19      Q    Do you consider MediaFire
20 a competitor?
21      A    I don't know.
22      Q    Are there any websites that you
23 consider competitors to Hotfile?
24      A    I would not like -- I don't like to
25 specify, but I think that every hosting and cloud

HIGHLY CONFIDENTIAL

Page 109

1  service on the Internet is a competitor to Hotfile.
2      Q    Okay.  Can you name, then, some of
3  the sites that you believe to be Hotfile's
4  competitors?
5      A    I would say that a site that could be
6  a Hotfile competitor is livedrive.com.
7      Q    Any others?
8      A    As I said, maybe Google, also.  They
9  have their cloud services.
10     Q    Is that Google Docs?
11     A    I think so, yes.
12     Q    Do you consider Hotfile to be
13 providing the same type of service as Google Docs?
14          MR LEIBNITZ:  Objection.  This line
15 of questioning calls for opinion testimony.
16          THE WITNESS:  You can host something
17 in -- in their clouds.  You can host something in
18 their Hotfile clouds services.
19 BY MR PLATZER:
20     Q    Does FileSonic have an affiliate
21 programme?
22     A    I don't know.
23     Q    Does MediaFire?
24     A    I don't know.
25     Q    Does Google Docs?