# EXHIBIT 12

**SCOTT A. ZEBRAK, ESQUIRE - 12/20/2011**

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

------------------------------------x

DISNEY ENTERPRISES, INC., et al.,   )

                Plaintiffs,   ) Case No.

   v.   ) 11-20427-

HOTFILE CORP., et al.,   ) WILLIAMS/

                Defendants.   ) TURNOFF

------------------------------------x

HOTFILE CORP.,   )

                Counterclaimant,   )

                      )

   v.   )

WARNER BROS. ENTERTAINMENT, INC.,   )

                Counterdefendant.   )

------------------------------------x

VIDEOTAPED DEPOSITION OF SCOTT A. ZEBRAK, ESQUIRE

Washington, D.C.

Tuesday, December 20, 2011

9:43 a.m.

Job No.: 439702

Pages 1 - 370

Reported By:  Joan V. Cain

| | | |
|---|---|---|
| 14:27:55 | 1 | speculation. |
| 14:28:01 | 2 | THE WITNESS: Sorry. The data was |
| 14:28:02 | 3 | correlated by -- I don't know which individual |
| 14:28:07 | 4 | necessarily did it, but it was done by probably the -- |
| 14:28:12 | 5 | an outside technology vendor working at my request. |
| 14:28:30 | 6 | And by the way, aside from the correlation, I then -- |
| 14:28:33 | 7 | that was legwork to make the information available to |
| 14:28:35 | 8 | me. I would then be able to look at that particular |
| 14:28:42 | 9 | notice, see the URL that corresponded to this |
| 14:28:44 | 10 | particular Hotfile record, and then see it in the |
| 14:28:47 | 11 | notice. So it was really just as -- as a way to help |
| 14:28:49 | 12 | me sort and -- and put my hands on the information I |
| 14:28:53 | 13 | was looking for. |
| 14:28:54 | 14 | BY MR. LEIBNITZ: |
| 14:29:00 | 15 | Q    Did you ever rely on this information alone |
| 14:29:02 | 16 | as evidence of nonauthorization: a file has a DMCA |
| 14:29:07 | 17 | notice and no takedown -- no counter notification? |
| 14:29:11 | 18 | MR. FABRIZIO: Objection. |
| 14:29:11 | 19 | BY MR. LEIBNITZ: |
| 14:29:12 | 20 | Q    Was that ever the sole basis for your |
| 14:29:13 | 21 | conclusion as to nonauthor- -- nonauthorized status of |
| 14:29:19 | 22 | a file? |
| 14:29:22 | 23 | A    If I could, I need to develop that a little |
| 14:29:25 | 24 | more. In an instance where I was able to look at the |
| 14:29:29 | 25 | file, see what the file was, help me identify who the |

SCOTT A. ZEBRAK, ESQUIRE - 12/20/2011

                                                                    177

```
14:29:33   1   copyright owner is, then I would often go to the
14:29:36   2   copyright owner's site, see how they were being -- how
14:29:39   3   they were commercializing the work, see what the
14:29:40   4   associated licensing terms or terms of sale were.
14:29:47   5   That would be among the information I'd -- I'd
14:29:49   6   consider, along with, of course, if the copyright
14:29:52   7   owner sent a takedown notice to Hotfile, that's --
14:29:56   8   that's very relevant information to me because that
14:29:58   9   represents an instance of a copyright owner, you know,
14:30:03  10   under penalty of perjury representing to Hotfile that
14:30:06  11   they owned the work and its distribution through
14:30:09  12   Hotfile is infringing and they're -- they're citing
14:30:14  13   by -- you know, in those instances by the actual URL
14:30:16  14   what it was.
14:30:17  15           So that would certainly be among what I'd
14:30:19  16   look at and was very informative to me.
14:30:22  17       Q   Is it your testimony that every DMCA notice
14:30:30  18   identified in the column Noticed in Exhibit 101 was
14:30:35  19   under penalty of perjury and thus DMCA compliant?  Is
14:30:38  20   that your testimony?
14:30:39  21       A   That's your question.  My testimony was that
14:30:44  22   I considered takedown notices.  A moment ago I was
14:30:47  23   speaking generally about the takedown notice and what
14:30:50  24   its components consisted of.  Now, if someone had
14:30:54  25   given Hotfile a notice that missed one component of
```

