# EXHIBIT 13

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  SOUTHERN DISTRICT OF FLORIDA
 3
 4    DISNEY ENTERPRISES, INC., TWENTIETH
 5    CENTURY FOX FILM CORPORATION,
 6    UNIVERSAL CITY STUDIOS PRODUCTIONS,
 7    LLP, COLUMBIA PICTURES INDUSTRIES,
 8    INC., and WARNER BROTHERS
 9    ENTERTAINMENT, INC.,
10
11                    Plaintiffs,
12
13       vs.                                  Case No.
14
15    HOTFILE CORPORATION, ANTON TITOV       11-cv-20427-AJ
16    and DOES 1-20,
17
18                    Defendants.
19    _____
20              Videotaped Deposition of SCOTT A. ZEBRAK,
      a witness herein, called for examination by counsel
21    for Defendants in the above-entitled matter, Washington,
      D.C. pursuant to subpoena, the witness being duly sworn
22    by SUSAN L. CIMINELLI, CRR, RPR, a Notary Public in and
      for the District of Columbia, taken at the offices of
23    Jenner & Block, LLP, 1099 New York Avenue, N.W.,
24    Washington, D.C., at 10:49 a.m. on Friday, January 20,
25    2012.
```

Page 1

```
 1   but not always.  Sometimes there may be a link in
 2   there that's not especially useful.  So sort of
 3   erasing that link may not have been incredibly
 4   helpful.
 5              BY MR. GUPTA:
 6       Q.   Okay.  Well, taking your concern about
 7   wanting to see as much of the evidence as you can --
 8       A.   Sure.  Yeah.  That's great.
 9       Q.   Can you please -- what I'll do is append
10   two additional documents to the existing Zebrak
11   Exhibit 126.  And this is the website, the porn
12   website, that is identified in the notes column and
13   the particular page --
14       A.   Yes.
15       Q.   -- that's referenced.  And then there is a
16   screen shot of the video using our screen shot --
17       A.   Yes.
18       Q.   -- software.
19       A.   That's -- yes.
20       Q.   Okay.  So based on this --
21            MR. POZZA:  Do you have a copy for me too?
22            MR. GUPTA:  Yes.
23            THE WITNESS:  So --
24            MR. POZZA:  Just a second.  I need a copy.
25            BY MR. GUPTA:
```

Page 229

```
 1        Q.    All right.  So based on this information,
 2   can you explain to me the basis of your
 3   classification of the file as --
 4        A.    Sure.
 5        Q.    -- highly infringing?
 6        A.    Sure.  What pops to mind right now is that
 7   this is professionally produced video involving
 8   nudity.  I'm not sure necessarily where it crosses
 9   the line -- it's your definition of pornography --
10   under the name of Californication.  And I actually
11   recall this and was thinking about this as we were
12   discussing the file a moment ago.
13             The -- Showtime is not the creator of
14   this, of this particular work.  This would have been
15   designated as highly likely infringing on the basis
16   that it was a professionally created video, not --
17   not sort of an amateur work uploaded by an
18   individual, in which case I would have presumed it to
19   be authorized.  This would have been a professional
20   work and -- consistent, of course, with the fact that
21   the title of the work has the person's name on it and
22   a year.  Yeah, so --
23        Q.    Okay.  Did you consider the length of the
24   clip?
25        A.    I don't recall this one in particular.
```

Page 230

1  When we talked about length of clips a moment ago, I
2  was speaking generally about the length of clips.
3  There may be some exceptions. It seems here
4  you've -- you've isolated an exception that is not
5  the norm of the types of works that I examined here.
6  This is -- at least judging by the length here, I
7  don't know if that's a minute and 48 or an hour and
8  48 based on this.
9      Q.   I'll represent to you it's a minute and
10 48.
11     A.   It's probably a minute and 48. This might
12 be an example of something that's been taken as being
13 distributed from a -- from another -- from a
14 commercial work. I don't know what comes before or
15 after the screen shot, but --
16     Q.   Did you consider the fair use doctrine in
17 connection with this clip?
18     A.   Again, I would have considered that
19 wherever I deemed it to be relevant. In my analysis,
20 that was certainly a consideration that I would have
21 looked at. As I look at this one now, you know, I
22 would like to see, for example, the other instances
23 in which this link was being distributed. That would
24 be something I would have looked at as well. But I
25 don't recall the specifics of it here.

Page 231

```
 1        Q.   So -- and just to further confirm for you
 2   the length of the clip, when you look at the link
 3   site that you --
 4        A.   Yes.
 5        Q.   -- you referenced in the notes column, it
 6   does say one minute 48 seconds.  And so I wanted to
 7   ask you to walk me through the fair use factors.  I
 8   realize you don't remember if you applied them or
 9   not.
10        A.   No.  I didn't say that.  I said I don't
11   recall the full consideration of it here.  I applied
12   it wherever it would be implicated.  It's something I
13   did in each and every instance was say is there a
14   fair use or licensing issue here, and I would reason
15   it through.
16        Q.   Right.  And so, if you reason it through
17   here, you know, what is the analysis that you walked
18   through?
19        A.   Well, I'd also like to see other instances
20   of -- of this.  I mean, I, of course, know the fair
21   use factors.  You know, in this instance if this was
22   a work of -- or a clip of two minutes or less,
23   assuming that's not a full length of the commercial
24   work, it would be using less than the whole portion
25   of the work.  The nature of the work would be one
```

Page 232

```
 1   deserving of copyright protection.  The nature of the
 2   use in this instance is on a thread of the most
 3   sensual scenes for movies and TV.
 4              I'm just looking now for -- so, you know,
 5   I don't know in what other instances this work we
 6   found to be -- being distributed.  In this instance
 7   here, the user apparently seems to be saying that
 8   these are the most sensual scenes in movies from TV
 9   in this posting.  I'm not sure the length of the
10   other works, but this one -- according to what you've
11   shown me, it's two minutes or less.
12       Q.   Right.  And so, I mean, I don't see any
13   advertising here.  Do you?  In this link?
14       A.   I don't -- I don't necessarily know from
15   this web page whether this person and the thread this
16   person is running is being done to derive this person
17   of consideration in any way.  I do know that, in
18   terms of the amount used, this person could clearly
19   have done lots of other things other than putting up
20   a two-minute clip from -- from this work.
21       Q.   I'm sorry.  What do you mean by they could
22   have done --
23       A.   Well, I mean --
24       Q.   -- a lot of other things?
25       A.   -- if this person wanted to convey
```

Page 233