UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**DECLARATION OF LUKE C. PLATZER IN SUPPORT OF PLAINTIFFS'
MOTIONS IN LIMINE**

**[HIGHLY CONFIDENTIAL]**

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]**

**REDACTED – PUBLIC VERSION**

75052.3

I, Luke C. Platzer, hereby declare as follows:

1. I am an partner at the law firm Jenner & Block LLP and represent the Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. (collectively "Plaintiffs") in the above-captioned action. I submit this declaration in support of:

   a. Plaintiffs' Motion in Limine and Memorandum of Law to Preclude Defendants From Offering Certain Opinions of Dr. Andrew Cromarty at Trial;

   b. Plaintiffs' Motion in Limine and Memorandum of Law to Preclude Defendants From Offering Certain Opinions of Dr. Matthew Lynde at Trial;

   c. Plaintiffs' Motion in Limine and Memorandum of Law to Preclude Testimony From Previously Undisclosed Third-Party Witnesses;

   d. Plaintiffs' Motion in Limine and Memorandum of Law to Preclude Defendants From Entering Into Evidence Deposition Testimony of ████████ ████████;

   e. Warner Bros. Entertainment Inc.'s Motion in Limine and Memorandum of Law to Preclude Evidence and Argument Regarding "Perjury" in Connection With Counterclaim; and

   f. Warner Bros. Entertainment Inc.'s Motion in Limine and Memorandum of Law to Exclude Evidence of Warner's August 2011 Audits its Anti-Piracy System for the Purpose of Showing Warner's Culpability.

2. I make this declaration based on my personal knowledge, including personal knowledge acquired from colleagues whom I have supervised on this matter. If called to testify, I would testify as follows:

## I. Exhibits Relevant to Plaintiffs' Motion in Limine and Memorandum of Law to Preclude Defendants From Offering Certain Opinions of Dr. Andrew Cromarty at Trial.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Dr. Andrew Cromarty in Support of Defendants' Motion for Summary Judgment, executed March 5, 2012.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Andrew S. Cromarty, Ph.D., dated November 18, 2011.

5. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiffs' Notice of Motion and Plaintiffs' Motion in Limine to Preclude Evidence or Argument Inconsistent With

1

Facts Established at Summary Judgment, *Arista Records LLC v. Lime Group LLC*, No. 06 Civ. 05936 (KMW) (S.D.N.Y. April 4, 2011), ECF # 692.

6. Attached hereto as Exhibit 4 is a true and correct copy of Minute Entry, *Arista Records LLC v. Lime Group LLC*, No. 06 Civ. 05936 (KMW) (S.D.N.Y. April 27, 2011).

7. Attached hereto as Exhibit 5 is a true and correct copy of the Rule 26(a)(2)(B) Report of Dr. Ian Foster, dated November 18, 2011.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Rule 26(a)(2)(B) Rebuttal Report of Dr. Ian Foster, dated January 19, 2012.

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the deposition of Dr. Ian Foster, taken on December 14, 2011 in the above-captioned case.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the deposition of Dr. Ian Foster, taken on January 20, 2012 in the above-captioned case.

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the deposition of defendant Anton Titov, in his personal capacity and as Fed. R. Civ. P. 30(b)(6) representative of defendant Hotfile Corp., taken from December 5 to December 8, 2011 in the above-captioned case.

12. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the deposition of Dr. Andrew Cromarty, taken December 6, 2011 in the above-captioned case.

13. Attached hereto as Exhibit 11 is a true and correct copy of the Rule 26(a)(2)(B) Rebuttal Report of Dr. Erling Wold, dated January 6, 2012.

14. Attached hereto as Exhibit 12 is a true and correct copy of an email dated October 23, 2013 from Luke C. Platzer to Val Gurvits, Evan Fray-Witzer, and Matthew Shayefar.

15. Attached hereto as Exhibit 13 is a true and correct copy of an email dated October 25, 2013 sent from Evan Fray-Witzer to Luke Platzer, Val Gurvits, and Matthew Shayefar.

II. **Exhibits Relevant to Plaintiffs' Motion in Limine and Memorandum of Law to Preclude Defendants From Offering Certain Opinions of Dr. Matthew Lynde at Trial.**

16. Attached hereto as Exhibit 14 is a true and correct copy of the Expert Report of Matthew R. Lynde, dated 18, 2011.

17. Attached hereto as Exhibit 15 is a true and correct copy of the Declaration of Matthew R. Lynde in Support of Hotfile Opposition to Warner Bros. Entertainment's Motion for Summary Judgment, dated February 27, 2012.

### III. Exhibits Relevant to Plaintiffs' Motion in Limine to Preclude Testimony From Previously Undisclosed Third-Party Witnesses.

18. Attached hereto as Exhibit 16 is a true and correct copy of the Initial Disclosures of Defendants Hotfile Corporation and Anton Titov, served May 2, 2011.

### IV. Plaintiffs' Motion in Limine and Memorandum of Law to Preclude Defendants From Entering Into Evidence Deposition Testimony of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓:

19. Attached hereto as Exhibit 17 is a true and correct copy of Defendants' Witness List, Exhibit E to Joint Pretrial Stipulation.

20. Attached hereto as Exhibit 18 is a true and correct copy of excerpts of the deposition of ▓▓▓▓▓▓▓▓▓▓ taken December 8, 2011 in the above-captioned case.

21. Attached hereto as Exhibit 19 is a true and correct copy of excerpts of the deposition of ▓▓▓▓▓▓▓▓▓▓ taken December 7, 2011 in the above-captioned case.

### V. Exhibits Relevant to Motion in Limine to Preclude Evidence and Argument Regarding "Perjury" in Connection With Counterclaim and Memorandum of Law in Support.

22. Attached hereto as Exhibit 20 is a true and correct copy of excerpts of the deposition of David Kaplan, taken on October 12, 2011 in the above-captioned case.

23. Attached hereto as Exhibit 21 is a true and correct copy of the Declaration of David Kaplan in Support of Warner Bros. Entertainment's Motion for Summary Judgment.

24. Attached hereto as Exhibit 22 is a true and correct copy of a printout of the user interface for Hotfile's Special Rightsholder Account system, identified as Defendants' Trial Exhibit 159.

25. Attached hereto as Exhibit 23 is a true and correct copy of a printout of the user interface for Hotfile's Special Rightsholder Account system, identified as Defendants' Trial Exhibit 276.

### VI. Exhibits Motion in Limine to Exclude Evidence of Warner's August 2011 Audits Anti-Piracy System for the Purpose of Showing Warner's Culpability.

26. Attached hereto as Exhibit 24 is a true and correct copy of an email dated August 15, 2011 between Bret Boivin and Christian Sommer, identified as Defendants' Trial Exhibit 163.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2013 at Washington, DC  _____
                                                    Luke C. Platzer

4