UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-Cv-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.

_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.

_____/

**PLAINTIFFS' NOTICE OF FILING PUBLIC REDACTED VERSION OF
MOTION IN LIMINE AND MEMORANDUM OF LAW TO PRECLUDE EVIDENCE
AND ARGUMENT REGARDING "PERJURY"
<u>IN CONNECTION WITH COUNTERCLAIM</u>**

Plaintffs hereby give notice of filing the attached Motion in Limine and Memorandum of

Law to Preclude Evidence and Argument Regarding "Perjury" in Connection with Counterclaim,

which is being filed publicly on this date.

Dated: November 8, 2013                    Respectfully submitted,

                                           By: /s/ Karen L. Stetson
                                           Karen L. Stetson
                                           GRAY-ROBINSON, P.A.
                                           1221 Brickell Avenue
                                           16th Floor
                                           Miami, Fl 33131
                                           Telephone: (305) 416-6880
                                           Facsimile:  (305) 416-6887


MOTION PICTURE ASSOCIATION                 JENNER & BLOCK LLP
 OF AMERICA, INC.                          Steven B. Fabrizio (*Pro Hac Vice)*
Karen R. Thorland (*Pro Hac Vice)*         Duane C. Pozza (*Pro Hac Vice)*
15301 Ventura Blvd.                        Luke C. Platzer (*Pro Hac Vice)*
Building E                                 1099 New York Ave., N.W.
Sherman Oaks, CA 91403                      Suite 900
Phone:  (818) 995-6600                     Washington, DC 20001
Fax:  (818) 285-4403                       Telephone: (202) 639-6000
                                           Facsimile:  (202) 639-6066

                                           *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th Day of November, 2013, I served the following

documents on all counsel of record on the attached service list via the Court's CM/ECF filing

system:

**PLAINTIFFS' NOTICE OF FILING PUBLIC REDACTED VERSION OF
MOTION IN LIMINE AND MEMORANDUM OF LAW TO PRECLUDE
EVIDENCE AND ARGUMENT REGARDING "PERJURY"
IN CONNECTION WITH COUNTERCLAIM**

I further certify that I am admitted to the United States Court for the Southern District of Florida

and certify that this certificate of Service was executed on this date at Miami, FL.

By: /s/ Karen L. Stetson
Karen L. Stetson

**SERVICE LIST**

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF**

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
Matthew Shayefar
matt@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorney for Defendants Hotfile Corp. and
Anton Titov*

CIAMPA FRAY-WITZER, LLP
Evan Fray-Witzer
evan@cfwlegal.com
20 Park Plaza, Suite 804
Boston, MA 02116 Phone:617-426-0000

*Attorneys for Defendants Hotfile Corp. and
Anton Titov*

COBB EDDY MIJARES PLLC
Brady J. Cobb
bcobb@CEMLaw.net
642 Northeast Third Ave.
Fort Lauderdale, FL 33305
Phone: 954-527-4111, ext 201
*Attorney for Defendants Hotfile Corp. and
Anton Titov*