UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-Cv-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**WARNER BROS. ENTERTAINMENT INC.'S NOTICE OF FILING PUBLIC REDACTED VERSION OF WARNER BROS. ENTERTAINMENT INC.'S MOTION IN LIMINE AND MEMORANDUM OF LAW TO EXCLUDE EVIDENCE OF WARNER'S AUGUST 2011 AUDITS OF ITS ANTI-PIRACY SYSTEM FOR <u>THE PURPOSE OF SHOWING WARNER'S CULPABILITY</u>**

Warner Bros. Entertainment Inc. hereby gives notice of filing the attached Motion in Limine and Memorandum of Law to Exclude Evidence of Warner's August 2011 Audits of Its Anti-Piracy System for the Purpose of Showing Warner's Culpability, which is being filed publicly on this date.

Dated: November 8, 2013

Respectfully submitted,

By: /s/ Karen L. Stetson
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, Fl 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone:  (818) 995-6600
Fax:  (818) 285-4403

JENNER & BLOCK LLP
Steven B. Fabrizio (*Pro Hac Vice*)
Duane C. Pozza (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th Day of November, 2013, I served the following documents on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**WARNER BROS. ENTERTAINMENT INC.'S NOTICE OF FILING PUBLIC REDACTED VERSION OF WARNER BROS. ENTERTAINMENT INC.'S MOTION IN LIMINE AND MEMORANDUM OF LAW TO EXCLUDE EVIDENCE OF WARNER'S AUGUST 2011 AUDITS OF ITS ANTI-PIRACY SYSTEM FOR THE PURPOSE OF SHOWING WARNER'S CULPABILITY**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this certificate of Service was executed on this date at Miami, FL.

By: /s/ Karen L. Stetson
Karen L. Stetson

## SERVICE LIST

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF**

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
Matthew Shayefar
matt@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorney for Defendants Hotfile Corp. and Anton Titov*

CIAMPA FRAY-WITZER, LLP
Evan Fray-Witzer
evan@cfwlegal.com
20 Park Plaza, Suite 804
Boston, MA 02116 Phone:617-426-0000

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

COBB EDDY MIJARES PLLC
Brady J. Cobb
bcobb@CEMLaw.net
642 Northeast Third Ave.
Fort Lauderdale, FL 33305
Phone: 954-527-4111, ext 201
*Attorney for Defendants Hotfile Corp. and Anton Titov*