UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-Cv-20427-WILLIAMS/TURNOFF


DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.

_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.

_____/

**PLAINTIFFS' NOTICE OF FILING PUBLIC REDACTED VERSION OF
DECLARATION OF LUKE C. PLATZER IN SUPPORT OF PLAINTIFFS'
MOTIONS IN LIMINE**

Plaintffs hereby give notice of filing the attached Declaration of Luke Platzer in Support of Plaintiffs' Motions in Limine and accompanying exhibits 1-24, which are being filed publicly on this date.

Dated: November 8, 2013                    Respectfully submitted,


                                           By: /s/ Karen L. Stetson
                                           Karen L. Stetson
                                           GRAY-ROBINSON, P.A.
                                           1221 Brickell Avenue
                                           16th Floor
                                           Miami, Fl 33131
                                           Telephone: (305) 416-6880
                                           Facsimile:  (305) 416-6887



MOTION PICTURE ASSOCIATION              JENNER & BLOCK LLP
 OF AMERICA, INC.                       Steven B. Fabrizio (*Pro Hac Vice*)
Karen R. Thorland (*Pro Hac Vice*)      Duane C. Pozza (*Pro Hac Vice*)
15301 Ventura Blvd.                     Luke C. Platzer (*Pro Hac Vice*)
Building E                              1099 New York Ave., N.W.
Sherman Oaks, CA 91403                  Suite 900
Phone:  (818) 995-6600                  Washington, DC 20001
Fax:  (818) 285-4403                    Telephone: (202) 639-6000
                                        Facsimile:  (202) 639-6066

                                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th Day of November, 2013, I served the following

documents on all counsel of record on the attached service list via the Court's CM/ECF filing

system:

**PLAINTIFFS' NOTICE OF FILING PUBLIC REDACTED VERSION OF
DECLARATION OF LUKE C. PLATZER IN SUPPORT OF PLAINTIFFS'
MOTIONS IN LIMINE (with Exhibits 1-24)**

I further certify that I am admitted to the United States Court for the Southern District of Florida

and certify that this certificate of Service was executed on this date at Miami, FL.


By: /s/ Karen L. Stetson
Karen L. Stetson

## SERVICE LIST

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.**
**CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF**


BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
Matthew Shayefar
matt@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorney for Defendants Hotfile Corp. and
Anton Titov*

CIAMPA FRAY-WITZER, LLP
Evan Fray-Witzer
evan@cfwlegal.com
20 Park Plaza, Suite 804
Boston, MA 02116 Phone:617-426-0000

*Attorneys for Defendants Hotfile Corp. and
Anton Titov*

COBB EDDY MIJARES PLLC
Brady J. Cobb
bcobb@CEMLaw.net
642 Northeast Third Ave.
Fort Lauderdale, FL 33305
Phone: 954-527-4111, ext 201
*Attorney for Defendants Hotfile Corp. and
Anton Titov*