UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-Cv-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**PLAINTIFFS' NOTICE OF FILING PUBLIC REDACTED VERSION OF
DECLARATION OF LUKE C. PLATZER IN SUPPORT OF PLAINTIFFS'
MOTIONS IN LIMINE**

Plaintffs hereby give notice of filing the attached Declaration of Luke Platzer in Support of Plaintiffs' Motions in Limine and accompanying exhibits 1-24, which are being filed publicly on this date.

Dated: November 8, 2013					Respectfully submitted,

By: /s/ Karen L. Stetson
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, Fl 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887


MOTION PICTURE ASSOCIATION					JENNER & BLOCK LLP
 OF AMERICA, INC.							Steven B. Fabrizio (*Pro Hac Vice*)
Karen R. Thorland (*Pro Hac Vice*)				Duane C. Pozza (*Pro Hac Vice*)
15301 Ventura Blvd.							Luke C. Platzer (*Pro Hac Vice*)
Building E									1099 New York Ave., N.W.
Sherman Oaks, CA 91403						Suite 900
Phone:  (818) 995-6600						Washington, DC 20001
Fax:  (818) 285-4403							Telephone: (202) 639-6000
											Facsimile:  (202) 639-6066

											*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th Day of November, 2013, I served the following documents on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**PLAINTIFFS' NOTICE OF FILING PUBLIC REDACTED VERSION OF DECLARATION OF LUKE C. PLATZER IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE (with Exhibits 1-24)**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this certificate of Service was executed on this date at Miami, FL.

By: /s/ Karen L. Stetson
Karen L. Stetson

## SERVICE LIST

### Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
Matthew Shayefar
matt@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorney for Defendants Hotfile Corp. and Anton Titov*

CIAMPA FRAY-WITZER, LLP
Evan Fray-Witzer
evan@cfwlegal.com
20 Park Plaza, Suite 804
Boston, MA 02116 Phone:617-426-0000

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

COBB EDDY MIJARES PLLC
Brady J. Cobb
bcobb@CEMLaw.net
642 Northeast Third Ave.
Fort Lauderdale, FL 33305
Phone: 954-527-4111, ext 201
*Attorney for Defendants Hotfile Corp. and Anton Titov*