# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS, LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT, INC.,

        Plaintiffs,

       vs.                       Case No.
                                  11-cv-20427-AJ

HOTFILE CORPORATION,
ANTON TITOV, and DOES 1-10.

        Defendants.

_____

HIGHLY CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

      The videotaped deposition of IAN FOSTER, Ph.D., taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before PAULINE M. VARGO, a Certified Shorthand Reporter within and for the State of Illinois, C.S.R. No. 84-1573, at the Law Offices of Jenner & Block, Suite 4500, 353 North Clark Street, Chicago, Illinois, on December 14, 2011, at 8:59 a.m.

Job No. 178795



```
13:55:55  1   try and drill down on it?
13:55:58  2        Q.      Have you rendered an expert
13:56:01  3   opinion in this case related to digital
13:56:03  4   fingerprinting technology?
13:56:05  5        A.      I think I just described how it
13:56:08  6   works, and I've commented on the fact that it's
13:56:13  7   being implemented by quite a few sites; and I
13:56:20  8   also, you know, observed that, the testing of
13:56:24  9   this technology, so you've got a couple of --
13:56:30 10   you've got the -- it's being deployed on a large
13:56:35 11   scale, and it is being -- you know, testing
13:56:39 12   reported by some independent sources suggest
13:56:44 13   that it is highly accurate; and so those are
13:56:49 14   among a number of factors that lead me to
13:56:53 15   believe that it's -- it's effective technology.
13:57:00 16        Q.      Effective for doing what?
13:57:01 17        A.      Well, actually, that's a good
13:57:03 18   question.  So it's -- I mean, it's used for a
13:57:06 19   variety of different things, you know, from
13:57:08 20   deciding when music is being played on the air
13:57:12 21   to determining when to insert ads in movies.
13:57:16 22   But in this case we are talking about detecting
13:57:19 23   content that has been, you know, identified by a
13:57:24 24   content owner as something they want to detect
13:57:28 25   on a site such as Hotfile.
```

IAN FOSTER, PH.D. 12/14/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
13:57:30   1         Q.      You said there has been testing of
13:57:32   2   digital fingerprinting technology, right?
13:57:34   3         A.      Yes, I did.
13:57:37   4         Q.      What testing are you referring to?
13:57:38   5         A.      I'm aware of sort of two.  I mean,
13:57:46   6   there is an academic literature on some of the
13:57:49   7   basic methods which dates back quite a long
13:57:55   8   time, you know, which doesn't speak to -- it
13:57:58   9   speaks to the general principles and
13:58:01  10   realizations, particular realizations of those
13:58:05  11   principles, and those papers show clearly that
13:58:08  12   the method can be made to work fairly easily.
13:58:12  13                 And then I've, you know, reviewed
13:58:16  14   material developed by Movie Labs which has, you
13:58:20  15   know, more specifically taken particular
13:58:22  16   implementations of those methods provided by
13:58:26  17   quite a variety of different vendors and tested
13:58:29  18   them against those large numbers of content
13:58:37  19   files.
13:58:46  20         Q.      All right.  I would like to ask
13:58:47  21   you a little bit about the academic literature.
13:58:52  22                 Can you remember, do you know the
13:58:54  23   names of any other academics whose research you
13:58:58  24   studied?
13:58:58  25         A.      I reference a few papers here.
```



147
877.955.3855

