# EXHIBIT 17

REDACTED – PUBLIC VERSION

**EXHIBIT E**

Anton Titov **– will call**
c/o Val Gurvits
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
 (hereinafter, "counsel for Defendants")

██████████ **– may call, may call by deposition**
c/o counsel for Defendants

██████████ **– may call, may call by deposition**
c/o counsel for Defendants

Constantin Luchian **– may call**
c/o counsel Ryan Siden
rsiden@sidenlaw.com

Andrew S. Cromarty, Ph.D. **– may call (expert)**
c/o counsel for Defendants

James D.A. Boyle **– may call (expert)**
c/o counsel for Defendants

Matthew R. Lynde, Ph.D. **– will call (expert)**
c/o counsel for Defendants

Scott Wittenburg **– may call**
Photography Podcast

Aaron M. McParlan **– may call**
Legal Counsel
Opera Software ASA
P.O. Box 2648, St. Hanshaugen
Waldemar Thranes gate 98
0175 Oslo
Norway

Marc Schwegler **– may call**
Farm Simulator/Giants Software, GmbH
mschwegler@giants-software.com

Disney Enterprises, Inc. **– may call**
c/o Steven B. Fabrizio, Esq.
Jenner & Block, LLP

1099 New York Ave, N.W., Suite 900
Washington, DC 20001
Phone: 202.639.6000
(hereinafter, "counsel for Plaintiffs")

Twentieth Century Fox Film Corporation **– may call**
c/o counsel for Plaintiffs

Universal City Studios Productions LLLP **– may call**
c/o counsel for Plaintiffs

Columbia Pictures Industries, Inc. **– may call**
c/o counsel for Plaintiffs

Warner Bros. Entertainment Inc. **– may call**
c/o counsel for Plaintiffs

Motion Picture Association of America ("MPAA") **– may call**
c/o Karen Thorland, Esq.
MPAA
15301 Ventura Blvd., Bldg. E
Sherman Oaks, CA  91403

Kevin Suh **– may call, may call by deposition testimony**
c/o Karen Thorland, Esq.
MPAA
15301 Ventura Blvd., Bldg. E
Sherman Oaks, CA  91403

Steve Kang **– may call, may call by deposition testimony**
c/o counsel for Plaintiffs

Michael Bentkover **– may call**
Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Burbank, California 91522
Phone: (818) 954-3639
Fax: (818) 954-7898

Dave Worth **– may call**
PeerMedia Technologies, Inc.

Yangbin Wang, Mike Witte **– may call, may call by deposition testimony**
Vobile, Inc.
Stephen M. Wurzburg
Pillsbury Winthrop Shaw Pittman LLP
2475 Hanover Street
Palo Alto, CA 94304-1114
(650) 233-4500

Thomas Rechenmacher **– may call**
Team Leader, JDownloader

Leigh Mackay **– may call**
PHPTutorials.com

Marc Schwegler **– may call**
Giants Software, GmbH

Didier Wang **– may call**
Manager, Anti-Piracy Operations Warner Bros. Entertainment
Warner Bros. Entertainment
France
115/123 avenue Charles de Gaulle
92200 Neuilly sur Seine France
Phone number: +33 (0)1 72 25 10 41
Fax number: +33 (0)1 72 25 10 00
Cell phone: +33 (0)6 36 33 06 36

Bret Boivin **– may call**
Warner Bros Entertainment Inc.
98 Theobald's Road
London, UK
Phone: +44 207 984 6018

Hervé Lemaire **– may call**
LeakID
15 Bis Rue de Chateaudun
92250 La Garenne Colombes
France

Ethan Applen **– may call**
Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Burbank, California 91522
Phone: 818.954.2287

Christian Sommer – **may call**
Warner Bros. Entertainment GmbH,
Humboldtstrasse 62, 22083 Hamburg, Germany,
Phone: +49 (0) 40 22650366

David Kaplan – **will call, at least by deposition testimony**
Warner Bros. Entertainment Inc.
4000 Warner Boulevard
Burbank, California 91522

Thomas Sehested – **may call, may call by deposition testimony**
DtecNet Software ApS ("DtecNet")
9595 Wilshire Blvd.
Beverly Hills CA, 90210
(310) 492-4340

Any and all impeachment witnesses.

Any and all rebuttal witnesses.

All witnesses listed by Plaintiffs.

Defendants reserve the right to call by deposition testimony any other witness not appearing at trial.

Defendants reserve the right to amend this witness list.