UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**HOTFILE CORP. AND ANTON TITOV'S NOTICE OF FILING PUBLIC VERSION OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE
TO PRECLUDE EVIDENCE AND ARGUMENT REGARDING PERJURY
<u>IN CONNECTION WITH COUNTERCLAIM</u>**

Hotfile Corporation and Anton Titov hereby give notice of filing the attached

Defendants' Opposition to Plaintiffs' Motion in Limine to Preclude Evidence and Argument

Regarding Perjury in Connection with Counterclaim, which is being filed publicly on this date.

**Respectfully submitted:**

| | |
|---|---|
| /s/ Brady J. Cobb, Esq.<br>Brady J. Cobb, Esq. (Fla. Bar No. 031018)<br>Email: bcobb@cemlaw.net<br>COBB EDDY MIJARES, PLLC<br>642 Northeast Third Avenue<br>Fort Lauderdale, Florida 33304<br>Tel: 954-527-4111<br>Fax: 954-900-5507 | /s/ Matthew Shayefar, Esq.<br>Matthew Shayefar, Esq. (*Pro Hac Vice*)<br>Email: matt@bostonlawgroup.com<br>Valentin D. Gurvits (*Pro Hac Vice*)<br>Email: vgurvits@bostonlawgroup.com<br>BOSTON LAW GROUP, PC<br>825 Beacon Street, Suite 20<br>Newton Centre, Massachusetts 02459<br>Tel: 617-928-1806<br>Fax: 617-928-1802 |
| | /s/ Evan Fray-Witzer, Esq.<br>Evan Fray-Witzer, Esq. (*Pro Hac Vice*)<br>Email: Evan@CFWlegal.com<br>CIAMPA FRAY-WITZER, LLP<br>20 Park Plaza, Suite 505<br>Boston, Massachusetts 02116<br>Tel: 617-426-0000<br>Fax: 617-423-4855 |
| Dated: November 15, 2013 | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the attached service list this 15th day of November, 2013.

/s/ Brady J. Cobb
Brady J. Cobb

## SERVICE LIST

CASE NO: 11-20427-CIV-WILLIAMS

Karen L. Stetson, Esq. (Fla. Bar No. 742937)
Email: Karen.Stetson@gray-robinson.com
GRAY-ROBINSON, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Tel: 305-416-6880
Fax: 305-416-6887

Steven B. Fabrizio, Esq. (*pro hac vice*)
Email: sfabrizio@jenner.com
Luke C. Platzer, Esq. (*Pro Hac Vice*)
lplatzer@jenner.com
David A. Handzo, Esq. (*Pro Hac Vice*)
dhandzo@jenner.com
Kenneth L. Doroshow, Esq. (*Pro Hac Vice*)
kdoroshow@jenner.com
JENNER & BLOCK LLP
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Tel: 202.639.6000
Fax: 202.639.6066

Karen R. Thorland, Esq. (*Pro Hac Vice*)
Email: Karen_Thorland@mpaa.org
Senior Content Protection Counsel
MOTION PICTURE ASSOCIATION OF
AMERICA, INC.
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403
Tel: 818-935-5812
Fax: 818-285-4403

*Counsel for Plaintiffs*

Brady J. Cobb, Esq. (Fla. Bar No. 031018)
Email: bcobb@cemlaw.net
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Tel: 954-527-4111
Fax: 954-900-5507

Evan Fray-Witzer, Esq. (*Pro Hac Vice*)
Email: Evan@CFWlegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel: 617-426-0000
Fax: 617-423-4855

Matthew Shayefar, Esq. (*Pro Hac Vice*)
Email: matt@bostonlawgroup.com
Valentin D. Gurvits (*Pro Hac Vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1806
Fax: 617-928-1802

*Counsel for Defendants*