# EXHIBIT 2

**REDACTED – PUBLIC VERSION**

HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3

 4   DISNEY ENTERPRISES, INC.,         )
     TWENTIETH CENTURY FOX FILM        )
 5   CORPORATION, UNIVERSAL CITY       )
     STUDIOS PRODUCTIONS LLP,          )
 6   COLUMBIA PICTURES INDUSTRIES,     )
     INC., AND WARNER BROS.            )
 7   ENTERTAINMENT, INC.,              )
                                       )
 8                  Plaintiffs,        )
                                       )
 9        vs.                          )No. 11-20427-Jordan
                                       )
10   HOTFILE CORP., ANTON TITOV,       )
     AND DOES 1-10,                    )
11                                     )
                    Defendants.        )
12                                     )

13

14              HIGHLY CONFIDENTIAL

15       30(b)(6) Deposition of Warner Bros.

16              Entertainment, Inc.

17          by and through DAVID KAPLAN

18          WEDNESDAY, OCTOBER 12, 2011

19             LOS ANGELES, CALIFORNIA

20

21   ATKINSON-BAKER, INC.
     COURT REPORTERS
22   (800) 288-3376
     www.depo.com
23
     REPORTED BY:  JEANINE CURCIONE
24               CSR NO. 10223, RPR

25   FILE NO.: A505CAB
```

1

HIGHLY CONFIDENTIAL

```
 1          Q.  Mr. Bentkover in the e-mail below that      12:19:30
 2   had written to Mr. Fronda, "Thanks, but we can't       12:19:33
 3   have a system where we take down items we              12:19:38
 4   shouldn't -- which shouldn't be removed."  Is that     12:19:44
 5   Warner's position?                                     12:19:45
 6          A.  I would modify that to say we know that     12:19:54
 7   any system is going to result in some errors.          12:19:56
 8   That's just the nature of doing antipiracy work at     12:20:00
 9   scale, but our goal should always be to reduce         12:20:02
10   those errors and any time we find that there's an     12:20:04
11   error take action to correct it.                       12:20:07
12          Q.  Did Warner always take action to            12:20:10
13   correct errors?                                        12:20:13
14          A.  Yes.                                        12:20:13
15          Q.  Even before the April deposition            12:20:14
16   notice?                                                12:20:16
17          A.  Yes.                                        12:20:17
18
19
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | computer person so much so I don't know whether -- | 13:31:39 |
| 2 | whether she would call herself a computer | 13:31:41 |
| 3 | programmer, but she does do what I would call | 13:31:45 |
| 4 | computer programming in my sort of lay | 13:31:48 |
| 5 | understanding of it. | 13:31:50 |
| 6 | Q.  And did she work for Mr. Boivin? | 13:31:51 |
| 7 | A.  He -- well, she -- he supervised her, | 13:31:56 |
| 8 | yes. | 13:31:59 |
| 9 | Q.  And he reports to you? | 13:31:59 |
| 10 | A.  No. | 13:32:01 |
| 11 | Q.  Is he not in your department? | 13:32:02 |
| 12 | A.  He is in my department. | 13:32:04 |
| 13 | Q.  Is there someone in between? | 13:32:05 |
| 14 | A.  Yes. | 13:32:07 |
| 15 | Q.  Who is that? | 13:32:08 |
| 16 | A.  He directly reports to Christian | 13:32:09 |
| 17 | Sommer.  Well, depending on the time, but he | 13:32:11 |
| 18 | currently directly reports to Christian Sommer. | 13:32:13 |
| 19 | Q.  We got sidetracked way back when, but | 13:32:17 |
| 20 | let's go over your department for a second. | 13:32:21 |
| 21 | Christian Sommer is located where? | 13:32:21 |
| 22 | A.  Germany. | 13:32:29 |
| 23 | Q.  And his title or position, roughly? | 13:32:30 |
| 24 | A.  Director, and then probably something | 13:32:31 |
| 25 | to do with antipiracy operations for Europe, | 13:32:34 |