# EXHIBIT 3

**REDACTED – PUBLIC VERSION**

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
 2                  SOUTHERN DISTRICT OF FLORIDA
 3
 4     DISNEY ENTERPRISES, INC.,
       TWENTIETH CENTURY FOX FILM
 5     CORPORATION, UNIVERSAL CITY
       STUDIOS PRODUCTIONS LLLP,
 6     COLUMBIA PICTURES INDUSTRIES,
       INC., and WARNER BROS.
 7     ENTERTAINMENT INC.,
 8                        Plaintiffs,
 9     vs.                    No. 11-20427-WILLIAMS-TURNOFF
10     HOTFILE CORP., ANTON TITOV, and
       DOES 1-10,
11
12                        Defendants.
13     _____
14
15           PORTIONS OF THIS TRANSCRIPT ARE CONFIDENTIAL
16                    DEPOSITION OF YANGBIN WANG
17                       Palo Alto, California
18                    Thursday, December 22, 2011
19
20
21     REPORTED BY:
       LYNNE LEDANOIS
22     CSR No. 6811
       Job No. CA128631
23
24
25     PAGES 105 - 113 ARE HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
```

Page 1

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1    database?                                                10:03:25
 2         A    No.                                            10:03:26
 3              MR. TIFFANY:  Is that your phone?              10:03:40
 4              THE WITNESS:  Yes.                             10:03:42
 5              MR. LEIBNITZ:  Sorry.  I have to wait for that 10:03:42
 6    finish before the question gets asked.                   10:03:44
 7    BY MR. LEIBNITZ:                                         10:03:46
 8         Q    Do the plaintiff studios pay Vobile anything to 10:03:46
 9    include their movies and television shows in the         10:03:49
10    database?                                                10:03:52
11         A    No.                                            10:03:53
12         Q    So why do they do it, if you know?             10:04:00
13         A    Why do they do what?                           10:04:03
14              MR. PLATZER:  Objection to the form.           10:04:05
15    BY MR. LEIBNITZ:                                         10:04:06
16         Q    Why do movie studios such as the plaintiffs    10:04:07
17    provide fingerprints to Vobile?                          10:04:09
18              MR. PLATZER:  Same objection.                  10:04:12
19              THE WITNESS:  It's for -- you know, we need to 10:04:14
20    identify the content and we need to have the reference   10:04:18
21    fingerprint.  So without the reference fingerprint, it   10:04:21
22    won't work, the system.                                  10:04:27
23    BY MR. LEIBNITZ:                                         10:04:28
24         Q    Do you have an understanding yourself as to why 10:04:34
25    the movie studios cooperate with Vobile?                 10:04:36
```

Sarnoff, A VERITEXT COMPANY
877-955-3855

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
1              MR. PLATZER:  Objection to the form.         10:04:40
2              THE WITNESS:  They use this for antipiracy   10:04:44
3       purpose.                                            10:04:49
4       BY MR. LEIBNITZ:                                    10:04:55
5
6
7
8
9
10
11
12
13
14
15        Q    What is Video Tracker?                       10:05:12
16        A    Video Tracker is basically a targeted video  10:05:14
17      search product that allows content owners to identify 10:05:20
18      content online.                                     10:05:24
19        Q    What is it used for?                         10:05:28
20        A    As I said, used for content owners to find   10:05:32
21      their assets online.                                10:05:35
22        Q    Does it effectively crawl the Web, or how does 10:05:40
23      it work?                                            10:05:43
24        A    Yes, crawl the Web, you know, very much like 10:05:43
25      Google search, but it specialize on video, and we verify 10:05:46
```

Page 21