# EXHIBIT 12

SCOTT A. ZEBRAK, ESQUIRE - 12/20/2011

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

-------------------------------------x

DISNEY ENTERPRISES, INC., et al.,    )

                   Plaintiffs,      ) Case No.

   v.                                ) 11-20427-

HOTFILE CORP., et al.,               ) WILLIAMS/

                  Defendants.      ) TURNOFF

-------------------------------------x

HOTFILE CORP.,                       )

          Counterclaimant,        )

   v.                                )

WARNER BROS. ENTERTAINMENT, INC.,    )

          Counterdefendant.       )

-------------------------------------x

VIDEOTAPED DEPOSITION OF SCOTT A. ZEBRAK, ESQUIRE

Washington, D.C.

Tuesday, December 20, 2011

9:43 a.m.

Job No.:  439702

Pages 1 - 370

Reported By:  Joan V. Cain

SCOTT A. ZEBRAK, ESQUIRE - 12/20/2011

176

| | | |
|---|---|---|
| 14:27:55 | 1 | speculation. |
| 14:28:01 | 2 | THE WITNESS:  Sorry.  The data was |
| 14:28:02 | 3 | correlated by -- I don't know which individual |
| 14:28:07 | 4 | necessarily did it, but it was done by probably the -- |
| 14:28:12 | 5 | an outside technology vendor working at my request. |
| 14:28:30 | 6 | And by the way, aside from the correlation, I then -- |
| 14:28:33 | 7 | that was legwork to make the information available to |
| 14:28:35 | 8 | me.  I would then be able to look at that particular |
| 14:28:42 | 9 | notice, see the URL that corresponded to this |
| 14:28:44 | 10 | particular Hotfile record, and then see it in the |
| 14:28:47 | 11 | notice.  So it was really just as -- as a way to help |
| 14:28:49 | 12 | me sort and -- and put my hands on the information I |
| 14:28:53 | 13 | was looking for. |
| 14:28:54 | 14 | BY MR. LEIBNITZ: |
| 14:29:00 | 15 | Q    Did you ever rely on this information alone |
| 14:29:02 | 16 | as evidence of nonauthorization:  a file has a DMCA |
| 14:29:07 | 17 | notice and no takedown -- no counter notification? |
| 14:29:11 | 18 | MR. FABRIZIO:  Objection. |
| 14:29:11 | 19 | BY MR. LEIBNITZ: |
| 14:29:12 | 20 | Q    Was that ever the sole basis for your |
| 14:29:13 | 21 | conclusion as to nonauthor- -- nonauthorized status of |
| 14:29:19 | 22 | a file? |
| 14:29:22 | 23 | A    If I could, I need to develop that a little |
| 14:29:25 | 24 | more.  In an instance where I was able to look at the |
| 14:29:29 | 25 | file, see what the file was, help me identify who the |

**SCOTT A. ZEBRAK, ESQUIRE - 12/20/2011**

177

| | | |
|---|---|---|
| 14:29:33 | 1 | copyright owner is, then I would often go to the |
| 14:29:36 | 2 | copyright owner's site, see how they were being -- how |
| 14:29:39 | 3 | they were commercializing the work, see what the |
| 14:29:40 | 4 | associated licensing terms or terms of sale were. |
| 14:29:47 | 5 | That would be among the information I'd -- I'd |
| 14:29:49 | 6 | consider, along with, of course, if the copyright |
| 14:29:52 | 7 | owner sent a takedown notice to Hotfile, that's -- |
| 14:29:56 | 8 | that's very relevant information to me because that |
| 14:29:58 | 9 | represents an instance of a copyright owner, you know, |
| 14:30:03 | 10 | under penalty of perjury representing to Hotfile that |
| 14:30:06 | 11 | they owned the work and its distribution through |
| 14:30:09 | 12 | Hotfile is infringing and they're -- they're citing |
| 14:30:14 | 13 | by -- you know, in those instances by the actual URL |
| 14:30:16 | 14 | what it was. |
| 14:30:17 | 15 |         So that would certainly be among what I'd |
| 14:30:19 | 16 | look at and was very informative to me. |
| 14:30:22 | 17 |    Q    Is it your testimony that every DMCA notice |
| 14:30:30 | 18 | identified in the column Noticed in Exhibit 101 was |
| 14:30:35 | 19 | under penalty of perjury and thus DMCA compliant?  Is |
| 14:30:38 | 20 | that your testimony? |
| 14:30:39 | 21 |    A    That's your question.  My testimony was that |
| 14:30:44 | 22 | I considered takedown notices.  A moment ago I was |
| 14:30:47 | 23 | speaking generally about the takedown notice and what |
| 14:30:50 | 24 | its components consisted of.  Now, if someone had |
| 14:30:54 | 25 | given Hotfile a notice that missed one component of |

