UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/


**STIPULATED PROPOSED AGENDA FOR PRE-TRIAL CONFERENCE**

75425.1

In an effort to streamline the pre-trial conference in the above-captioned matter, scheduled to take place this Thursday, November 21st at 3:00 pm, the Parties respectfully submit the following agenda of items to be raised with the Court, as well as stipulations regarding matters that the Parties believe do not merit an expenditure of the Court's time at the hearing:

1.      **No Requested Hearing on Motions in Limine.**  As the Court is aware, the Parties have submitted several Motions in Limine, which are now fully briefed.  The Parties are in agreement that the submitted briefing adequately presents the issues, and no Party requests a hearing on any of these motions.  Of course, in the event that there are any issues pertaining to the Motions in Limine on which the Court wishes to have further information or argument, then the Parties will be prepared to discuss them at the conference.  To help ensure that the Parties can best assist the Court with any issues pertaining to the motions, the Parties respectfully request that the Court inform the Parties, prior to the hearing, which issues or motions for which the Court wishes to hear argument.

2.      **Scope of the Trial**.  As stated in the Joint Pre-Trial Stipulation, Plaintiffs believe that, in the wake of the Court's Order on summary judgment, "direct infringement of [the 3,808 works in suit], including Plaintiffs' ownership, is established for purposes of trial."  Joint Pretrial Stipulation, Oct. 23, 2013, DE 568 at 3.  Defendants did not, at that time, stipulate that direct infringement had been established (although they did stipulate to Plaintiffs' ownership and copyright registration of each of the 3,808 works in suit), leaving open the question of whether, and to what extent, direct infringement by Hotfile's users remains an issue for trial.

Through subsequent meet-and-confer discussions, the Parties have now agreed that all aspects of direct infringement (including Plaintiffs' ownership and registration of the copyrights in each of the works in suit) have been resolved in Plaintiffs' favor with the sole exception of Defendants' affirmative defense that some number of the works in suit may only have been "space shifted" (*i.e.*, stored on the Hotfile system by a Hotfile account holder solely for the account holder's own use) and not distributed to third parties.  Plaintiffs contend that "space shifting" is neither a relevant nor legally viable defense for Defendants in this case and reserve

1

their right to challenge Defendants' claim accordingly, but have agreed that the issue was not resolved by the Court's Order on Summary Judgment.

The Parties have also agreed that, should Plaintiffs elect to recover statutory damages, such damages will be available only for those works among the 3,808 works in suit that were either registered before the infringement began, or were registered within three months after publication, if the infringement began after publication. *See* 17 U.S.C. § 412. The Parties expect to reach a stipulation before trial on the precise number of works to which this agreement will apply, thereby leaving for trial the sole question of the amount of damages to which Plaintiffs are entitled from the infringement of their works on the Hotfile system (subject to Defendants' claims regarding "space shifting," to the extent not otherwise rejected).

The Parties wish to address these issues with the Court at the pre-trial conference to ensure that the scope of the trial is properly defined and understood by all Parties.

3. **Defendant Hotfile Corp.'s Motion to Strike Rebuttal Report of Dr. Waterman**. On January 9, 2012, Defendants filed a Motion to Strike the Rebuttal Report of Dr. Waterman, which the Court denied as moot in its Order on Summary Judgment. *See* Order on Summary Judgment at 99. Plaintiffs plan to call Dr. Waterman to testify at trial, and Defendants have indicated their intention to move to strike his testimony on the same grounds as set forth in their previous motion. The parties accordingly moved to resubmit the briefing on Defendants' motion, which the Court granted on September 25, 2013. *See* DE 545. The Parties wish to be heard on this issue at the pre-trial conference.

*   *   *   *   *

While the foregoing reflects the Parties' understanding of the scope of the upcoming pre-trial conference, the Parties will be prepared to address any other matters on which the Court may wish to hear argument. Once again, however, in the interest of presenting to the Court the most well-considered arguments possible – and to encourage the Parties to continue to work cooperatively to resolve disputes in advance of the hearing – the Parties respectfully request that the Court alert the Parties to any such matters in advance of the Thursday hearing.

75425.1

## <u>CERTIFICATE OF GOOD FAITH CONFERENCE</u>

I hereby certify that prior to filing this Joint Stipulated Agenda, counsel for Plaintiffs, Kenneth L. Doroshow, Esq., conferred with counsel for Defendants, Evan Fray-Witzer, Esq., and is authorized to represent that Defendants join in this Stipulated Agenda and that the counsel who makes this joint filing on behalf of all Parties, has authorization from counsel for Defendants to file the Stipulated Agenda on behalf of Defendants.

/s/ Kenneth L. Doroshow
Kenneth L. Doroshow

75425.1

Date: November 19, 2013

By: /s/ Karen L. Stetson
    Karen L. Stetson

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
karen.stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305.416.6880
Fax: 305.416.6887

JENNER & BLOCK LLP
Steven B. Fabrizio (Pro Hac Vice)
sfabrizio@jenner.com
Luke C. Platzer (Pro Hac Vice)
lplatzer@jenner.com
David A. Handzo (Pro Hac Vice)
dhandzo@jenner.com
Kenneth L. Doroshow (Pro Hac Vice)
kdoroshow@jenner.com
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Phone: 202.639.6000
Fax: 202.639.6066

*Attorneys for Plaintiffs*

Respectfully submitted,

By: /s/ Brady J. Cobb
    Brady J. Cobb

COBB EDDY MIJARES PLLC
Brady J. Cobb
bcobb@CEMLaw.net
642 Northeast Third Ave.
Fort Lauderdale, FL 33305
Phone: 954-527-4111, ext 201

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
Matthew Shayefar
matt@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

CIAMPA FRAY-WITZER, LLP
Evan Fray-Witzer
evan@cfwlegal.com
20 Park Plaza, Suite 804
Boston, MA 02116
Phone:617-426-0000

*Attorneys for Defendants Hotfile Corp. and
Anton Titov*

75425.1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY on this 19th day of November, 2013, I caused to be served a true and correct copy of the foregoing document on all counsel of record on the attached service list by transmission of Notices of Electronic Filing generated by CM/ECF pursuant to the parties' service agreement

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this Certificate of Service was executed on this date.


By: <u>/s/ Karen L. Stetson</u>
Karen L. Stetson

75425.1

## <u>SERVICE LIST</u>

**Disney Enterprises, Inc., et al. v. Hotfile orp. et al.**
**CASE NO. 11-C1V-20427-WILLIAMS-TURNOFF**

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
Matthew Shayefar
matt@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorney for Defendants Hotfile Corp. and*
*Anton Titov*

CIAMPA FRAY-WITZER, LLP
Evan Fray-Witzer
evan@cfwlegal.com
20 Park Plaza, Suite 804
Boston, MA 02116 Phone:617-426-0000

*Attorneys for Defendants Hotfile Corp. and*
*Anton Titov*

COBB EDDY MIJARES PLLC
Brady J. Cobb
bcobb@CEMLaw.net
642 Northeast Third Ave.
Fort Lauderdale, FL 33305
Phone: 954-527-4111, ext 201

*Attorney for Defendants Hotfile Corp. and*
*Anton Titov*

6

75425.1