UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**JOINT MOTION FOR THE PARTIES
TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM
DURING THE NOVEMBER 21, 2013 HEARING AND ANY DAY THEREAFTER
WITH RESPECT TO ANY ADDITIONAL DAYS OF HEARING AND IN
<u>PREPARATION OF TRIAL</u>**

Plaintiffs, Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. ("Plaintiffs") and Defendants, Hotfile Corp. and Anton Titov ("Defendants") (the Plaintiffs and Defendants are collectively referred to as "the Parties"), hereby file the

1

following agreed joint motion for leave to bring into the Courtroom for the November 21, 2013 hearing (the "Hearing") and in preparation of the trial starting on December 9, 2013 (the "Trial), the audiovisual and electronic equipment listed below.  In support of their Joint Motion, the Parties state the following:

The Parties believe that they can present their arguments at the Hearing and the Trial most effectively with the aid of litigation technology software, computers and other electronic equipment.  Accordingly, the Parties request that they be permitted to bring the following equipment into the Courtroom for use at the Hearing and for determining their further electronic equipment needs for the Trial:

1. Valentin D. Gurvits, Boston Law Group, PC, counsel for Defendants, shall be permitted to enter the Courthouse on Thursday, November 21, 2013 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord and one (1) extension cord; and one (1) cellular telephone;

2. Matthew Shayefar, Boston Law Group, PC, counsel for Defendants, shall be permitted to enter the Courthouse on Thursday, November 21, 2013 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) cellular telephone; VGA cables; gender benders; extension cords; power strips; power cords; and gaffers tape.

3. Evan Fray-Witzer, Ciampa Fray-Witzer, LLP, counsel for Defendants, shall be permitted to enter the Courthouse on Thursday, November 21, 2013 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord and one (1) extension cord; and one (1) cellular telephone.

4. Brady J. Cobb, Cobb Eddy Mijares PLLC, counsel for Defendants, shall be permitted to enter the Courthouse on Thursday, November 21, 2013 and each day thereafter

the hearing is proceeding with one (1) laptop computer; one (1) power cord and one (1) extension cord; and one (1) cellular telephone.

    5.    Kenneth L. Doroshow, counsel for Plaintiffs, shall be permitted to enter the Courthouse on Thursday, November 21, 2013 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord and one (1) extension cord; and one (1) cellular telephone.

The Parties further respectfully request that they be permitted to have access to the Courtroom following the Hearing either on the same day of November 21, 2013 or on November 22, 2013, to bring their equipment and examine the technological capabilities of the Courtroom in preparation for the Trial, if the Courtroom is not otherwise in use or at another time of convenience for the Court and its staff.  This will enable the Parties to have an opportunity to prepare their technologies and make a proper and timely request on the Court for further use of technology at the Trial.

## **Conclusion**

For the foregoing reasons, Plaintiff and Defendants jointly respectfully request that the Court grant this Joint Motion and permit the Parties to bring the designated technology to Court at the requested time, for use during the November 21, 2013 hearing and thereafter as needed for court appearances for motions heard at the November 21, 2013 and to bring their equipment to court after the hearing on November 21, 2013 or on November 22, 2013 or any date convenient to the Court in preparation for the Trial.  A proposed Order is attached hereto as Exhibit "A" and is being submitted by email to the Court.

**Certificate of Good Faith Conference**

      I, Matthew Shayefar, counsel for the Defendants, hereby certify that Defendants are filing this Joint Motion on behalf of all the Parties, and I further certify that I have conferred with all parties or non-parties who may be affected by the relief sought in this Joint Motion in a good faith effort to resolve the issues raised in this Joint Motion and that counsel for Plaintiffs has agreed to the relief requested in this Joint Motion and has authorized the filing of this Joint Motion on Plaintiffs' behalf.

      /s/ Matthew Shayefar
      Matthew Shayefar

DATED: November 19, 2013        Respectfully submitted,

/s/ Karen L. Stetson, Esq.
Karen L. Stetson, Esq. (Fla. Bar No. 742937)
Email: Karen.Stetson@gray-robinson.com
GRAY-ROBINSON, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Tel: 305-416-6880
Fax: 305-416-6887

/s/ Steven B. Fabrizio, Esq.
Steven B. Fabrizio, Esq. (*pro hac vice*)
Email: sfabrizio@jenner.com
Luke C. Platzer, Esq. (*Pro Hac Vice*)
lplatzer@jenner.com
David A. Handzo, Esq. (*Pro Hac Vice*)
dhandzo@jenner.com
Kenneth L. Doroshow, Esq. (*Pro Hac Vice*)
kdoroshow@jenner.com
JENNER & BLOCK LLP
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Tel: 202.639.6000
Fax: 202.639.6066

/s/ Karen R. Thorland, Esq.
Karen R. Thorland, Esq. (*Pro Hac Vice*)
Email: Karen_Thorland@mpaa.org
Senior Content Protection Counsel
MOTION PICTURE ASSOCIATION OF AMERICA, INC.
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403
Tel: 818-935-5812
Fax: 818-285-4403

*Counsel for Plaintiffs*

/s/ Brady J. Cobb, Esq.
Brady J. Cobb, Esq. (Fla. Bar No. 031018)
Email: bcobb@cemlaw.net
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Tel: 954-527-4111
Fax: 954-900-5507

/s/ Evan Fray-Witzer, Esq.
Evan Fray-Witzer, Esq. (*Pro Hac Vice*)
Email: Evan@CFWlegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel: 617-426-0000
Fax: 617-423-4855

/s/ Matthew Shayefar, Esq.
Matthew Shayefar, Esq. (*Pro Hac Vice*)
Email: matt@bostonlawgroup.com
Valentin D. Gurvits (*Pro Hac Vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1806
Fax: 617-928-1802

*Counsel for Defendants*

5

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the following service list this 19th day of November, 2013.

