UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**NOTICE OF FILING PUBLIC REDACTED VERSION OF STIPULATION AND
NOTICE OF WITHDRAWAL REGARDING PLAINTIFFS' MOTION TO PRECLUDE
DEPOSITION TESTIMONY OF
[REDACTED]**

The parties hereby give notice of filing the attached Stipulation and Notice of Withdrawal

Regarding Plaintiffs' Motion to Preclude Deposition Testimony of [Redacted], which is being

filed publicly on this date.

**Respectfully submitted:**

| | |
|---|---|
| /s/ Brady J. Cobb, Esq. | /s/ Matthew Shayefar, Esq. |
| Brady J. Cobb, Esq. (Fla. Bar No. 031018) | Matthew Shayefar, Esq. (*Pro Hac Vice*) |
| Email: bcobb@cemlaw.net | Email: matt@bostonlawgroup.com |
| COBB EDDY MIJARES, PLLC | Valentin D. Gurvits (*Pro Hac Vice*) |
| 642 Northeast Third Avenue | Email: vgurvits@bostonlawgroup.com |
| Fort Lauderdale, Florida 33304 | BOSTON LAW GROUP, PC |
| Tel: 954-527-4111 | 825 Beacon Street, Suite 20 |
| Fax: 954-900-5507 | Newton Centre, Massachusetts 02459 |
| | Tel: 617-928-1806 |
| | Fax: 617-928-1802 |
| | |
| | /s/ Evan Fray-Witzer, Esq. |
| | Evan Fray-Witzer, Esq. (*Pro Hac Vice*) |
| | Email: Evan@CFWlegal.com |
| | CIAMPA FRAY-WITZER, LLP |
| | 20 Park Plaza, Suite 505 |
| | Boston, Massachusetts 02116 |
| | Tel: 617-426-0000 |
| | Fax: 617-423-4855 |
| | |
| Dated: November 19, 2013 | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the attached service list this 19th day of November, 2013.

/s/ Brady J. Cobb
Brady J. Cobb

## **SERVICE LIST**

CASE NO: 11-20427-CIV-WILLIAMS

Karen L. Stetson, Esq. (Fla. Bar No. 742937)
Email: Karen.Stetson@gray-robinson.com
GRAY-ROBINSON, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Tel: 305-416-6880
Fax: 305-416-6887

Steven B. Fabrizio, Esq. (*pro hac vice*)
Email: sfabrizio@jenner.com
Luke C. Platzer, Esq. (*Pro Hac Vice*)
lplatzer@jenner.com
David A. Handzo, Esq. (*Pro Hac Vice*)
dhandzo@jenner.com
Kenneth L. Doroshow, Esq. (*Pro Hac Vice*)
kdoroshow@jenner.com
JENNER & BLOCK LLP
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Tel: 202.639.6000
Fax: 202.639.6066

Karen R. Thorland, Esq. (*Pro Hac Vice*)
Email: Karen_Thorland@mpaa.org
Senior Content Protection Counsel
MOTION PICTURE ASSOCIATION OF
AMERICA, INC.
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403
Tel: 818-935-5812
Fax: 818-285-4403

*Counsel for Plaintiffs*

Brady J. Cobb, Esq. (Fla. Bar No. 031018)
Email: bcobb@cemlaw.net
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Tel: 954-527-4111
Fax: 954-900-5507

Evan Fray-Witzer, Esq. (*Pro Hac Vice*)
Email: Evan@CFWlegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel: 617-426-0000
Fax: 617-423-4855

Matthew Shayefar, Esq. (*Pro Hac Vice*)
Email: matt@bostonlawgroup.com
Valentin D. Gurvits (*Pro Hac Vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1806
Fax: 617-928-1802

*Counsel for Defendants*