UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.

_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.

_____/

**DECLARATION OF DEEPAK GUPTA IN SUPPORT OF DEFENDANTS'
MOTION TO DECLARE PROFESSOR JAMES BOYLE
UNAVAILABLE TO TESTIFY AT TRIAL**

Deepak Gupta does hereby affirm and attest as follows:

1.      I am a partner at the San Francisco based law firm of Farella Braun + Martel, LLP

("Farella"). I was admitted *pro hac vice* by this Court for the purposes of this matter before the

Court granted permission for me and the other Farella lawyers who had appeared to withdraw

and be terminated as counsel of record for Defendants. Dkt. 565 (10/21/13). I am admitted to

26501\3961287.1

the bar, and am a member in good standing in the State and Federal Courts in California, the

Federal Circuit Court of Appeals, the Ninth Circuit Court of Appeals, and the United States

Supreme Court. Unless otherwise stated, I make this declaration of my own personal

knowledge.

   2.  Farella served as counsel to the Defendants in this action from February 2011 to

October 21, 2013. At that time Defendants transitioned their representation for trial purposes to

Val Gurvits and Matthew Shayefar, attorneys from the Boston Law Group, and Evan Fray-

Witzer, from Ciampa Fray-Witzer, LLP.

   3.  In late October, the Farella team contacted Defendants' expert witnesses to inform

them of them of the transition of counsel and to inform them of the trial schedule.

   4.  I and my partner Roderick M. Thompson had a series of communications with

one of the expert witnesses, Professor James Boyle. We had a lengthy conversation on October

24, 2013, in which we outlined the areas of testimony in which Defendants' would need his

testimony and tried to persuade him to appear at trial. However, Professor Boyle expressed

reluctance to appear for a number of reasons. After considering the issue carefully, Professor

Boyle informed us on October 26, 2013, that he would not appear for trial and that his decision

was final.

   5.  Professor Boyle's unavailability to testify at trial was in no way procured by the

Defendants or their counsel at Farella. To the contrary, even after Farella had been terminated as

counsel of record for defendants, we did everything within our power to secure Professor

Boyle's presence at trial.

   Signed under the pains and penalties of perjury this 19th day of November, 2013.

               Deepak Gupta

26501\3961287.1