UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

## MOTION TO FILE DOCUMENT UNDER SEAL

Defendants Hotfile Corp. ("Hotfile") and Anton Titov ("Titov"), by and through undersigned counsel file this Motion to File Document Under Seal pursuant to Local Rule 5.4 as follows:

1. The document to be filed under seal is:

    a. STIPULATION AND NOTICE OF WITHDRAWAL REGARDING PLAINTIFFS' MOTION TO PRECLUDE DEPOSITION TESTIMONY OF RUMEN STOYANOV AND ATANAS VANEGLOV.

2. The documents should remain under seal until the conclusion of this case. Upon

1

expiration of the sealing period, the sealed documents should be returned to Defendants' counsel.

3. This motion is filed pursuant to the Magistrate Judge's Omnibus Order [D.E. # 227] entered by the Court on January 18, 2012, and pursuant to ¶ 16 of the Stipulated Protective Order [D.E. # 68] entered by the Court on May 19, 2011, which states that "[in] the event that any Discovery Materials designated under this Protective Order is described, characterized, excerpted or referenced in, or attached to, any Court proceeding or submission in connection with this litigation…the filing party shall seek to file such material under seal pursuant to Local Rule 5.4."

4. The document discloses information that has been designated as Confidential, Highly Confidential and/or protected work product under the Protective Order.

**Respectfully submitted:**

/s/ Valentin Gurvits
Valentin D. Gurvits (# 643572 - *pro hac vice*)
Matthew Shayefar (# 685927 - *pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

Dated: November 20, 2013

/s/ BRADY J. COBB
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcobb@cemlaw.net

/s/ Evan Fray-Witzer
Evan Fray-Witzer (# 564349 - *pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com

*Attorneys for Defendants*