(Rev. 10/2012)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 11-20427-Williams/Turnoff

Disney Enterprises, Inc., et al

      Plaintiff

v.

Hotfile Corp., et al

      Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Hotfile Corp. and Anton Titov, c/o Brady J. Cobb, Esquire
Address: 642 NE 3rd Ave, Fort Lauderdale, Florida 33304
Telephone: 954 527 4111

On behalf of (select one):  ☐ Plaintiff   ☑ Defendant

Date sealed document filed: November 20, 2013

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry number: May 19, 2011 (DE 68)

The matter should remain sealed until:

☐ Conclusion of Trial      ☐ Arrest of First Defendant
☑ Case Closing        ☐ Conclusion of Direct Appeal
☐ Other: _____
☐ Permanently. Specify the authorizing law, rule, court order:

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Unsealed and placed in the public portion of the court file    ☐ Destroyed
☑ Returned to the party or counsel for the party, as identified above

---

**NOTICE RE POLICY CONCERNING THE UNSEALING OF DOCUMENTS IN CM/ECF**

Effective November 1, 2012, the Southern District of Florida adopted a policy to facilitate the review of sealed documents by directing the Clerk's Office to unseal those documents in CM/ECF after notice to the filing party. This policy affects cases that have been closed for at least one year and in which the appeal period has expired, or one year after the issuance of the mandate following an appeal. Unless otherwise ordered by the Court, the Clerk's Office will send (via U.S. Mail) a Notice of Intent to Unseal Document(s) to the filing party. (Note: Attorneys and pro se parties are responsible for maintaining a current mailing address.) The Notice will indicate that such document(s) will be UNSEALED UNLESS OBJECTIONS ARE FILED, in the conventional manner, within 14 days of the Notice. Documents that are unsealed will be ACCESSIBLE TO THE PUBLIC VIA PACER. For additional information, please refer to Administrative Order 2012-87 on the Court's website.

---

Attorney for: