## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

      Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

      Defendants.

_____/

### ORDER

**THIS MATTER** is before the Court upon the parties' Joint Motion to Bring Electronic Equipment into the Courtroom (DE 638).  Upon review of the Motion and the record, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

1. Valentin D. Gurvits, Boston Law Group, PC, counsel for Defendants, shall be permitted to enter the Courthouse on November 21 and 22, 2013, and December 9 through 20, 2013, with one (1) laptop computer; one (1) power cord and one (1) extension cord; and one (1) cellular telephone;

2. Matthew Shayefar, Boston Law Group, PC, counsel for Defendants, shall be permitted to enter the Courthouse on November 21 and 22, 2013, and December 9 through 20, 2013, with one (1) laptop computer; one (1) cellular telephone; VGA cables; gender benders; extension cords; power strips; power cords; and gaffers tape.

3. Evan Fray-Witzer, Ciampa Fray-Witzer, LLP, counsel for Defendants, shall be permitted to enter the Courthouse on November 21 and 22, 2013, and December 9

through 20, 2013, with one (1) laptop computer; one (1) power cord and one (1) extension cord; and one (1) cellular telephone.

4. Brady J. Cobb, Cobb Eddy Mijares PLLC, counsel for Defendants, shall be permitted to enter the Courthouse on November 21 and 22, 2013, and December 9 through 20, 2013, with one (1) laptop computer; one (1) power cord and one (1) extension cord; and one (1) cellular telephone.

5. Kenneth L. Doroshow, counsel for Plaintiffs, shall be permitted to enter the Courthouse on November 21 and 22, 2013, and December 9 through 20, 2013, with one (1) laptop computer; one (1) power cord and one (1) extension cord; and one (1) cellular telephone.

All persons authorized to bring equipment to Court as identified above shall maintain a copy of this Order and shall provide it to the United States Marshal Service upon each entry into the Courthouse.

The parties may examine the technological capabilities of the Courtroom in preparation for trial on **Friday, November 22, 2013 from 2:00 p.m. to 3:00 p.m.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 20 day of November, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE