UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

**STIPULATION AND NOTICE OF WITHDRAWAL REGARDING PLAINTIFFS'
MOTION TO PRECLUDE DEPOSITION TESTIMONY OF
RUMEN STOYANOV AND ATANAS VANEGLOV**

[HIGHLY CONFIDENTIAL]

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]

1

Plaintiffs, Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. ("Plaintiffs") and Defendants, Hotfile Corp. and Anton Titov ("Defendants") (the Plaintiffs and Defendants are collectively referred to as "the Parties") agree, by and through their undersigned counsel, to be bound by the following stipulations:

1. Plaintiffs hereby withdraw as moot their Motion in Limine to Preclude Defendants from Entering into Evidence Deposition Testimony of Rumen Stoyanov and Atanas Vangelov, filed publicly as Docket Entry 616-1 (the "Motion").

2. Defendants shall not seek to offer any testimony from Rumen Stoyanov or Atanas Vangelov (the "Individuals") in their case in chief.

3. This Stipulation shall not prejudice the right of the Defendants to seek to enter the deposition testimony of the Individuals in rebuttal to Plaintiffs' case, nor shall this Stipulation prejudice the right of the Plaintiffs to object to the entering of such deposition testimony in rebuttal.

4. Each side shall bear its own attorneys' fees and costs in relation to the Motion.

IT IS SO STIPULATED.

DATED:       November 19, 2013    Respectfully submitted,

/s/ Karen L. Stetson, Esq.
Karen L. Stetson, Esq. (Fla. Bar No. 742937)
Email: Karen.Stetson@gray-robinson.com
GRAY-ROBINSON, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Tel: 305-416-6880
Fax: 305-416-6887

/s/ Steven B. Fabrizio, Esq.
Steven B. Fabrizio, Esq. (*pro hac vice*)
Email: sfabrizio@jenner.com
Luke C. Platzer, Esq. (*Pro Hac Vice*)
lplatzer@jenner.com
David A. Handzo, Esq. (*Pro Hac Vice*)
dhandzo@jenner.com
Kenneth L. Doroshow, Esq. (*Pro Hac Vice*)
kdoroshow@jenner.com
JENNER & BLOCK LLP
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Tel: 202.639.6000
Fax: 202.639.6066

/s/ Karen R. Thorland, Esq.
Karen R. Thorland, Esq. (*Pro Hac Vice*)
Email: Karen_Thorland@mpaa.org
Senior Content Protection Counsel
MOTION PICTURE ASSOCIATION OF AMERICA, INC.
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403
Tel: 818-935-5812
Fax: 818-285-4403

*Counsel for Plaintiffs*

/s/ Brady J. Cobb, Esq.
Brady J. Cobb, Esq. (Fla. Bar No. 031018)
Email: bcobb@cemlaw.net
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Tel: 954-527-4111
Fax: 954-900-5507

/s/ Evan Fray-Witzer, Esq.
Evan Fray-Witzer, Esq. (*Pro Hac Vice*)
Email: Evan@CFWlegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel: 617-426-0000
Fax: 617-423-4855

/s/ Matthew Shayefar, Esq.
Matthew Shayefar, Esq. (*Pro Hac Vice*)
Email: matt@bostonlawgroup.com
Valentin D. Gurvits (*Pro Hac Vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1806
Fax: 617-928-1802

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically via electronic mail on all counsel or parties of record on the following service list this 19th day of November, 2013.

                                                /s/ Matthew Shayefar
                                                Matthew Shayefar

## SERVICE LIST

CASE NO: 11-20427-CIV-WILLIAMS

Karen L. Stetson, Esq. (Fla. Bar No. 742937)
Email: Karen.Stetson@gray-robinson.com
GRAY-ROBINSON, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Tel: 305-416-6880
Fax: 305-416-6887

Steven B. Fabrizio, Esq. (*pro hac vice*)
Email: sfabrizio@jenner.com
Luke C. Platzer, Esq. (*Pro Hac Vice*)
lplatzer@jenner.com
David A. Handzo, Esq. (*Pro Hac Vice*)
dhandzo@jenner.com
Kenneth L. Doroshow, Esq. (*Pro Hac Vice*)
kdoroshow@jenner.com
JENNER & BLOCK LLP
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Tel: 202.639.6000
Fax: 202.639.6066

Karen R. Thorland, Esq. (*Pro Hac Vice*)
Email: Karen_Thorland@mpaa.org
Senior Content Protection Counsel
MOTION PICTURE ASSOCIATION OF AMERICA, INC.
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403
Tel: 818-935-5812
Fax: 818-285-4403

*Counsel for Plaintiffs*

Brady J. Cobb, Esq. (Fla. Bar No. 031018)
Email: bcobb@cemlaw.net
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Tel: 954-527-4111
Fax: 954-900-5507

Evan Fray-Witzer, Esq. (*Pro Hac Vice*)
Email: Evan@CFWlegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel: 617-426-0000
Fax: 617-423-4855

Matthew Shayefar, Esq. (*Pro Hac Vice*)
Email: matt@bostonlawgroup.com
Valentin D. Gurvits (*Pro Hac Vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1806
Fax: 617-928-1802

*Counsel for Defendants*