(Rev. 06/2005)Sealed Document Tracking Form

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 11-20427-WILLIAMS/TURNOFF

Disney Enterprises, Inc. et al.

Plaintiff

v.                                         Sealed

Hotfile Corp. et al.          Defendant

## SEALED DOCUMENT TRACKING FORM

*Party Filing Matter Under Seal*

Name: Karen L. Stetson, Esq.
Address: Gray-Robinson, 1221 Brickell Avenue, Suite 1600, Miami, FL 33131
Telephone: (305) 461-6880

☒ Plaintiff         ☐ Defendant

On behalf of (select one):

Date sealed document filed: 11/19/2013

If sealed pursuant to statute, cite statute: ____

If sealed pursuant to previously entered protective order, date of order and docket entry number: 68

The matter should remain sealed until:

☐ Conclusion of Trial                ☐ Arrest of First Defendant
☒ Case Closing                       ☐ Conclusion of Direct Appeal
☐ Other: ____
☐ Permanently. Specify the authorizing law, rule, court order: ____

The moving party requests that when the sealing period expires, the filed matter should be (select one):

☐ Destroyed
☐ Unsealed and placed in the public portion of the court file
☒ Returned to the party or counsel for the party, as identified above

A. Joint Submission of Proposed Jury Instructions

Attorney for: PLAINTIFFS