UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

　*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

```
__ SEALED

__ NOT SEALED
```

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE
DOCUMENTS UNDER SEAL**

　　Upon consideration of Plaintiffs' Motion to File Documents Under Seal, and all of the papers submitted in support thereof, Plaintiffs' request to file documents under seal is GRANTED.

1. It is hereby ORDERED that Plaintiffs be permitted to file the following documents under seal and that the following documents remain under seal until the conclusion of the case:

    (1) Joint Submission of Proposed Jury Instructions

IT IS SO ORDERED.

Dated _____, 2013.

                                                                                    United States District Court Judge