UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**STIPULATION REGARDING DIRECT INFRINGEMENT OF WORKS IN SUIT**

In a further effort to streamline the upcoming trial in the above-captioned matter, scheduled to begin on December 9, 2013, the Parties respectfully submit the following stipulation regarding the issue of direct infringement of the copyrighted works in suit.

## BACKGROUND

As the Court is aware, the Parties recently reached a stipulation, filed with the Court on November 19th, by which the Parties agreed that all aspects of direct infringement of the works in suit have been resolved in Plaintiffs' favor with the sole exception of Defendants' affirmative defense that some number of the works in suit may only have been "space shifted" (*i.e.*, stored on the Hotfile system by a Hotfile account holder solely for the account holder's own use) and not distributed to third parties. At the pretrial conference on November 21st, the Parties indicated (with the Court's encouragement) that they would attempt to reach a further stipulation with regard to the "space shifting" issue as well, thereby eliminating any defense or other basis for challenging Defendants' secondary liability for the direct infringement of the works in suit. To that end, and as a supplement to the stipulation provided to the Court on November 19th, the parties have further stipulated to the terms set forth below.

## STIPULATION

The Parties hereby stipulate and agree as follows:

1. Plaintiffs seek damages on the basis of only 3,448 of the 3,808 works in suit on which the case has proceeded to date. The list of those 3,448 works (the "Remaining Works in Suit") is set forth in Exhibit A hereto.

2. Defendants acknowledge and concede that Plaintiffs' copyrights in all 3,448 of the Remaining Works in Suit were directly infringed by users of the Hotfile system, for which Defendants are vicariously liable, and for which Plaintiffs are entitled to recover statutory damages.

3. Defendants waive all affirmative defenses or any other bases for disputing their liability for the underlying direct infringement of the Remaining Works in Suit, including, without limitation, a defense based on a "space shifting" theory of fair use.

4. Defendants reserve their right to argue that files on the Hotfile system (other than those corresponding to the Remaining Works in Suit) may have been "space shifted" by Hotfile users. Plaintiffs reserve their right to argue the contrary, including that "space shifting" is

neither a relevant nor legally viable theory of fair use with respect to any copyrighted files on the Hotfile system.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that prior to filing this Stipulation Regarding The Issue of Direct Infringement, counsel for Plaintiffs, Kenneth L. Doroshow, Esq., conferred with counsel for Defendants, Evan Fray-Witzer, Esq., and is authorized to represent that Defendants join in this Stipulation and that the counsel who makes this joint filing on behalf of all Parties, has authorization from counsel for Defendants to file the Stipulation on behalf of Defendants.

/s/ Kenneth L. Doroshow
Kenneth L. Doroshow

Date: November 26, 2013

By: /s/ Karen L. Stetson
    Karen L. Stetson

GRAY-ROBINSON, P.A.
Karen L. Stetson (FL Bar No. 742937)
karen.stetson@gray-robinson.com
1221 Brickell Avenue
Suite 1600
Miami, FL 33131
Phone: 305.416.6880
Fax: 305.416.6887

JENNER & BLOCK LLP
Steven B. Fabrizio (Pro Hac Vice)
sfabrizio@jenner.com
Luke C. Platzer (Pro Hac Vice)
lplatzer@jenner.com
David A. Handzo (Pro Hac Vice)
dhandzo@jenner.com
Kenneth L. Doroshow (Pro Hac Vice)
kdoroshow@jenner.com
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Phone: 202.639.6000
Fax: 202.639.6066

*Attorneys for Plaintiffs*

Respectfully submitted,

By: /s/ Brady J. Cobb
    Brady J. Cobb

COBB EDDY MIJARES PLLC
Brady J. Cobb
bcobb@CEMLaw.net
642 Northeast Third Ave.
Fort Lauderdale, FL 33305
Phone: 954-527-4111, ext 201

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
Matthew Shayefar
matt@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

CIAMPA FRAY-WITZER, LLP
Evan Fray-Witzer
evan@cfwlegal.com
20 Park Plaza, Suite 804
Boston, MA 02116
Phone:617-426-0000

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 26th day of November, 2013, I caused to be served a true and correct copy of the foregoing document on all counsel of record on the attached service list by transmission of Notices of Electronic Filing generated by CM/ECF pursuant to the parties' service agreement

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this Certificate of Service was executed on this date.

By: /s/ Karen L. Stetson
Karen L. Stetson

5

**SERVICE LIST**

**Disney Enterprises, Inc., et al. v. Hotfile orp. et al.
CASE NO. 11-C1V-20427-WILLIAMS-TURNOFF**

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
Matthew Shayefar
matt@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorney for Defendants Hotfile Corp. and Anton Titov*

CIAMPA FRAY-WITZER, LLP
Evan Fray-Witzer
evan@cfwlegal.com
20 Park Plaza, Suite 804
Boston, MA 02116 Phone:617-426-0000

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

COBB EDDY MIJARES PLLC
Brady J. Cobb
bcobb@CEMLaw.net
642 Northeast Third Ave.
Fort Lauderdale, FL 33305
Phone: 954-527-4111, ext 201

*Attorney for Defendants Hotfile Corp. and Anton Titov*