UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

FILED by _CAL_ D.C.
DEC 03 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### DEFENDANTS HOTFILE CORP'S *UNOPPOSED* EMERGENCY MOTION FOR ORDER REQUIRING PAYPAL TO IMMEDIATELY RELEASE AND TRANSFER FUNDS (FILED UNDER SEAL)

Now comes Defendant Hotfile Corp. ("Hotfile") to respectfully request that the Court issue an Order in the form attached hereto as Exhibit 1, requiring Paypal to immediately release to the Boston Law Group's Client Funds Account all funds currently held in Hotfile's PayPal account, Account Name: PayPal@Hotfile.com. In support of this Emergency Motion, Hotfile states as follows:

1

1. As the Court is aware the present matter is currently scheduled for a two-week jury trial, starting on December 9, 2013.

2. The parties have been actively engaged in settlement negotiations in an effort to resolve the present case without the need for the matter to be tried.

3. As of late on November 25, 2013, the parties believe that they have agreed, in concept, on a framework for the resolution of this case.

4. The framework, as agreed upon by the parties, would require the payment of monies from Hotfile to the Plaintiffs and without such payment, the settlement cannot be effectuated.

5. Although Hotfile has requested the transfer of the monies from its PayPal account necessary for the completion of the proposed settlement, PayPal has not, as of the filing of this Motion, released such funds.

6. PayPal has not suggested that it has any reason to withhold Hotfile's funds – nor is Hotfile aware of any such reason.

7. From work that they have done representing other clients in an almost identical situation, the undersigned are personally aware that PayPal's process for releasing funds (in the absence of a Court Order) can be protracted. Conversely, it is undersigned counsel's experience that PayPal is willing to expedite its process when presented with a Court Order requiring the immediate release of funds. The undersigned counsel brought a motion similar to the present one in the Northern District of California for identical reasons and – with the Court's intervention – they were able to have the necessary funds released quickly enough for the settlement to be concluded expeditiously.

8. Without the Court's immediate intervention, Hotfile believes that the parties will be unable to settle the present matter as the funds will likely not be released prior to the start of the trial in this matter.

For the reasons stated hereinabove, Hotfile respectfully requests that the Court issue an Order in the form as is attached requiring Paypal to immediately release all funds currently held in Hotfile's PayPal Account.

DATED:   November 26, 2013

Respectfully submitted,

/s/ Brady J. Cobb, Esq.
Brady J. Cobb, Esq. (Fla. Bar No. 031018)
Email: bcobb@cemlaw.net
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Tel: 954-527-4111
Fax: 954-900-5507

/s/ Evan Fray-Witzer, Esq.
Evan Fray-Witzer, Esq. (*Pro Hac Vice*)
Email: Evan@CFWlegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel: 617-426-0000
Fax: 617-423-4855

/s/ Matthew Shayefar, Esq.
Matthew Shayefar, Esq. (*Pro Hac Vice*)
Email: matt@bostonlawgroup.com
Valentin D. Gurvits (*Pro Hac Vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1806
Fax: 617-928-1802

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically via Electronic Mail on all counsel or parties of record on the following service list this 26th day of November, 2013.

/s/ Matthew Shayefar
Matthew Shayefar

## SERVICE LIST

CASE NO: 11-20427-CIV-WILLIAMS

Karen L. Stetson, Esq. (Fla. Bar No. 742937)
Email: Karen.Stetson@gray-robinson.com
GRAY-ROBINSON, P.A.
1221 Brickell Avenue, Suite 1600
Miami, Florida 33131
Tel: 305-416-6880
Fax: 305-416-6887

Steven B. Fabrizio, Esq. (*pro hac vice*)
Email: sfabrizio@jenner.com
Luke C. Platzer, Esq. (*Pro Hac Vice*)
lplatzer@jenner.com
David A. Handzo, Esq. (*Pro Hac Vice*)
dhandzo@jenner.com
Kenneth L. Doroshow, Esq. (*Pro Hac Vice*)
kdoroshow@jenner.com
JENNER & BLOCK LLP
1099 New York Ave., N.W., Suite 900
Washington, DC 20001
Tel: 202.639.6000
Fax: 202.639.6066

Karen R. Thorland, Esq. (*Pro Hac Vice*)
Email: Karen_Thorland@mpaa.org
Senior Content Protection Counsel
MOTION PICTURE ASSOCIATION OF AMERICA, INC.
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403
Tel: 818-935-5812
Fax: 818-285-4403

*Counsel for Plaintiffs*

Brady J. Cobb, Esq. (Fla. Bar No. 031018)
Email: bcobb@cemlaw.net
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Tel: 954-527-4111
Fax: 954-900-5507

Evan Fray-Witzer, Esq. (*Pro Hac Vice*)
Email: Evan@CFWlegal.com
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Tel: 617-426-0000
Fax: 617-423-4855

Matthew Shayefar, Esq. (*Pro Hac Vice*)
Email: matt@bostonlawgroup.com
Valentin D. Gurvits (*Pro Hac Vice*)
Email: vgurvits@bostonlawgroup.com
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Tel: 617-928-1806
Fax: 617-928-1802

*Counsel for Defendants*