UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.
_____/

## ORDER STRIKING MOTION

**THIS MATTER** is before the Court upon Defendants' Notice (DE 657) of Striking Motion to File Documents under Seal. Upon review of the Notice and the record, it is hereby **ORDERED AND ADJUDGED** that Defendants' Motion to File Documents under Seal (DE 655) is **STRICKEN**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 5 day of December, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE