UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

UNDER SEAL

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## ORDER ON DEFENDANT HOTFILE CORP'S UNOPPOSED EMERGENCY MOTION FOR ORDER REQUIRING PAYPAL TO IMMEDIATELY RELEASE AND TRANSFER FUNDS (FILED UNDER SEAL)

**THIS MATTER** is before the Court on Defendant Hotfile Corp.'s Unopposed Emergency Motion for an Order Requiring PayPal to Immediately Release and Transfer Funds Upon review of the record and the motion, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion is Granted, as follows:

Paypal shall immediately release to the Boston Law Group's Client Funds Account all funds currently held in Hotfile's PayPal account, Account Name: PayPal@Hotfile.com.

Hotfile's counsel shall provide PayPal with wire transfer instructions to allow PayPal to complete the above-ordered transfer.

**DONE AND ORDERED** in chambers at Miami, Florida this ___ day of November, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record