UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____/

## ORDER SEALING MOTION

**THIS MATTER** is before the Court on a *sua sponte* review of the record. The Clerk's office is directed to **SEAL** Defendants' Motion to File Documents under Seal (DE 655).

**DONE AND ORDERED** in chambers in Miami, Florida, this 10 day of December, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE