UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the Motion for Leave to File Document under Seal (DE 658). Upon consideration of the record and the Motion, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The following document to which it relates shall remain under seal until the conclusion of the case: Unopposed Emergency Motion for Order for Miscellaneous Relief (DE 656).

**DONE AND ORDERED** in chambers in Miami, Florida, this 10 day of December, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE