UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.
_____/

### ORDER CLOSING CASE

**THIS MATTER** is before the Court on a *sua sponte* review of the record. On December 3, 2013, the Court adopted the stipulation of the parties and entered judgment in this action (DE 654). Accordingly, the Clerk is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida this 10th day of December, 2013.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE