\_\_ SEALED

\_\_ NOT SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

　*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENT UNDER SEAL

Upon consideration of Plaintiffs' Motion to File Document Under Seal, and all of the papers submitted in support thereof, Plaintiffs' request to file the document under seal is GRANTED.

1.  It is hereby ORDERED that Plaintiffs be permitted to file the following document under seal and that the following document remain under seal permanently:

(1) Plaintiffs' Response to the Court's Omnibus Order of November 26, 2013.

IT IS SO ORDERED.

Dated _____, 2014.

_____
United States District Court Judge