# Exhibit B

## REDACTIONS RELATED TO THE LOGIC AND METHODS OF WARNER'S ANTIPIRACY SYSTEM

| Docket Entry | Document | Exhibit(s) | Date of Public Filing | Page(s) |
|---|---|---|---|---|
| 292 | Opposition of Defendants Hotfile Corp. and Anton Titov to Plaintiff Warner's Motion to "Use" Titov Ex. 27 in its Entirety at Trial or on Summary Judgment | | 2/22/2012 | 3 |
| 301 | Warner Bros. Entertainment Inc.'s Motion for Summary Judgment and Memorandum of Law in Support of Motion for Summary Judgment | | 2/27/2012 | 5-6 |
| 301-6; 308-1 | Declaration of David Kaplan in Support of Warner Bros. Entertainment's Motion for Summary Judgment | | 2/27/2012 | 3-7 |
| 350-1 | Memorandum Of Law Of Defendant/Counterclaimant Hotfile Corporation In Opposition To The Motion For Summary Judgment On Hotfile's Counterclaim Filed By Plaintiff/Counterdefendant Warner Bros. Entertainment Inc. | | 3/12/2012 | 3, 5, 8, 10-11, 13 |
| 351-1 | Counter-Statement of Facts of Defendant/Counterclaimant Hotfile Corporation, in Opposition to the Statement of Uncontroverted Facts Submitted by Plaintiff/Counter-Defendant Warner Bros. Entertainment Inc. | | 3/12/2012 | 2 |
| 354 | Declaration of Roderick Thompson in Support of Defendants' Opposition to Plaintiff Warner Bros. Motion for Summary Judgment | | 3/12/2012 | 2, 4-7 |
| 354-5 | Declaration of Roderick Thompson in Support of Defendants' Opposition to Plaintiff Warner Bros. Motion for Summary Judgment | Exhibit 4 | 3/12/2012 | 43-45, 74, 83-85, 124-125, 232-233, and 249-50 |
| 354-6; 354-7; 354-15; 354-17; 354-18; 354-19; 354-20; 354-21; 354-22; 354-24; 354-32 | Declaration of Roderick Thompson in Support of Defendants' Opposition to Plaintiff Warner Bros. Motion for Summary Judgment | Exhibit 5, Exhibit 7, Exhibit 14, Exhibit 16, Exhibit 17, Exhibit 18, Exhibit 19, Exhibit 20, Exhibit 21, Exhibit 23, Exhibit 31 | 3/12/2012 | Entire exhibits |
| 409 | Reply Memorandum of Law in Support of Warner Bros. Entertainment Inc.'s Motion for Summary Judgment | | 3/26/2012 | 3, 7-8 |
| 409-2 | Reply Declaration of Jennifer V. Yeh in Support of Warner Bros. Entertainment Inc.'s Motion for Summary | Exhibit R | 3/26/2012 | 93-98 |

1

## REDACTIONS RELATED TO THE LOGIC AND METHODS OF WARNER'S ANTIPIRACY SYSTEM

| Docket Entry | Document | Exhibit(s) | Date of Public Filing | Page(s) |
|---|---|---|---|---|
| 409-8 | Reply Declaration of Jennifer V. Yeh in Support of Warner Bros. Entertainment Inc.'s Motion for Summary | Exhibit X | 3/26/2012 | Entire exhibit |
| 534 | Order on Pending Motions for Summary Judgment | | 9/20/2013 | 25, 32 |
| 568 | Joint Pretrial Stipulation | | 10/23/2013 | 5 |
| 620-13 | Declaration of Luke C. Platzer in Support of Plaintiffs' Motions in Limine | Exhibit 21 | 11/9/2013 | Entire exhibit |
| 635-5 | Declaration of Luke C. Platzer in Opposition to Defendants' Motions in Limine and Daubert Motion | Exhibit 4 | 11/15/2013 | Entire exhibit |
| 635-6 | Declaration of Luke C. Platzer in Opposition to Defendants' Motions in Limine and Daubert Motion | Exhibit 10 | 11/15/2013 | 5 |
| 636 | Joint Proposed Jury Instructions | | 11/19/2013 | 55 |