# Exhibit C

# REDACTIONS RELATED TO WARNER'S INTERNAL INVESTIGATION OF ITS ANTIPIRACY SYSTEM FOR THE PURPOSES OF THIS LITIGATION

| Docket Entry | Document | Exhibit(s) | Date of Public Filing | Paragraph(s); Page(s) |
|---|---|---|---|---|
| 301-6; 308 | Declaration of David Kaplan in Support of Warner Bros. Entertainment's Motion for Summary Judgment | | 2/27/2012 | 6 |
| 301-25 | Declaration of Jennifer Yeh in Support of Warner Bros. Entertainment Inc.'s Motion for Summary Judgment | Exhibit Q | 2/27/2012 | ¶¶ 18, 23, 33-34, 36 |
| 308-1 | Declaration of David Kaplan in Support of Warner Bros. Entertainment's Motion for Summary Judgment | | 2/28/2011 | 6 |
| 350-1 | Memorandum Of Law Of Defendant/Counterclaimant Hotfile Corporation In Opposition To The Motion For Summary Judgment On Hotfile's Counterclaim Filed By Plaintiff/Counterdefendant Warner Bros. Entertainment Inc. | | 3/12/2012 | 1 |
| 350-1 | Memorandum Of Law Of Defendant/Counterclaimant Hotfile Corporation In Opposition To The Motion For Summary Judgment On Hotfile's Counterclaim Filed By Plaintiff/Counterdefendant Warner Bros. Entertainment Inc. | | 3/12/2012 | 3, 4, 8 |
| 351-1 | Counter-Statement of Facts of Defendant /Counterclaimant Hotfile Corporation, In Opposition to the Statement of Uncontroverted Facts Submitted by Plaintiff/Counter-Defendant Warner Bros. Entertainment Inc. | | 3/12/2012 | 2 |
| 354 | Declaration of Roderick Thompson in Support of Defendants' Opposition to Plaintiff Warner Bros. Motion for Summary Judgment | | 3/12/2012 | 3 |
| 354-5 | Declaration of Roderick Thompson in Support of Defendants' Opposition to Plaintiff Warner Bros. Motion for Summary Judgment | Exhibit 4 | 3/12/2012 | 87-88 |
| 354-7; 354-9; 354-35 | Declaration of Roderick Thompson in Support of Defendants' Opposition to Plaintiff Warner Bros. Motion for Summary Judgment | Exhibit 6, Exhibit 8 | 3/12/2012 | Entire Exhibits |
| 354-35 | Declaration of Roderick Thompson in Support of Defendants' Opposition to Plaintiff Warner Bros. Motion for Summary Judgment | Exhibit 34 | 3/12/2012 | ¶¶ 18, 23, 33-34, 36; pages 17-20 |
| 409 | Reply Memorandum of Law in Support of Warner Bros. Entertainment Inc.'s Motion for Summary Judgment | | 3/26/2012 | 6-7 |

1

**REDACTIONS RELATED TO WARNER'S INTERNAL INVESTIGATION OF ITS ANTIPIRACY SYSTEM FOR THE PURPOSES OF THIS LITIGATION**

| Docket Entry | Document | Exhibit(s) | Date of Public Filing | Paragraph(s); Page(s) |
|---|---|---|---|---|
| 409-3; 409-4; 409-5 | Reply Declaration of Jennifer V. Yeh in Support of Warner Bros. Entertainment Inc.'s Motion for Summary | Exhibit S, Exhibit T, Exhibit U | 2/28/2011 | Entire Exhibits |
| 409-2 | Reply Declaration of Jennifer V. Yeh in Support of Warner Bros. Entertainment Inc.'s Motion for Summary | Exhibit R | 2/28/2011 | 141-42, 186 |
| 534 | Order on Pending Motions for Summary Judgment | | 9/20/2013 | 32 |
| 568 | Joint Pretrial Stipulation | | 10/23/2013 | 5 |
| 617-1 | Warner Bros. Entertainment Inc.'s Motion In Limine And Memorandum Of Law To Exclude Evidence Of Warner's August 2011 Audits Of Its Anti-Piracy System For The Purpose Of Showing Warner's Culpability | | 11/08/2013 | 1-2, 5 |
| 620-12 | Declaration of Luke C. Platzer in Support of Plaintiffs' Motions in Limine | Exhibit 20 | 11/9/2013 | 112-13, 115, 144-46 |
| 620-12; 620-13; 620-16 | Declaration of Luke C. Platzer in Support of Plaintiffs' Motions in Limine | Exhibit 21, Exhibit 24 | 11/9/2013 | Entire Exhibits |
| 620-6 | Declaration of Luke C. Platzer in Support of Plaintiffs' Motions in Limine | Exhibit 14 | 11/9/2013 | ¶¶ 18, 23, 33-34, 36; pages 17-20 |
| 635-3 | Declaration of Luke C. Platzer in Opposition to Defendants' Motions in Limine and Daubert Motion | Exhibit 2 | 11/15/2013 | 112 |

2