# Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:11-cv-20427-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    *Plaintiffs*,

vs.

HOTFILE CORP., *et al.*,

    *Defendants*.
_____/

## DECLARATION OF YANGBIN WANG

I, Yangbin Wang, declare as follows:

1. My name is Yangbin Wang. I am more than 18 years of age and am qualified to make the statements below, which are based upon my personal knowledge.

2. I received my Bachelor of Science degree from Zhejiang University in China, and I received my MSEE degree from the University of Florida, Gainesville. I also completed the executive education program at the Stanford Graduate School of Business.

3. I am the founder of Vobile, Inc. ("Vobile") and I have been serving as its Chief Executive Officer since its formation in 2005.

4. Vobile has been informed that the Court has requested that the parties to the above-referenced lawsuit identify information that has been disclosed in the case that must remain confidential. Vobile was required to provide certain confidential information as a third party in this lawsuit. I am submitting this declaration to request that this information remain confidential.

5. Vobile is a company based in Santa Clara, California, that provides content identification and management products and services for content owners.

704990549v1

6. During the course of the above-referenced lawsuit, my deposition was taken as a representative of Vobile on December 22, 2011. During the deposition, I was asked about the monthly amounts paid to Vobile by motion picture studio customers. As Vobile does not disclose such information, my response to this question was designated as "Attorneys' Eyes Only, Highly Confidential" pursuant to the protective order in this lawsuit. Based on the understanding that such information would remain confidential, I responded to these questions at pages 105, line 22 through page 107, line 23 of the transcript of my deposition.

7. Vobile has been informed that a portion of this confidential information was disclosed on page 6 of Hotfile's Memorandum of Law in Opposition to Plaintiff's Motion for Summary Judgment and that this information was designated as confidential. Vobile continues to regard information concerning its sales and pricing to customers as confidential. Vobile does not publicly disclose such information and takes reasonable measures to maintain such information as confidential. Vobile is engaged in a highly competitive business and believes that the disclosure of such information would place it at a competitive disadvantage and have an adverse effect on its business.

8. Vobile was not a party to this lawsuit and provided information as a third party in reliance on the assurance under the protective order in this matter that Vobile's confidential information would not be publicly disclosed. Vobile respectfully requests that the information referenced above be maintained as confidential.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of January, 2014, at Palo Alto, California.

_____
Yangbin Wang

2

704990549v1