# Exhibit F

REDACTIONS PERTAINING TO VOBILE INC.

| Docket Entry | Document | Exhibit(s) | Date of Public Filing | Page(s) |
|---|---|---|---|---|
| 394-1 | Memorandum of Law of Defendants Hotfile Corporation and Anton Titov in Opposition to Plaintiffs' Motion for Summary Judgment | | 3/21/2012 | 6 |
| 390-1 | Declaration of Andrew Leibnitz in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Exhibits Thereto | 18 | 3/21/2012 | 105-07 |

1