# Exhibit A

| Docket Entry | Document | Exhibit(s) | Date of Public Filing | Page(s) |
|---|---|---|---|---|
| 301 | Warner Bros. Entertainment Inc.'s Motion for Summary Judgment and Memorandum of Law in Support of Motion for Summary Judgment | | 2/27/2012 | 5 |
| 301-6; 308-1 | Declaration of David Kaplan in Support of Warner Bros. Entertainment's Motion for Summary Judgment | | 2/28/2011 | 4-7 |
| 350-1 | Memorandum Of Law Of Defendant/Counterclaimant Hotfile Corporation In Opposition To The Motion For Summary Judgment On Hotfile's Counterclaim Filed By Plaintiff/Counterdefendant Warner Bros. Entertainment Inc. | | 3/12/2012 | 5 |
| 351-1 | Counter-Statement of Facts of Defendant/Counterclaimant Hotfile Corporation, In Opposition to the Statement of Uncontroverted Facts Submitted by Plaintiff/Counter-Defendant Warner Bros. Entertainment Inc. | | 3/12/2012 | 8 |
| 354 | Declaration of Roderick Thompson in Support of Defendants' Opposition to Plaintiff Warner Bros. Motion for Summary Judgment | | 3/12/2012 | 4 |
| 354-16 | Declaration of Roderick Thompson in Support of Defendants' Opposition to Plaintiff Warner Bros. Motion for Summary Judgment | Exhibit 15 | 3/12/2012 | Entire Exhibit |
| 409 | Reply Memorandum of Law in Support of Warner Bros. Entertainment Inc.'s Motion for Summary Judgment | | 3/26/2012 | 7 |
| 409-3; 409-4 | Reply Declaration of Jennifer V. Yeh in Support of Warner Bros. Entertainment Inc.'s Motion for Summary Judgment | Exhibit T, Exhibit U | 2/27/2012 | Entire Exhibits |
| 534 | Order on Pending Motions for Summary Judgment | | 9/20/2013 | 30 |
| 620-12 | Declaration of Luke C. Platzer in Support of Plaintiffs' Motions in Limine | Exhibit 20 | 11/9/2013 | 144-46 |
| 620-13 | Declaration of Luke C. Platzer in Support of Plaintiffs' Motions in Limine | Exhibit 21 | 11/9/2013 | 4-5 |