# Exhibit D

**REDACTIONS ON BEHALF OF PLAINTIFF COLUMBIA PICTURES INDUSTRIES, INC.**

| Docket Entry | Document | Exhibit(s) | Date of Public Filing | Page(s) |
|---|---|---|---|---|
| 318 | Motion and Memorandum of Law of Defendant Hotfile Corporation for Partial Summary Judgment Based on the Digital Millennium Copyright Act Safe Harbor | | | 5 |
| 320-9 | Declaration of Deepak Gupta in Support of Defendant Hotfile Corporation's Motion for Partial Summary Judgment Based on the Digital Millennium Copyright Act Safe Harbor | 9 | 3/5/2012 | 196-97 |