**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 1:11-CV-20427-KMW  Williams/Turnoff**

| | |
|---|---|
| DISNEY ENTERPRISES, INC, et al, | ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| HOTFILE CORP, et al, | ) ) |
| Defendants. | ) ) ) ) |

**[PROPOSED] ORDER GRANTING THE MOTION OF ELECTRONIC FRONTIER FOUNDATION FOR LEAVE TO INTERVENE FOR THE LIMITED PURPOSE OF MOVING TO UNSEAL DOCUMENTS**

1

Before the Court is the motion for Leave to Intervene for the Limited Purpose of Moving to Unseal Documents by the Electronic Frontier Foundation.

Having considered the pleadings and good cause appearing, it is hereby **ORDERED** that the Motion for Leave to Intervene for the Limited Purpose of Moving to Unseal Documents is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____       _____

United States District Judge