UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

**PLAINTIFFS' NOTICE OF FILING PUBLIC REDACTED VERSION OF PLAINTIFFS' MOTION AND MEMORANDUM OF LAW TO AMEND PLAINTIFFS' RESPONSE TO THE COURT'S OMNIBUS ORDER OF NOVEMBER 26, 2013**

Plaintiffs hereby give notice of filing the attached Public Redacted Versions of Plaintiffs' Motion and Memorandum of Law to Amend Plaintiffs' Response to the Court's Omnibus Order of November 26, 2013 and Proposed Order Granting Plaintiffs' Motion to Amend Plaintiffs' Response to the Court's Omnibus Order of November 26, 2013, which are being filed publicly on this date.

DATED:  March 17, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/  Karen L. Stetson
　　　　　　　　　　　　　　　　　　　　Karen L. Stetson
　　　　　　　　　　　　　　　　　　　　GRAY-ROBINSON, P.A.
　　　　　　　　　　　　　　　　　　　　1221 Brickell Avenue
　　　　　　　　　　　　　　　　　　　　16th Floor
　　　　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　　　　Telephone: (305) 416-6880
　　　　　　　　　　　　　　　　　　　　Facsimile:  (305) 416-6887

MOTION PICTURE ASSOCIATION　　　　　JENNER & BLOCK LLP
 OF AMERICA, INC.　　　　　　　　　　　David A. Handzo (*Pro Hac Vice)*
Karen R. Thorland (*Pro Hac Vice)*　　　　Kenneth L. Doroshow (*Pro Hac Vice*)
15301 Ventura Blvd.　　　　　　　　　　Luke C. Platzer (*Pro Hac Vice)*
Building E　　　　　　　　　　　　　　1099 New York Ave., N.W.
Sherman Oaks, CA 91403　　　　　　　　Suite 900
Phone:  (818) 995-6600　　　　　　　　　Washington, DC 20001
Fax:  (818) 285-4403　　　　　　　　　　Telephone: (202) 639-6000
　　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 639-6066

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March, 2014, I served the following document on all counsel of record on the attached service list via the Court's CM/ECF filing system:

**Plaintiffs' Notice of Filing Public Redacted Versions of Plaintiffs' Motion and Memorandum of Law to Amend Plaintiffs' Response to the Court's Omnibus Order of November 26, 2013**

I further certify that I am admitted to the United States Court for the Southern District of Florida and certify that this Certificate of Service was executed on this date.

By: /s/ Karen L. Stetson
Karen L. Stetson

## SERVICE LIST

### Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
Matthew Shayefar
matt@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

CIAMPA FRAY-WITZER, LLP
Evan Fray-Witzer
evan@cfwlegal.com
20 Park Plaza, Suite 804
Boston, MA 02116 Phone:617-426-0000

*Attorney for Defendants Hotfile Corp. and Anton Titov*

COBB EDDY MIJARES PLLC
Brady J. Cobb
bcobb@CEMLaw.net
642 Northeast Third Ave.
Fort Lauderdale, FL 33305
Phone: 954-527-4111, ext 201
*Attorney for Defendants Hotfile Corp. and Anton Titov*

ELECTRONIC FRONTIER FOUNDATION
Mitchell L. Stoltz
mitch@eff.org
815 Eddy St.
San Francisco, CA 94109
Phone: 415-436-9333

*Attorneys for Intervenor Electronic Frontier Foundation*

DINEEN PASHOUKOS WASYLIK, P.A.
Dineen Pashoukos Wasylik
dineen@ip-appeals.com
P.O. Box 48323
Tampa, FL 33646
Phone: 813-778-5161

*Attorney for Intervenor Electronic Frontier Foundation*