# SUPPLEMENTAL DESIGNATIONS

**Supplemental Designation Regarding** ▓▓▓▓▓▓▓▓▓▓ **:**

| Docket Entry | Document | Exhibit(s) | Date of Public Filing | Page(s) |
|---|---|---|---|---|
| 350-1 | Memorandum Of Law Of Defendant/Counterclaimant Hotfile Corporation In Opposition To The Motion For Summary Judgment On Hotfile's Counterclaim Filed By Plaintiff/Counterdefendant Warner Bros. Entertainment Inc. | | 3/12/2012 | 9 |

**Supplemental Designation Regarding the Logic and Methods of Warner's Antipiracy System:**

| Docket Entry | Document | Exhibit(s) | Date of Public Filing | Page(s) |
|---|---|---|---|---|
| 534 | Order on Pending Motions for Summary Judgment | | 9/20/2014 | 33 |