Sealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF



DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

   *Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

## PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiffs by and through undersigned counsel and pursuant to Local Rule 5.4, file this

Motion to File Documents Under Seal as follows:

1.  The documents are described as follows:

     (1) Plaintiffs' Opposition to the Electronic Frontier Foundation's Motion to

          Unseal Documents Relating to Summary Judgment on Hotfile's

          Counterclaim;

(2) Declaration of David Kaplan in Support of Plaintiffs' Opposition to the Electronic Frontier Foundation's Motion to Unseal Documents Relating to Summary Judgment on Hotfile's Counterclaim;

(3) Plaintiffs' Notice of Filing Declaration of David Kaplan in Support of Plaintiffs' Opposition to the Electronic Frontier Foundation's Motion to Unseal Documents Relating to Summary Judgment on Hotfile's Counterclaim; and

(4) Plaintiffs' Motion and Memorandum of Law to Amend Plaintiffs' Response to the Court's Omnibus Order of November 26, 2013.

2.     The documents should remain sealed permanently.

3.     These documents includes information designated by Plaintiffs as Confidential or Highly Confidential pursuant to ¶ 16 of the Stipulated Protective Order and that Plaintiffs seek to keep permanently sealed pursuant to the Court's Omnibus Order of November 26, 2013.  For these reasons, Plaintiffs believe that they are required to file this memorandum under seal and do so pursuant to Local Rule 5.4.

DATED:  March 17, 2014

Respectfully submitted,

By: /s/
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887

MOTION PICTURE ASSOCIATION
  OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone:  (818) 995-6600
Fax:  (818) 285-4403

JENNER & BLOCK LLP
David A. Handzo (*Pro Hac Vice*)
Kenneth L. Doroshow (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

*Attorneys for Plaintiffs*

## CERTIFICATE OF GOOD FAITH CONFERENCE

I HEREBY CERTIFY pursuant to Local Rule 7.1(a)(3), that the parties have conferred regarding this motion and that Defendants have no objection to this document being filed under seal.


Dated: March 17, 2014

By: /s/
Karen L. Stetson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March, 2014, I served the following

document on all counsel of record on the attached service list via their email address(es) pursuant

to the parties' service agreement:

**Plaintiffs' Motion to File Documents Under Seal**

By: /s/ _____
Karen L. Stetson

# SERVICE LIST

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.**
**CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF**

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
Matthew Shayefar
matt@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorneys for Defendants Hotfile Corp. and
Anton Titov*

CIAMPA FRAY-WITZER, LLP
Evan Fray-Witzer
evan@cfwlegal.com
20 Park Plaza, Suite 804
Boston, MA 02116 Phone:617-426-0000

*Attorney for Defendants Hotfile Corp. and
Anton Titov*

COBB EDDY MIJARES PLLC
Brady J. Cobb
bcobb@CEMLaw.net
642 Northeast Third Ave.
Fort Lauderdale, FL 33305
Phone: 954-527-4111, ext 201
*Attorney for Defendants Hotfile Corp. and
Anton Titov*

ELECTRONIC FRONTIER FOUNDATION[*]
Mitchell L. Stoltz
mitch@eff.org
815 Eddy St.
San Francisco, CA 94109
Phone: 415-436-9333

*Attorneys for Intervenor
Electronic Frontier Foundation*

DINEEN PASHOUKOS WASYLIK, P.A.[*]
Dineen Pashoukos Wasylik
dineen@ip-appeals.com
P.O. Box 48323
Tampa, FL 33646
Phone: 813-778-5161

*Attorney for Intervenor Electronic
Frontier Foundation*

---

[*] Served with Public Redacted Version pursuant to ¶ 3 of the Stipulated Protective Order, DE 68
(filed May 19, 2011).