Sealed



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

## PLAINTIFFS' MOTION AND MEMORANDUM OF LAW TO AMEND PLAINTIFFS' RESPONSE TO THE COURT'S OMNIBUS ORDER OF NOVEMBER 26, 2013

**[CONFIDENTIAL]**

**[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]**

## INTRODUCTION

Plaintiffs Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studio Productions LLLP, Columbia Pictures Industries, Inc., and Warner Bros. Entertainment Inc. ("Plaintiffs") hereby move to amend Plaintiffs' Response to the Court's Omnibus Order of November 26, 2013 to designate two additional pages that should remain confidential even if this Court were to unseal the record more generally.

On January 31, 2014, Plaintiffs filed a response to this Court's Omnibus Order of November 26, 2013 designating specific pages of sealed filings and exhibits that Plaintiffs believe should remain confidential. *See* Plaintiffs' Response to the Court's Omnibus Order of November 26, 2013 (filed under seal) (hereinafter "January 31 filing"). Electronic Frontier Foundation ("EFF") subsequently moved to intervene and to unseal documents relating to summary judgment on Hotfile Corp.'s ("Hotfile") counterclaim against Warner Bros. Entertainment Inc. ("Warner"). *See* Motion of the Electronic Frontier Foundation for Leave to Intervene for the Limited Purpose of Moving to Unseal Documents, DE 667 (filed Feb. 26, 2014); Motion of the Electronic Frontier Foundation to Unseal Documents Relating to Summary Judgment on Hotfile's Counterclaim, DE 667-1 (filed Feb. 26, 2014). In reviewing the portions of the record that EFF seeks to unseal, Plaintiffs have identified two pages containing information that Plaintiffs inadvertently omitted from their January 31 filing. Those two pages, and the confidential information therein, are identified in Exhibit A to this motion. Plaintiffs now seek to amend their January 31 filing to include the information in these two additional pages as among the information that should remain confidential.

## ARGUMENT

The information in the two pages at issue here falls squarely within two categories that Plaintiffs have previously shown should remain confidential: (1) information regarding the methods employed by Warner to identify files online that infringe Warner's copyrights; and (2) information regarding the use of "exclude" terms used by Warner to avoid mistakenly identifying noninfringing files as infringing. Indeed, the information at issue here is identical to information that Plaintiffs have already designated for continued confidentiality. One designated page notes the existence of "exclude words." *See* Memorandum of Law of Defendant/Counterclaimant Hotfile Corporation in Opposition to the Motion for Summary Judgment on Hotfile's Counterclaim Filed by Plaintiff/Counter-Defendant Warner Bros.

1

Entertainment Inc. (filed under seal Feb. 27, 2012) at 9. Plaintiffs have previously asked the Court to keep the fact that Warner uses exclude words confidential. *See* January 31 filing at 4-5 & Ex. A. The other page is from this Court's Order on Pending Motions for Summary Judgment and discusses exhibits to a Hotfile filing that detail specific searches run by Warner's antipiracy computer programs. *See* Order on Pending Motions for Summary Judgment (filed under seal Aug. 28, 2013) at 33. Plaintiffs previously designated this very same information (as it appears in the underlying exhibits) for continued treatment as confidential. *See* January 31 filing, Ex. B (designating Declaration of Roderick Thompson in Support of Defendants' Opposition to Plaintiff Warner Bros. Motion for Summary Judgment (filed under seal Feb. 27, 2012) at 4-5, Ex. 16, 18; Memorandum Of Law Of Defendant/Counterclaimant Hotfile Corporation In Opposition To The Motion For Summary Judgment On Hotfile's Counterclaim Filed By Plaintiff/Counterdefendant Warner Bros. Entertainment Inc. (filed under seal Feb. 27, 2012) at 10 (citing to Thompson Decl. Ex. 16, 18)). As Plaintiffs have previously explained, unsealing this information would severely undermine Warner's antipiracy enforcement efforts. *See* January 31 filing at 2-6.

Because the information in these two additional pages is identical to the information that Plaintiffs have already designated, EFF cannot claim to be prejudiced in any way by their inclusion in Plaintiffs' request for continued confidential treatment.

## **CONCLUSION**

For the foregoing reasons, this Court should grant Plaintiffs' Motion to Amend Plaintiffs' Response to the Court's Omnibus Order of November 26, 2013.

DATED: March 17, 2014

Respectfully submitted,

By: /s/ Karen L. Stetson
Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

MOTION PICTURE ASSOCIATION
OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone: (818) 995-6600
Fax: (818) 285-4403

JENNER & BLOCK LLP
David A. Handzo (*Pro Hac Vice*)
Kenneth L. Doroshow (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March 2014, I served the following document on all counsel of record on the attached service list via their email address(es) pursuant to the parties' service agreement:

**Plaintiffs' Motion and Memorandum of Law to Amend Plaintiffs' Response to the Court's Omnibus Order of November 26, 2013**

By: /s/ _____
Karen L. Stetson

## SERVICE LIST

### Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.
### CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
Matthew Shayefar
matt@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorneys for Defendants Hotfile Corp. and Anton Titov*

CIAMPA FRAY-WITZER, LLP
Evan Fray-Witzer
evan@cfwlegal.com
20 Park Plaza, Suite 804
Boston, MA 02116 Phone:617-426-0000

*Attorney for Defendants Hotfile Corp. and Anton Titov*

COBB EDDY MIJARES PLLC
Brady J. Cobb
bcobb@CEMLaw.net
642 Northeast Third Ave.
Fort Lauderdale, FL 33305
Phone: 954-527-4111, ext 201
*Attorney for Defendants Hotfile Corp. and Anton Titov*

ELECTRONIC FRONTIER FOUNDATION[*]
Mitchell L. Stoltz
mitch@eff.org
815 Eddy St.
San Francisco, CA 94109
Phone: 415-436-9333

*Attorneys for Intervenor Electronic Frontier Foundation*

DINEEN PASHOUKOS WASYLIK, P.A.[*]
Dineen Pashoukos Wasylik
dineen@ip-appeals.com
P.O. Box 48323
Tampa, FL 33646
Phone: 813-778-5161

*Attorney for Intervenor Electronic Frontier Foundation*

---

[*] Served with Public Redacted Version pursuant to ¶ 3 of the Stipulated Protective Order, DE 68 (filed May 19, 2011).