__ SEALED

__ NOT SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND PLAINTIFFS' RESPONSE TO THE COURT'S OMNIBUS ORDER OF NOVEMBER 26, 2013

THIS CAUSE came before the court on Plaintiffs' Motion to Amend Plaintiffs' Response to the Court's Omnibus Order of November 26, 2013. This Court has considered Plaintiffs' Motion and being otherwise duly advised, it is hereby:

2

ORDERED AND ADJUDGED that Plaintiffs' Motion to Amend Plaintiffs' Response to the Court's Omnibus Order of November 26, 2013 is hereby GRANTED. It is therefore ordered that:

(1) Plaintiffs' Response to the Court's Omnibus Order of November 26, 2013 (filed January 31, 2014) shall be and hereby is amended to include the information identified in Exhibit A to Plaintiffs' Motion and Memorandum of Law to Amend Plaintiffs' Response to the Court's Omnibus Order of November 26, 2013 as among the information that Plaintiffs contend must remain confidential.

IT IS SO ORDERED.

Dated _____, 2014.

                                                                           Kathleen M. Williams
                                                                          United States District Judge

cc: All Counsel of Record