IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
CASE NO.: 1:11-CV-20427-KMW Williams/Turnoff

DISNEY ENTERPRISES, INC, et al, )
)
      Plaintiffs, )
)
v. )
)
HOTFILE CORP, et al, )
)
      Defendants. )
)
)

**NOTIFICATION OF NINETY DAYS EXPIRING**

      Intervenor Electronic Frontier Foundation ("EFF") gives notice, pursuant to S.D. Fla. L.R. 7.1(b)(4), that EFF's Motion to Intervene for the Limited Purpose of Moving to Unseal Documents Relating to Summary Judgment on Hotfile's Counterclaim, ECF No. 667, has been pending and fully briefed for a period of more than 90 days. The motion was filed and served on February 26, 2014. The following additional papers were filed in connection with the motion:

      1.     Plaintiffs' Notice of Filing Public Redacted Version of Plaintiffs' Opposition to the Electronic Frontier Foundation's Motion to Unseal Documents Relating to Summary Judgment on Hotfile's Counterclaim, ECF. No. 669, was filed and served on March 17, 2014;

      2.     Plaintiffs' Memorandum in Opposition to the Electronic Frontier Foundation's Motion to Unseal Documents Relating to Summary Judgment on Hotfile's Counterclaim, ECF No. 669-1, was filed and served on March 17, 2014, accompanied by a public redacted version of the Declaration of David Kaplan in Support of Plaintiff's Opposition to the Electronic Frontier

Foundation's Motion to Unseal Documents Relating to Summary Judgment on Hotfile's Counterclaim, ECF Nos. 670, 670-1;

      3.      Plaintiffs' Motion to File Documents Under Seal, ECF No. 671, was filed on March 17, 2014;

      3.      EFF's Reply to Response to Motion to Intervene for the Limited Purpose of Moving to Unseal Documents, ECF No. 675, was filed on March 27, 2014.

No hearing has been scheduled on the motion.

Dated: July 31, 2014            ELECTRONIC FRONTIER FOUNDATION

*/s/ Dineen Pashoukos Wasylik*
Dineen Pashoukos Wasylik
Florida State Bar No. 191620
Dineen Pashoukos Wasylik, P.A.
P.O. Box 48323
Tampa, FL 33646
Phone: 813-778-5161
Email: dineen@ip-appeals.com

Mitchell L. Stoltz (admitted *pro hac vice*)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy St.
San Francisco, CA 94109
Phone: (415) 436-9333
Email: mitch@eff.org
*Attorneys for the Electronic Frontier Foundation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 31, 2014, I caused a true copy of the foregoing to be filed using the Court's Electronic Case Filing system, which served a copy on all counsel of record via e-mail.

/s/ *Dineen Pashoukos Wasylik*
Dineen Pashoukos Wasylik