UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS-TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    *Defendants*.

_____/

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant*.

_____/

### DEFENDANTS' UNOPPOSED MOTION TO BE EXCUSED FROM THE HEARING ON INTERVENOR'S MOTION TO INTERVENE TO UNSEAL DOCUMENTS

    Defendants/Counterclaimants HOTFILE CORPORATION and ANTON TITOV (hereinafter collectively referred to as "Hotfile"), by and through their undersigned counsel and files this, their Unopposed Motion to be Excused from the Hearing on Intervenor's Motion to Intervene to Unseal Documents (D.E. 667), and in support thereof states the following:

1

1. The Electronic Frontier Foundation has filed a Motion to Intervene for the Limited Purpose of Moving to Unseal to Unseal Documents (D.E. 667) (hereinafter referred to as the "Motion"). Pursuant to this Court's order dated September 16, 2014 (D.E. 679), a hearing on the Motion is being set for Thursday, September 25, 2014 at 3:00 p.m.

2. Hotfile has no position on the Motion, and does not oppose the same. Given as much, Hotfile respectfully requests that it be excused from attending the hearing on the Motion.

WHEREFORE, Hotfile respectfully requests that this Honorable Court enter an order excusing Hotfile from the hearing on the Motion set for September 25, 2014, and for such other relief as this Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion, including Plaintiffs' counsel, in a good faith effort to resolve the issues and Plaintiffs do not oppose the motion.

Respectfully submitted this 16th day of September, 2014.

/s/ Valentin Gurvits
Valentin D. Gurvits (# 643572 - *pro hac vice*)
Matthew Shayefar (# 685927 - *pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA  02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ BRADY J. COBB
BRADY J. COBB, ESQUIRE
Florida Bar No. 031018
COBB EDDY MIJARES, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile  (954) 900-5507
bcobb@cemlaw.net

/s/ Evan Fray-Witzer
Evan Fray-Witzer (# 564349 - *pro hac vice*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, MA 02116
Telephone: (617) 426-0000
Facsimile: (617) 423-4855
Evan@CFWlegal.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the cmecf electronic filing system on all counsel or parties of record on the attached service list this 16th day of September, 2014.

**SERVICE LIST:**
CASE NO: 11-20427-CIV-WILLIAMS

*Counsel for Plaintiffs:*

| | |
|---|---|
| JENNER & BLOCK LLP | Karen R. Thorland, Esq. (*Pro Hac Vice*) |
| Steven B. Fabrizio (*Pro Hac Vice*) | Senior Content Protection Counsel |
| sfabrizio@jenner.com | Email: Karen_Thorland@mpaa.org |
| Luke C. Platzer (*Pro Hac Vice*) | Motion Picture Association of America, Inc. |
| lplatzer@jenner.com | 15301 Ventura Boulevard, Building E |
| David A. Handzo (*Pro Hac Vice*) | Sherman Oaks, CA  91403-5885 |
| dhandzo@jenner.com | Phone: 818.935.5812 |
| 1099 New York Ave., N.W., Suite 900 | |
| Washington, DC 20001 | |
| Phone: 202.639.6000 | |
| Fax: 202.639.6066 | |

| | |
|---|---|
| GRAY-ROBINSON, P.A. | **Counsel for Intervenors** |
| Karen L. Stetson | Dineen Pashoulkos Wasylik, Esquire |
| karen.stetson@gray-robinson.com | Dineen@ip-appeals.com |
| 1221 Brickell Avenue | 2244 Green Hedges Way, Suite 101 |
| Suite 1600 | Wesley Chapel, Florida 33544 |
| Miami, FL 33131 | Phone: 813-778-5161 |
| Phone: 305.416.6880 | |
| Fax: 305.416.6887 | |

*Counsel for Defendants:*

| | |
|---|---|
| Roderick M. Thompson, Esq. (*Pro Hac Vice*) | Valentin Gurvits, Esq. (*Pro Hac Vice*) |
| Email: rthompson@fbm.com | Email: vgurvits@bostonlawgroup.com |
| Andrew Leibnitz, Esq. (*Pro Hac Vice*) | BOSTON LAW GROUP |
| Email: aleibnitz@fbm.com | 825 Beacon Street, Suite 20 |
| Anthony P. Schoenberg, Esq. (*Pro Hac* Vice) | Newton Center, MA  02459 |
| Email: tschoenberg@fbm.com | Telephone:  617.928.1800 |
| Deepak Gupta, Esq. (*Pro Hac Vice*) | Telecopy:  617.928.1802 |
| Email: dgupta@fbm.com | |
| Janel Thamkul, Esq. (*Pro Hac Vice*) | |
| Email: jthamkul@fbm.com | |
| FARELLA BRAUN & MARTEL LLP | |
| 235 Montgomery Street | |
| San Francisco, CA  94104 | |
| Telephone:  415.954.4400 | |
| Telecopy:  415.954.4480 | |

Janet T. Munn, Fla. Bar No. 501281
Rasco Klock
283 Catalonia Avenue, Suite 200
Coral Gables, FL 33134
Telephone: 305-476-7101
Facsimile: 305-476-7102
jmunn@rascoklock.com