UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM
CORPORATION, UNIVERSAL CITY
STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES,
INC., and WARNER BROS.
ENTERTAINMENT INC.,

    *Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10,

    *Defendants*.

_____/

HOTFILE CORP.,

    *Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

    *Counter-Defendant*.

_____/

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO BE EXCUSED FROM THE HEARING ON INTERVENOR'S MOTION TO INTERVENE TO UNSEAL DOCUMENTS

**THIS MATTER** is before the Court on the Defendants HOTFILE CORP and ANTON TIVOV ( "Hotfile") Unopposed Motion to be Excused from the Hearing (DE 680) on Intervenor's Motion to Intervene to Unseal Documents (DE 667). In its Motion,

Hotfile states that it has no position on the Intervenor's Motion to Intervene to Unseal Documents. Accordingly, it is hereby **ORDERED** and **ADJUDGED** that the Motion is **GRANTED.** Defendants HOTFILE CORP. and ANTON TITOV and their counsel shall be excused from attending the hearing set for September 25, 2014.

**DONE** and **ORDERED** in Chambers at Miami, Florida, this 16th day of September, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE