UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____

## ORDER

**THIS MATTER** is before the Court on the Electronic Frontier Foundation's Motion to Intervene for the Limited Purpose of Moving to Seal Documents (DE 667). A hearing on this matter was held on September 25, 2014. Upon consideration of the record and the motion, and arguments made at the September 25, 2014 hearing it is hereby **ORDERED AND ADJUDGED** as follows:

1. Electronic Frontier Foundation's Motion to Intervene for the Limited Purpose of Moving to Seal Documents (DE 667) is **DENIED.**

2. The Parties shall have 45 days to submit a schedule regarding the unsealing of the sealed docket entries in this matter.

3. Plaintiffs shall have 10 days to file public, unredacted versions of the docket entries outlined below:

    a. Docket Entry 301, page 4.

    b. Docket Entry 301-6, page 2, with the exception of paragraph 4.

    c. Docket Entry 308-1, page 2, with the exception of paragraph 4.

    d. Docket Entry 350-1, page 12.

      e. Docket Entry 409, pages 4-5.

      f. Docket Entry 534, pages 29, 31, 34, 94-97.

**DONE AND ORDERED** in chambers in Miami, Florida, this 25th day of September, 2014.

                                              KATHLEEN M. WILLIAMS
                                              UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record