# EXHIBIT A

B. <u>Warner's Antipiracy System.</u>

Part of Warner's effort to stop online infringement of its content involves sending takedown notices to sites like Hotfile. Kaplan Decl. ¶ 4. Because Hotfile does not have a search feature on its website, but rather pays third party websites to host "links" to content stored on Hotfile, sending notices to Hotfile involves searching websites across the Internet to identify Warner content. Kaplan Decl. ¶ 3. A virtual cottage industry of pirate "link sites" has developed to host and promote "links" to infringing content on download hubs like Hotfile. Kaplan Decl. ¶ 3. Warner searches these link sites for links to Warner content and sends notices to Hotfile and similar sites based on those links. Kaplan Decl. ¶ 3.

Given the extraordinary volume, Warner, as do many professional antipiracy vendors, deploys automated systems wherever reasonable to identify infringing copies of its content and send takedown notices. Kaplan Decl. ¶ 5. Although Hotfile tries to make much of the automated nature of Warner's system, such systems are common. Kaplan Decl. ¶ 5. Likewise, in the normal course, Warner identifies links to infringing content on Hotfile without downloading the files. Kaplan Decl. ¶ 17. Again, contrary to Hotfile's criticisms of this methodology, identifying files without downloading the content is common practice, not just in the motion picture industry, but across all content industries. Kaplan Decl. ¶ 17. As Hotfile has acknowledged, it would be impossible to download each file for the thousands of notices Warner sends on a daily basis. Kaplan Decl. ¶ 17; Counterclaim ¶ 21. Nor is it necessary. Kaplan Decl. ¶ 17.

1. *Warner Has Taken Great Care in Developing and Operating its System.*

Warner uses a system of computer programs known as "robots" to help search link sites for links to infringing copies of its content. Kaplan Decl. ¶ 7. These programmable robots are highly sophisticated and can effectively mimic the search a human would conduct, except faster. Kaplan Decl. ¶ 7. These robots do not arbitrarily search "the Internet" for links; to the contrary, Warner is very selective about which sites are searched. Warner manually identifies specific link sites that are notorious for hosting links to infringing content and little else. Kaplan Decl. ¶ 6. Currently, Warner searches only about 200 of the most notorious link sites, even though the universe of websites that contain links to infringing content on Hotfile and similar sites is far larger. Kaplan Decl. ¶ 6. These hand-picked link sites are not legitimate websites by any stretch. Indeed, several notorious pirate link sites have been shut down by federal law enforcement; others have been found liable for copyright infringement in civil actions. *E.g.*, Yeh

4