# EXHIBIT B

on its own and through vendors, detects and sends out takedown notices to Hotfile and sites like it on millions of infringing files every year, and has sent something on the order of a million notices to Hotfile alone since early 2009. To keep up with this massive volume of infringement, Warner employs ▮ employees who are substantially or entirely devoted to addressing online infringement of Warner's works, including but not limited to operating the antipiracy system I describe below. In addition, as noted above, Warner also augments its in-house capabilities by working with third-party vendors to assist with locating infringing copies of Warner's content online and issuing takedown notices.

5.     Due to the volume of infringement on link and locker sites, it is common for many copyright owners and antipiracy vendors to use automated systems to scan link sites and to issue notifications of infringement to locker sites when infringing content is detected. That is the case not only in the motion picture industry, but in other copyright industries (such as the video game and music industries) as well. Warner follows this common practice.

6.     Warner does not scan all linking sites (of which there are thousands) that host links to content on locker sites. Rather, to ensure the reliability and accuracy of its search results, Warner only searches specific link sites that Warner personnel have hand-selected based on a determination that the linking site is either devoted to infringing content or has discrete sections of the site (such as a dedicated "Movies" section) devoted to infringing content. Even though there are many sites that might link to Warner files hosted on locker sites, Warner limits its searching to the most notorious linking sites (currently, approximately 200). To augment its antipiracy enforcement efforts beyond those approximately two hundred sites, as discussed above, Warner retains vendors with expertise in searching for infringing content, including content linked to from other linking sites.