| | | |
|---|---|---|
| 14:35:35 | 1 | that -- referencing the number you represented to me |
| 14:35:40 | 2 | of 90 percent from this spreadsheet not having |
| 14:35:43 | 3 | takedown notices with them, one -- one thing that I |
| 14:35:45 | 4 | did notice was that when we -- when I was searching |
| 14:35:47 | 5 | for these Hotfile URLs on the internet, I would run |
| 14:35:53 | 6 | across instances where the work had been taken down |
| 14:35:57 | 7 | and the notice I would see, it would say it's been |
| 14:36:00 | 8 | taken down at the request of the copyright owner or |
| 14:36:03 | 9 | has been deleted by the user. |
| 14:36:06 | 10 | And while those didn't necessarily have |
| 14:36:08 | 11 | takedown notices with them, I found it curious that I |
| 14:36:11 | 12 | was running across so many of those, and that's one of |
| 14:36:13 | 13 | the reasons why we've continued to look at the -- the |
| 14:36:18 | 14 | takedown data, to try to see whether any -- any |
| 14:36:23 | 15 | matched up, you know, as I took an even further look |
| 14:36:27 | 16 | at this, and -- and indeed there have been another -- |
| 14:36:31 | 17 | many other notices that match up to these that, you |
| 14:36:35 | 18 | know, we've -- we've correlated since -- since the |
| 14:36:37 | 19 | date of my report. |
| 14:36:39 | 20 | BY MR. LEIBNITZ: |
| 14:36:40 | 21 | Q    What is -- can you explain for me the |
| 14:36:41 | 22 | Noticed column in Exhibit 101?  What does that mean? |
| 14:36:46 | 23 |         MR. FABRIZIO:  Objection, vague as to time. |
| 14:36:52 | 24 |         THE WITNESS:  The Noticed column, at least |
| 14:36:56 | 25 | in this version of this document, which, again, has |

| | | |
|---|---|---|
| 14:57:05 | 1 | Q    If the link was still active, did it suggest |
| 14:57:07 | 2 | anything to you about the authorization status? |
| 14:57:09 | 3 | MR. FABRIZIO: Objection, vague as to |
| 14:57:11 | 4 | active. |
| 14:57:11 | 5 | THE WITNESS: And the reason I'm clarifying |
| 14:57:13 | 6 | is just that in our research, I -- I -- what -- what |
| 14:57:21 | 7 | I'm referencing here is -- in this sentence is whether |
| 14:57:27 | 8 | when I had the Hotfile URL and I did, for example, a |
| 14:57:31 | 9 | Google search of that Hotfile URL or some component of |
| 14:57:34 | 10 | that URL, whether I would find online locations where |
| 14:57:40 | 11 | that Hotfile URL was posted.  Now, that's -- that's a |
| 14:57:44 | 12 | separate query from whether or not, when you clicked |
| 14:57:47 | 13 | on that Hotfile URL, whether the file was still there |
| 14:57:50 | 14 | or had been removed. |
| 14:57:57 | 15 | So in investigating these Hotfile records, I |
| 14:57:59 | 16 | would want to -- as one of the steps of my analysis, |
| 14:58:03 | 17 | do a search of that Hotfile link to help me see where |
| 14:58:07 | 18 | it was posted that would show me that the file was |
| 14:58:09 | 19 | being distributed and would often help me ascertain |
| 14:58:13 | 20 | what the file actually was or who the copyright owner |
| 14:58:17 | 21 | or its agent may have been. |
| 14:58:19 | 22 | BY MR. LEIBNITZ: |
| 14:58:20 | 23 | Q    So maybe a better way to approach this is |
| 14:58:23 | 24 | the next sentence.  "We identified many instances |
| 14:58:24 | 25 | where links to the content were still available."  Do |