```
13:59:05   1      Let's see.  There is --
13:59:06   2           Q.     I'm sorry.  Where are you looking?
13:59:07   3           A.     I'm sorry.  I'm on Page 3 of
13:59:10   4      Exhibit 1.  Wold, Blum, et al., Oostveen, yeah.
13:59:23   5           Q.     Is the first one a patent?
13:59:25   6           A.     Yes, the first one is a patent and
13:59:27   7      the latter four are -- no, sorry.  The latter
13:59:33   8      three, the next three are academic papers, and
13:59:37   9      then the fifth is also a patent.
13:59:45  10           Q.     Do any of those papers discuss
13:59:50  11      using digital fingerprinting technology to
13:59:53  12      control infringement of uploading works on a
13:59:58  13      website?
14:00:00  14           A.     Not that I recall, no.  I think
14:00:04  15      the usage that's made of the method is
14:00:06  16      independent of the algorithm, which is what they
14:00:11  17      are describing.
14:00:11  18           Q.     Let me ask you about Movie Labs
14:00:13  19      for a moment.  You understand -- who is -- what
14:00:15  20      is Movie Labs?
14:00:16  21           A.     It's a non-profit organization
14:00:23  22      funded by a consortium of content owners, movie
14:00:30  23      producers, and my understanding is its purpose
14:00:35  24      is to perform independent testing of
14:00:37  25      technologies in a variety of areas of potential
```



IAN FOSTER, PH.D. 12/14/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
14:00:41  1    interest to the movie companies.
14:00:53  2         Q.    Do you view Movie Labs as being an
14:00:58  3    objective tester of this technology?
14:01:04  4         A.    My impression is that it is, yes.
14:01:06  5         Q.    Why is that if it's owned by
14:01:09  6    content owners?
14:01:10  7             MR. PLATZER:  Objection to form.
14:01:10  8    BY THE WITNESS:
14:01:14  9         A.    So it seems, I mean, it is quite
14:01:18 10    common that industry groups will want to have
14:01:25 11    pre-comparative research performed and that
14:01:30 12    they've found independent organizations to
14:01:33 13    perform that work.
14:01:33 14              Those groups, you know, in general
14:01:38 15    need to have a strong reputation for
14:01:40 16    independence and quality, I think, to survive,
14:01:46 17    because not only do they need to get their
14:01:49 18    funders to accept their results, but also they
14:01:52 19    need to get technology providers, you know, to
14:01:56 20    provide the technology to be evaluated.
14:02:00 21              So in a general way I think there
14:02:02 22    is, you know, plenty of precedent for such
14:02:05 23    organizations to be independent and to provide
14:02:12 24    quality results.
14:02:13 25              In this case, you know, I've
```



Sarnoff
877.955.3855

149

```
14:02:15   1    studied a fair number of material that they've
14:02:19   2    produced, and they seemed to me to be
14:02:23   3    well-produced.  They've described the
14:02:25   4    experiments that they've performed in a fair
14:02:27   5    amount of detail.  They seem to have been
14:02:29   6    performed rigorously, and the results are
14:02:31   7    presented in a way that I found convincing.
14:02:31   8    BY MR. SCHOENBERG:
14:02:51   9         Q.      Did you as part of the work you
14:02:53  10    did in this case test any fingerprinting
14:02:57  11    technology?
14:02:57  12         A.      I did not.
14:02:59  13         Q.      Have you ever used any -- have you
14:03:01  14    ever tested any fingerprinting technology
14:03:03  15    before?
14:03:06  16         A.      No, I have not.
14:03:07  17         Q.      Have you ever used any
14:03:08  18    fingerprinting technology before?
14:03:10  19         A.      Let's see.
14:03:16  20                 No, I don't believe I have.
14:03:18  21         Q.      Have you spoken with any developer
14:03:22  22    of any digital fingerprinting software?
14:03:26  23         A.      I've read source code for digital
14:03:31  24    fingerprinting software implementations.  I've
14:03:35  25    read papers and, in fact, you know, discussed
```



IAN FOSTER, PH.D. 12/14/2011
HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
14:03:38  1    papers on this technology in graduate classes
14:03:42  2    that I've presented, but yeah, I don't believe
14:03:49  3    I've discussed it, discussed the technology with
14:03:52  4    any developers directly.
14:03:54  5         Q.    When have you read source code for
14:03:56  6    implementing digital fingerprinting technology?
14:03:59  7         A.    Where?
14:04:00  8         Q.    What was the circumstances under
14:04:02  9    which you did that?
14:04:04 10         A.    I think that was in the context of
14:04:06 11    this graduate class we were teaching on -- I was
14:04:08 12    teaching on distributed computing.
14:04:08 13         Q.    The one you just referred to a
14:04:10 14    moment ago?
14:04:11 15         A.    Sorry?
14:04:11 16         Q.    The one you were referring to a
14:04:12 17    moment ago?
14:04:13 18         A.    Yes.
14:04:14 19         Q.    When was this?
14:04:15 20         A.    Probably four years ago or so.
14:04:25 21    The methods are not very complicated.
14:04:32 22         Q.    You mentioned one particular
14:04:33 23    fingerprinting technology in your report,
14:04:37 24    Vobile?
14:04:38 25         A.    Yes.
```