SCOTT A. ZEBRAK, ESQUIRE - 12/20/2011

182

| | | |
|---|---|---|
| 14:35:35 | 1 | that -- referencing the number you represented to me |
| 14:35:40 | 2 | of 90 percent from this spreadsheet not having |
| 14:35:43 | 3 | takedown notices with them, one -- one thing that I |
| 14:35:45 | 4 | did notice was that when we -- when I was searching |
| 14:35:47 | 5 | for these Hotfile URLs on the internet, I would run |
| 14:35:53 | 6 | across instances where the work had been taken down |
| 14:35:57 | 7 | and the notice I would see, it would say it's been |
| 14:36:00 | 8 | taken down at the request of the copyright owner or |
| 14:36:03 | 9 | has been deleted by the user. |
| 14:36:06 | 10 | And while those didn't necessarily have |
| 14:36:08 | 11 | takedown notices with them, I found it curious that I |
| 14:36:11 | 12 | was running across so many of those, and that's one of |
| 14:36:13 | 13 | the reasons why we've continued to look at the -- the |
| 14:36:18 | 14 | takedown data, to try to see whether any -- any |
| 14:36:23 | 15 | matched up, you know, as I took an even further look |
| 14:36:27 | 16 | at this, and -- and indeed there have been another -- |
| 14:36:31 | 17 | many other notices that match up to these that, you |
| 14:36:35 | 18 | know, we've -- we've correlated since -- since the |
| 14:36:37 | 19 | date of my report. |
| 14:36:39 | 20 | BY MR. LEIBNITZ: |
| 14:36:40 | 21 | Q    What is -- can you explain for me the |
| 14:36:41 | 22 | Noticed column in Exhibit 101?  What does that mean? |
| 14:36:46 | 23 | MR. FABRIZIO:  Objection, vague as to time. |
| 14:36:52 | 24 | THE WITNESS:  The Noticed column, at least |
| 14:36:56 | 25 | in this version of this document, which, again, has |

SCOTT A. ZEBRAK, ESQUIRE - 12/20/2011

191

| | | |
|---|---|---|
| 14:57:05 | 1 | Q   If the link was still active, did it suggest |
| 14:57:07 | 2 | anything to you about the authorization status? |
| 14:57:09 | 3 | MR. FABRIZIO:  Objection, vague as to |
| 14:57:11 | 4 | active. |
| 14:57:11 | 5 | THE WITNESS:  And the reason I'm clarifying |
| 14:57:13 | 6 | is just that in our research, I -- I -- what -- what |
| 14:57:21 | 7 | I'm referencing here is -- in this sentence is whether |
| 14:57:27 | 8 | when I had the Hotfile URL and I did, for example, a |
| 14:57:31 | 9 | Google search of that Hotfile URL or some component of |
| 14:57:34 | 10 | that URL, whether I would find online locations where |
| 14:57:40 | 11 | that Hotfile URL was posted.  Now, that's -- that's a |
| 14:57:44 | 12 | separate query from whether or not, when you clicked |
| 14:57:47 | 13 | on that Hotfile URL, whether the file was still there |
| 14:57:50 | 14 | or had been removed. |
| 14:57:57 | 15 | So in investigating these Hotfile records, I |
| 14:57:59 | 16 | would want to -- as one of the steps of my analysis, |
| 14:58:03 | 17 | do a search of that Hotfile link to help me see where |
| 14:58:07 | 18 | it was posted that would show me that the file was |
| 14:58:09 | 19 | being distributed and would often help me ascertain |
| 14:58:13 | 20 | what the file actually was or who the copyright owner |
| 14:58:17 | 21 | or its agent may have been. |
| 14:58:19 | 22 | BY MR. LEIBNITZ: |
| 14:58:20 | 23 | Q   So maybe a better way to approach this is |
| 14:58:23 | 24 | the next sentence.  "We identified many instances |
| 14:58:24 | 25 | where links to the content were still available."  Do |