                                                /s/ Brady J. Cobb
                                                Brady J. Cobb

## SERVICE LIST

CASE NO: 11-20427-CIV-WILLIAMS

Karen L. Stetson, Esq. (Fla. Bar No. 742937)
Email: Karen.Stetson@gray-robinson.com
GRAY-ROBINSON, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Tel: 305-416-6880
Fax: 305-416-6887

Steven B. Fabrizio, Esq. (*pro hac vice*)
Email: sfabrizio@jenner.com
Luke C. Platzer, Esq. (*Pro Hac Vice*)
lplatzer@jenner.com
David A. Handzo, Esq. (*Pro Hac Vice*)
dhandzo@jenner.com
Kenneth L. Doroshow, Esq. (*Pro Hac Vice*)
kdoroshow@jenner.com
JENNER & BLOCK LLP
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Tel: 202.639.6000
Fax: 202.639.6066

Karen R. Thorland, Esq. (*Pro Hac Vice*)
Email: Karen_Thorland@mpaa.org
Senior Content Protection Counsel
MOTION PICTURE ASSOCIATION OF
AMERICA, INC.
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403
Tel: 818-935-5812
Fax: 818-285-4403

*Counsel for Plaintiffs*

Brady J. Cobb, Esq. (Fla. Bar No. 031018)
Email: bcobb@cemlaw.net
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Tel: 954-527-4111
Fax: 954-900-5507

Evan Fray-Witzer, Esq. (*Pro Hac Vice*)
Email: Evan@CFWlegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel: 617-426-0000
Fax: 617-423-4855

Matthew Shayefar, Esq. (*Pro Hac Vice*)
Email: matt@bostonlawgroup.com
Valentin D. Gurvits (*Pro Hac Vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1806
Fax: 617-928-1802

*Counsel for Defendants*

# *Disney Enterprises, et al. v. Hotfile Corp., et al.*

# Case No. 11-CV-20427-WILLIAMS/TURNOFF

# EXHIBIT "A"

# (PROPOSED) ORDER GRANTING JOINT MOTION FOR THE PARTIES TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM DURING THE NOVEMBER 21, 2013 HEARING AND ANY DAY THEREAFTER WITH RESPECT TO ANY ADDITIONAL DAYS OF HEARING AND IN PREPARATION OF TRIAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**(PROPOSED) ORDER GRANTING JOINT MOTION FOR THE PARTIES
TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM
DURING THE NOVEMBER 21, 2013 HEARING AND ANY DAY THEREAFTER
WITH RESPECT TO ANY ADDITIONAL DAYS OF HEARING AND IN
<u>PREPARATION OF TRIAL</u>**

**THIS MATTER** is before the Court on the Joint Motion of Plaintiffs, Disney

Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions

LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. ("Plaintiffs") and

Defendants, Hotfile Corp. and Anton Titov ("Defendants") (the Plaintiffs and Defendants are

2

collectively referred to as "the Parties"), to Bring Electronic Equipment Into the Courtroom During the November 21, 2013 Hearing and Any Day Thereafter With Respect to Any Additional Days of Hearing and in Preparation of Trial (D.E. # ____). Upon review of the record and the motion, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion is Granted, as follows:

1. Valentin D. Gurvits, Boston Law Group, PC, counsel for Defendants, shall be permitted to enter the Courthouse on Thursday, November 21, 2013 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord and one (1) extension cord; and one (1) cellular telephone;

2. Matthew Shayefar, Boston Law Group, PC, counsel for Defendants, shall be permitted to enter the Courthouse on Thursday, November 21, 2013 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) cellular telephone; VGA cables; gender benders; extension cords; power strips; power cords; and gaffers tape.

3. Evan Fray-Witzer, Ciampa Fray-Witzer, LLP, counsel for Defendants, shall be permitted to enter the Courthouse on Thursday, November 21, 2013 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord and one (1) extension cord; and one (1) cellular telephone.

4. Brady J. Cobb, Cobb Eddy Mijares PLLC, counsel for Defendants, shall be permitted to enter the Courthouse on Thursday, November 21, 2013 and each day thereafter that the hearing is proceeding with one (1) laptop computer; one (1) power cord and one (1) extension cord; and one (1) cellular telephone.

5. Kenneth L. Doroshow, counsel for Plaintiffs, shall be permitted to enter the Courthouse on Thursday, November 21, 2013 and each day thereafter that the hearing is

proceeding with one (1) laptop computer; one (1) power cord and one (1) extension cord; and one (1) cellular telephone.

6. All persons authorized to bring equipment to Court for the purposes of the November 21, 2013 hearing shall also be authorized to bring equipment to Court on November ___, 2013 in preparation for the trial starting on December 9, 2013.

7. All persons authorized to bring equipment to Court for the purposes of the November 21, 2013 hearing and on November ___, 2013 in preparation for the trial starting on December 9, 2013, shall maintain a copy of this Order and shall provide it to the United States Marshal Service upon each entry into the Courthouse.

**DONE AND ORDERED** in chambers at Miami, Florida this ___ day of November, 2013.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record