SCOTT A. ZEBRAK, ESQUIRE - 12/20/2011

192

| | | |
|---|---|---|
| 14:58:28 | 1 | you see that? |
| 14:58:28 | 2 | A    Yes. |
| 14:58:28 | 3 | Q    Does that suggest to you that perhaps the |
| 14:58:30 | 4 | content owners did not mind the free distribution of |
| 14:58:33 | 5 | their work? |
| 14:58:34 | 6 |           MR. FABRIZIO:  Objection, vague and |
| 14:58:35 | 7 | ambiguous as to available. |
| 14:58:39 | 8 |           THE WITNESS:  No, it doesn't.  It doesn't |
| 14:58:40 | 9 | speak to the copyright owner's attitude toward -- |
| 14:58:44 | 10 | toward the link.  I'm looking at paragraph 5 quickly, |
| 14:58:49 | 11 | but I believe what I'm referring to here are instances |
| 14:58:51 | 12 | where that Hotfile URL that we discussed earlier, |
| 14:58:56 | 13 | which an uploader receives when they upload a file to |
| 14:59:01 | 14 | Hotfile, I'm referring to instances where that Hotfile |
| 14:59:09 | 15 | URL, which is a link to that file is stored on |
| 14:59:13 | 16 | Hotfile, where -- where that Hotfile link was made |
| 14:59:16 | 17 | available, and it may be easier for me to give you a |
| 14:59:19 | 18 | for example. |
| 14:59:20 | 19 |           You may be familiar with like a thread where |
| 14:59:26 | 20 | on a forum site or some other location, like a blog |
| 14:59:29 | 21 | for example, someone may be discussing something.  For |
| 14:59:35 | 22 | example, you may have a thread all about, you know, a |
| 14:59:40 | 23 | new movie that came out, like the movie Inception, and |
| 14:59:43 | 24 | it -- it may have a picture of the movie and people |
| 14:59:48 | 25 | discussing here great places you can go to download |

SCOTT A. ZEBRAK, ESQUIRE - 12/20/2011

193

| | | |
|---|---|---|
| 14:59:51 | 1 | copies of that movie. And what I'm referring to here |
| 14:59:56 | 2 | in paragraph 5 is that when I was searching the |
| 14:59:58 | 3 | Hotfile URL, I may have run across a thread where that |
| 15:00:02 | 4 | Hotfile URL was contained, which was showing me that |
| 15:00:04 | 5 | someone distributed that link, encouraging other |
| 15:00:07 | 6 | people to download the file, and it would often help |
| 15:00:12 | 7 | me ascertain what the file actually was and who the |
| 15:00:16 | 8 | owner may be. |
| 15:00:18 | 9 | For example, in an instance where I couldn't |
| 15:00:20 | 10 | readily determine that by reviewing the file itself, |
| 15:00:23 | 11 | it would be helpful for me to know what other people |
| 15:00:25 | 12 | had said as they posted that link or, you know, |
| 15:00:31 | 13 | reviewed the content they downloaded and then |
| 15:00:34 | 14 | commented on. |
| 15:00:34 | 15 | BY MR. LEIBNITZ: |
| 15:00:35 | 16 | Q    Did the absence of a takedown request |
| 15:00:36 | 17 | suggest anything to you about the authorization |
| 15:00:38 | 18 | status? |
| 15:00:39 | 19 | A    Did the absence of a takedown request? No, |
| 15:00:44 | 20 | it did not. |
| 15:00:44 | 21 | Q    Why not? |
| 15:00:49 | 22 | A    It's a big internet. That's quite simply |
| 15:00:53 | 23 | the answer. Copyright owners -- this is of course a |
| 15:00:59 | 24 | general answer to a general question, but, you know, |
| 15:01:01 | 25 | there's lots of places where material is -- is posted |

| | | |
|---|---|---|
| 15:03:55 | 1 | content and the supporting other range information |
| 15:03:59 | 2 | showed, that -- that was something I considered in |
| 15:04:01 | 3 | helping me figure out if I could identify the content, |
| 15:04:03 | 4 | but ultimately, to the extent there were differences, |
| 15:04:06 | 5 | it was something that I could overcome.  Or and if I |
| 15:04:09 | 6 | couldn't, it would end up in unknowable, but it was |
| 15:04:12 | 7 | certainly an issue that I was attentive to. |
| 15:04:16 | 8 | BY MR. LEIBNITZ: |
| 15:04:17 | 9 | Q    Why were you attentive to it? |
| 15:04:19 | 10 | MR. FABRIZIO:  Objection, asked and |
| 15:04:22 | 11 | answered. |
| 15:04:22 | 12 | THE WITNESS:  Really, as part of the process |
| 15:04:24 | 13 | we applied, it included utilizing the material |
| 15:04:31 | 14 | available to us to -- to do what -- what I could to |
| 15:04:33 | 15 | identify the file and ascertain whether I could make a |
| 15:04:38 | 16 | determination about its infringement status, and in |
| 15:04:41 | 17 | doing that I approached it from a whole bunch of |
| 15:04:44 | 18 | different vantage points to try and come up with the |
| 15:04:47 | 19 | most reliable, most complete answer I could.  And I |
| 15:04:52 | 20 | would approach that by reviewing the actual content |
| 15:04:55 | 21 | file.  I would review the name of the file.  I would |
| 15:04:58 | 22 | review -- I would search for the Hotfile link and see |
| 15:05:00 | 23 | what -- what the poster and other viewers of the file |
| 15:05:04 | 24 | had said about it.  I would review whether a copyright |
| 15:05:11 | 25 | owner had said that's my work and it's an infringement |