SCOTT A. ZEBRAK, ESQUIRE - 12/20/2011

192

| | | |
|---|---|---|
| 14:58:28 | 1 | you see that? |
| 14:58:28 | 2 | A   Yes. |
| 14:58:28 | 3 | Q   Does that suggest to you that perhaps the |
| 14:58:30 | 4 | content owners did not mind the free distribution of |
| 14:58:33 | 5 | their work? |
| 14:58:34 | 6 | MR. FABRIZIO:  Objection, vague and |
| 14:58:35 | 7 | ambiguous as to available. |
| 14:58:39 | 8 | THE WITNESS:  No, it doesn't.  It doesn't |
| 14:58:40 | 9 | speak to the copyright owner's attitude toward -- |
| 14:58:44 | 10 | toward the link.  I'm looking at paragraph 5 quickly, |
| 14:58:49 | 11 | but I believe what I'm referring to here are instances |
| 14:58:51 | 12 | where that Hotfile URL that we discussed earlier, |
| 14:58:56 | 13 | which an uploader receives when they upload a file to |
| 14:59:01 | 14 | Hotfile, I'm referring to instances where that Hotfile |
| 14:59:09 | 15 | URL, which is a link to that file is stored on |
| 14:59:13 | 16 | Hotfile, where -- where that Hotfile link was made |
| 14:59:16 | 17 | available, and it may be easier for me to give you a |
| 14:59:19 | 18 | for example. |
| 14:59:20 | 19 | You may be familiar with like a thread where |
| 14:59:26 | 20 | on a forum site or some other location, like a blog |
| 14:59:29 | 21 | for example, someone may be discussing something.  For |
| 14:59:35 | 22 | example, you may have a thread all about, you know, a |
| 14:59:40 | 23 | new movie that came out, like the movie Inception, and |
| 14:59:43 | 24 | it -- it may have a picture of the movie and people |
| 14:59:48 | 25 | discussing here great places you can go to download |

193

```
14:59:51   1    copies of that movie.  And what I'm referring to here
14:59:56   2    in paragraph 5 is that when I was searching the
14:59:58   3    Hotfile URL, I may have run across a thread where that
15:00:02   4    Hotfile URL was contained, which was showing me that
15:00:04   5    someone distributed that link, encouraging other
15:00:07   6    people to download the file, and it would often help
15:00:12   7    me ascertain what the file actually was and who the
15:00:16   8    owner may be.
15:00:18   9           For example, in an instance where I couldn't
15:00:20  10    readily determine that by reviewing the file itself,
15:00:23  11    it would be helpful for me to know what other people
15:00:25  12    had said as they posted that link or, you know,
15:00:31  13    reviewed the content they downloaded and then
15:00:34  14    commented on.
15:00:34  15    BY MR. LEIBNITZ:
15:00:35  16       Q   Did the absence of a takedown request
15:00:36  17    suggest anything to you about the authorization
15:00:38  18    status?
15:00:39  19       A   Did the absence of a takedown request?  No,
15:00:44  20    it did not.
15:00:44  21       Q   Why not?
15:00:49  22       A   It's a big internet.  That's quite simply
15:00:53  23    the answer.  Copyright owners -- this is of course a
15:00:59  24    general answer to a general question, but, you know,
15:01:01  25    there's lots of places where material is -- is posted
```