SCOTT A. ZEBRAK, ESQUIRE - 12/20/2011

197

| | | |
|---|---|---|
| 15:05:14 | 1 | for it to be distributed on Hotfile.  That -- that was |
| 15:05:16 | 2 | everything I considered. |
| 15:05:17 | 3 | And if, for example, I had a file name that |
| 15:05:20 | 4 | wasn't descriptive of what the file said, that didn't |
| 15:05:27 | 5 | tell me much of -- about what the file was or who the |
| 15:05:32 | 6 | copyright owner was.  Sometimes the file would be spot |
| 15:05:35 | 7 | on in -- in what it was.  Sometimes it wouldn't -- |
| 15:05:39 | 8 | wouldn't be descriptive, or sometimes it may have even |
| 15:05:43 | 9 | had multiple files in that Hotfile drawer so to speak, |
| 15:05:46 | 10 | within that Hotfile record, and -- and the file name |
| 15:05:49 | 11 | may have matched one file in it but -- but not the |
| 15:05:51 | 12 | others.  So it was really a range of -- of |
| 15:05:54 | 13 | circumstances that we dealt with. |
| 15:05:58 | 14 | BY MR. LEIBNITZ: |
| 15:05:58 | 15 | Q    You state in paragraph 5, "After identifying |
| 15:06:00 | 16 | each sample file, my team and I researched the |
| 15:06:03 | 17 | copyright ownership of each file."  Do you see that? |
| 15:06:06 | 18 | A    Yes. |
| 15:06:06 | 19 | Q    What did you do? |
| 15:06:11 | 20 | A    Well, as I was researching each of these |
| 15:06:14 | 21 | files, we would attempt to figure out what the file |
| 15:06:19 | 22 | was, and at that point try to ascertain who the owner |
| 15:06:25 | 23 | was or the person acting as the agent of the owner. |
| 15:06:30 | 24 | So, for example, if I had a magazine, I might look for |
| 15:06:35 | 25 | the copyright notice or the equivalent sort of notice |

SCOTT A. ZEBRAK, ESQUIRE - 12/20/2011

204

| | | |
|---|---|---|
| 15:14:59 | 1 | conclusion as to authorization status by seeing how |
| 15:15:07 | 2 | the owner was commercializing its work, what its |
| 15:15:10 | 3 | licensing terms were, and the only owners that to date |
| 15:15:13 | 4 | I've specifically reached out to were the plaintiffs |
| 15:15:20 | 5 | in suit.  That's where it was -- you know -- you know, |
| 15:15:23 | 6 | that's where I chose to do that. |
| 15:15:25 | 7 | For the others it wasn't -- it's not a |
| 15:15:28 | 8 | necessary or even a feasible thing for me to attempt |
| 15:15:31 | 9 | to do but it -- |
| 15:15:35 | 10 | BY MR. LEIBNITZ: |
| 15:15:35 | 11 | Q    Why isn't it feasible? |
| 15:15:41 | 12 | A    Well, first of all, you need to consider the |
| 15:15:43 | 13 | two together in terms of necessary and feasible, so |
| 15:15:46 | 14 | let me address both.  In terms of feasibility, I'll |
| 15:15:48 | 15 | start with that.  When you're dealing with whatever |
| 15:15:52 | 16 | the number of works were here, 1750 works, so you're |
| 15:15:57 | 17 | dealing with individuals and companies all around the |
| 15:16:04 | 18 | world.  It's not -- not likely to be able to reach and |
| 15:16:08 | 19 | communicate with -- with them, let alone do so within |
| 15:16:13 | 20 | any sort of a time frame to be useful in this |
| 15:16:15 | 21 | litigation.  And beyond that, having them, you know, |
| 15:16:26 | 22 | confirm for me or, you know, what -- what I've |
| 15:16:29 | 23 | concluded about the authorization status, I -- I |
| 15:16:36 | 24 | wouldn't expect that to be any different than what |
| 15:16:38 | 25 | I've already concluded here. |