SCOTT A. ZEBRAK, ESQUIRE - 12/20/2011

196

```
15:03:55   1   content and the supporting other range information
15:03:59   2   showed, that -- that was something I considered in
15:04:01   3   helping me figure out if I could identify the content,
15:04:03   4   but ultimately, to the extent there were differences,
15:04:06   5   it was something that I could overcome.  Or and if I
15:04:09   6   couldn't, it would end up in unknowable, but it was
15:04:12   7   certainly an issue that I was attentive to.
15:04:16   8   BY MR. LEIBNITZ:
15:04:17   9        Q    Why were you attentive to it?
15:04:19  10             MR. FABRIZIO:  Objection, asked and
15:04:22  11   answered.
15:04:22  12             THE WITNESS:  Really, as part of the process
15:04:24  13   we applied, it included utilizing the material
15:04:31  14   available to us to -- to do what -- what I could to
15:04:33  15   identify the file and ascertain whether I could make a
15:04:38  16   determination about its infringement status, and in
15:04:41  17   doing that I approached it from a whole bunch of
15:04:44  18   different vantage points to try and come up with the
15:04:47  19   most reliable, most complete answer I could.  And I
15:04:52  20   would approach that by reviewing the actual content
15:04:55  21   file.  I would review the name of the file.  I would
15:04:58  22   review -- I would search for the Hotfile link and see
15:05:00  23   what -- what the poster and other viewers of the file
15:05:04  24   had said about it.  I would review whether a copyright
15:05:11  25   owner had said that's my work and it's an infringement
```

197

| Time | # | Text |
|---|---|---|
| 15:05:14 | 1 | for it to be distributed on Hotfile.  That -- that was |
| 15:05:16 | 2 | everything I considered. |
| 15:05:17 | 3 | And if, for example, I had a file name that |
| 15:05:20 | 4 | wasn't descriptive of what the file said, that didn't |
| 15:05:27 | 5 | tell me much of -- about what the file was or who the |
| 15:05:32 | 6 | copyright owner was.  Sometimes the file would be spot |
| 15:05:35 | 7 | on in -- in what it was.  Sometimes it wouldn't -- |
| 15:05:39 | 8 | wouldn't be descriptive, or sometimes it may have even |
| 15:05:43 | 9 | had multiple files in that Hotfile drawer so to speak, |
| 15:05:46 | 10 | within that Hotfile record, and -- and the file name |
| 15:05:49 | 11 | may have matched one file in it but -- but not the |
| 15:05:51 | 12 | others.  So it was really a range of -- of |
| 15:05:54 | 13 | circumstances that we dealt with. |
| 15:05:58 | 14 | BY MR. LEIBNITZ: |
| 15:05:58 | 15 | Q    You state in paragraph 5, "After identifying |
| 15:06:00 | 16 | each sample file, my team and I researched the |
| 15:06:03 | 17 | copyright ownership of each file."  Do you see that? |
| 15:06:06 | 18 | A    Yes. |
| 15:06:06 | 19 | Q    What did you do? |
| 15:06:11 | 20 | A    Well, as I was researching each of these |
| 15:06:14 | 21 | files, we would attempt to figure out what the file |
| 15:06:19 | 22 | was, and at that point try to ascertain who the owner |
| 15:06:25 | 23 | was or the person acting as the agent of the owner. |
| 15:06:30 | 24 | So, for example, if I had a magazine, I might look for |
| 15:06:35 | 25 | the copyright notice or the equivalent sort of notice |