SCOTT A. ZEBRAK, ESQUIRE - 12/20/2011

205

| | | |
|---|---|---|
| 15:16:41 | 1 | You know, when I -- when I see the -- for |
| 15:16:46 | 2 | example, the creator of a work owned by a nonplaintiff |
| 15:16:48 | 3 | that invests in creation of a work and they're selling |
| 15:16:51 | 4 | the work -- I've used the term previously viral |
| 15:16:55 | 5 | distribution. You used the term, I think, free and |
| 15:16:57 | 6 | unrestricted distribution -- you know, it -- you know, |
| 15:17:03 | 7 | my -- my experience and what I've looked into in these |
| 15:17:07 | 8 | industries, including my follow-on research, have |
| 15:17:09 | 9 | shown me that folks don't invest in content creation |
| 15:17:13 | 10 | to see it be given away for free in unrestricted viral |
| 15:17:19 | 11 | distribution when they're at the same time attempting |
| 15:17:23 | 12 | to -- to monetize that work through licensing and |
| 15:17:25 | 13 | sale. |
| 15:17:25 | 14 | Q    Never? |
| 15:17:28 | 15 | A    Never? |
| 15:17:29 | 16 | MR. FABRIZIO: Objection, misstates his |
| 15:17:30 | 17 | testimony. |
| 15:17:31 | 18 | THE WITNESS: I mean, never what? Never? I |
| 15:17:34 | 19 | don't understand the question. |
| 15:17:35 | 20 | BY MR. LEIBNITZ: |
| 15:17:35 | 21 | Q    Folks never give away for free an |
| 15:17:40 | 22 | unrestricted viral distribution when they're at the |
| 15:17:42 | 23 | same time attempting to monetize that work through |
| 15:17:45 | 24 | licensing and sale? |
| 15:17:49 | 25 | A    In my experience -- and I'll give you |

SCOTT A. ZEBRAK, ESQUIRE - 12/20/2011

206

| | | |
|---|---|---|
| 15:17:51 | 1 | certain examples.  For example, record companies may |
| 15:17:55 | 2 | be selling a work for download through iTunes or -- or |
| 15:18:04 | 3 | purchase of a CD in a store, and on their web site |
| 15:18:07 | 4 | they may allow individuals to stream and listen to a |
| 15:18:13 | 5 | copy of it.  That's the sort of promotional activity |
| 15:18:17 | 6 | that -- that I've seen.  I've given the example before |
| 15:18:19 | 7 | of a light temporary version of video game software |
| 15:18:26 | 8 | that's then used for someone to see a lighter version |
| 15:18:32 | 9 | of the work that they then choose to purchase at a |
| 15:18:35 | 10 | fuller value.  That's the type of work I've seen. |
| 15:18:38 | 11 | The -- you know, that's my experience.  And |
| 15:18:57 | 12 | of course I'm not doing this in the abstract.  I've -- |
| 15:18:59 | 13 | I've, you know, attempted for these files and I've |
| 15:19:04 | 14 | gone file by file looking to see where and how and |
| 15:19:07 | 15 | under what terms it was being commercialized. |
| 15:19:14 | 16 | Q    How did you confirm with plaintiffs that |
| 15:19:15 | 17 | they didn't authorize the free and unrestricted |
| 15:19:18 | 18 | distribution on Hotfile of these files? |
| 15:19:21 | 19 | A    You're asking about the logistics of how we |
| 15:19:24 | 20 | confirmed with them? |
| 15:19:25 | 21 | Q    What did you do? |
| 15:19:29 | 22 | A    We asked the plaintiffs to confirm for us, |
| 15:19:32 | 23 | once I identified what the works were, whether they've |
| 15:19:35 | 24 | authorized those works to be distributed to the |
| 15:19:37 | 25 | Hotfile system, and the answer was no. |