SCOTT A. ZEBRAK, ESQUIRE - 12/20/2011

204

```
15:14:59   1    conclusion as to authorization status by seeing how
15:15:07   2    the owner was commercializing its work, what its
15:15:10   3    licensing terms were, and the only owners that to date
15:15:13   4    I've specifically reached out to were the plaintiffs
15:15:20   5    in suit.  That's where it was -- you know -- you know,
15:15:23   6    that's where I chose to do that.
15:15:25   7             For the others it wasn't -- it's not a
15:15:28   8    necessary or even a feasible thing for me to attempt
15:15:31   9    to do but it --
15:15:35  10    BY MR. LEIBNITZ:
15:15:35  11        Q    Why isn't it feasible?
15:15:41  12        A    Well, first of all, you need to consider the
15:15:43  13    two together in terms of necessary and feasible, so
15:15:46  14    let me address both.  In terms of feasibility, I'll
15:15:48  15    start with that.  When you're dealing with whatever
15:15:52  16    the number of works were here, 1750 works, so you're
15:15:57  17    dealing with individuals and companies all around the
15:16:04  18    world.  It's not -- not likely to be able to reach and
15:16:08  19    communicate with -- with them, let alone do so within
15:16:13  20    any sort of a time frame to be useful in this
15:16:15  21    litigation.  And beyond that, having them, you know,
15:16:26  22    confirm for me or, you know, what -- what I've
15:16:29  23    concluded about the authorization status, I -- I
15:16:36  24    wouldn't expect that to be any different than what
15:16:38  25    I've already concluded here.
```

SCOTT A. ZEBRAK, ESQUIRE - 12/20/2011

205

```
15:16:41   1              You know, when I -- when I see the -- for
15:16:46   2    example, the creator of a work owned by a nonplaintiff
15:16:48   3    that invests in creation of a work and they're selling
15:16:51   4    the work -- I've used the term previously viral
15:16:55   5    distribution.  You used the term, I think, free and
15:16:57   6    unrestricted distribution -- you know, it -- you know,
15:17:03   7    my -- my experience and what I've looked into in these
15:17:07   8    industries, including my follow-on research, have
15:17:09   9    shown me that folks don't invest in content creation
15:17:13  10    to see it be given away for free in unrestricted viral
15:17:19  11    distribution when they're at the same time attempting
15:17:23  12    to -- to monetize that work through licensing and
15:17:25  13    sale.
15:17:25  14         Q    Never?
15:17:28  15         A    Never?
15:17:29  16              MR. FABRIZIO:  Objection, misstates his
15:17:30  17    testimony.
15:17:31  18              THE WITNESS:  I mean, never what?  Never?  I
15:17:34  19    don't understand the question.
15:17:35  20    BY MR. LEIBNITZ:
15:17:35  21         Q    Folks never give away for free an
15:17:40  22    unrestricted viral distribution when they're at the
15:17:42  23    same time attempting to monetize that work through
15:17:45  24    licensing and sale?
15:17:49  25         A    In my experience -- and I'll give you
```

206

| | | |
|---|---|---|
| 15:17:51 | 1 | certain examples.  For example, record companies may |
| 15:17:55 | 2 | be selling a work for download through iTunes or -- or |
| 15:18:04 | 3 | purchase of a CD in a store, and on their web site |
| 15:18:07 | 4 | they may allow individuals to stream and listen to a |
| 15:18:13 | 5 | copy of it.  That's the sort of promotional activity |
| 15:18:17 | 6 | that -- that I've seen.  I've given the example before |
| 15:18:19 | 7 | of a light temporary version of video game software |
| 15:18:26 | 8 | that's then used for someone to see a lighter version |
| 15:18:32 | 9 | of the work that they then choose to purchase at a |
| 15:18:35 | 10 | fuller value.  That's the type of work I've seen. |
| 15:18:38 | 11 | The -- you know, that's my experience.  And |
| 15:18:57 | 12 | of course I'm not doing this in the abstract.  I've -- |
| 15:18:59 | 13 | I've, you know, attempted for these files and I've |
| 15:19:04 | 14 | gone file by file looking to see where and how and |
| 15:19:07 | 15 | under what terms it was being commercialized. |
| 15:19:14 | 16 | Q    How did you confirm with plaintiffs that |
| 15:19:15 | 17 | they didn't authorize the free and unrestricted |
| 15:19:18 | 18 | distribution on Hotfile of these files? |
| 15:19:21 | 19 | A    You're asking about the logistics of how we |
| 15:19:24 | 20 | confirmed with them? |
| 15:19:25 | 21 | Q    What did you do? |
| 15:19:29 | 22 | A    We asked the plaintiffs to confirm for us, |
| 15:19:32 | 23 | once I identified what the works were, whether they've |
| 15:19:35 | 24 | authorized those works to be distributed to the |
| 15:19:37 | 25 | Hotfile system, and the answer was no. |