# EXHIBIT A

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
 2                  SOUTHERN DISTRICT OF FLORIDA
 3
 4    DISNEY ENTERPRISES, INC.,
      TWENTIETH CENTURY FOX FILM
 5    CORPORATION, UNIVERSAL CITY
      STUDIOS PRODUCTIONS LLLP,
 6    COLUMBIA PICTURES INDUSTRIES,
      INC., and WARNER BROS.
 7    ENTERTAINMENT INC.,
 8                         Plaintiffs,
 9    vs.                  No. 11-20427-WILLIAMS-TURNOFF
10    HOTFILE CORP., ANTON TITOV, and
      DOES 1-10,
11
12                         Defendants.
13    _____
14
15         PORTIONS OF THIS TRANSCRIPT ARE CONFIDENTIAL
16                   DEPOSITION OF YANGBIN WANG
17                      Palo Alto, California
18                   Thursday, December 22, 2011
19
20
21    REPORTED BY:
      LYNNE LEDANOIS
22    CSR No. 6811
      Job No. CA128631
23
24
25    PAGES 105 - 113 ARE HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
```

Page 1

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
 2                  SOUTHERN DISTRICT OF FLORIDA
 3
 4    DISNEY ENTERPRISES, INC.,
      TWENTIETH CENTURY FOX FILM
 5    CORPORATION, UNIVERSAL CITY
      STUDIOS PRODUCTIONS LLLP,
 6    COLUMBIA PICTURES INDUSTRIES,
      INC., and WARNER BROS.
 7    ENTERTAINMENT INC.,
 8                      Plaintiffs,
 9    vs.                      No. 11-20427-WILLIAMS-TURNOFF
10    HOTFILE CORP., ANTON TITOV, and
      DOES 1-10,
11
12                      Defendants.
13    _____
14
15         Deposition of YANGBIN WANG, taken on behalf of
16    Defendant, at 2475 Hanover Street, Palo Alto,
17    California, beginning at 9:43 a.m. and ending at 12:21
18    p.m. on Thursday, December 22, 2011, before LYNNE
19    LEDANOIS, CSR 6811.
20
21
22
23
24
25
                                                       Page 2
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1      APPEARANCE OF COUNSEL:
 2
 3      For Plaintiffs:
 4           JENNER & BLOCK LLP
             BY: LUKE C. PLATZER
 5           Attorney at Law
             1099 New York Avenue, NW, Suite 900
 6           Washington, DC 20001
             202.639.6000
 7           lplatzer@jenner.com
 8
 9      For Defendants Hotfile and Anton Titov:
10           FARELLA BRAUN & MARTEL LLP
             BY: ANDREW LEIBNITZ
11           Attorney at Law
             Russ Building, 235 Montgomery Street
12           San Francisco, California 94104
             415.954.4400
13           aleibnitz@fbm.com
14
15      For Witness:
16           PILLSBURY WINTHROP SHAW PITTMAN LLP
             BY: JOSEPH R. TIFFANY II
17           Attorney at Law
             2475 Hanover Street
18           Palo Alto, California 94304-1114
             650.233.4500
19           joseph.tiffany@pillsburylaw.com
20
21      VIDEOGRAPHER:
22           SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
             BY:  MARTY MAJDOUB
23
24
25
                                                    Page 3
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | ATTORNEYS' EYES ONLY TESTIMONY - HIGHLY CONFIDENTIAL | |
| 2 | BY MR. LEIBNITZ: | 12:10:07 |
| 3 | Q So you can't think of an example as you sit | 12:10:07 |
| 4 | here right now? | 12:10:09 |
| 5 | A I think every -- you know, it's just beyond my | 12:10:11 |
| 6 | knowledge. I think I can say for sure, you know, no. | 12:10:15 |
| 7 | Q How much do the studios, the plaintiffs' | 12:10:20 |
| 8 | studios -- we talked about Hotfile -- up until December | 12:10:25 |
| 9 | of -- up until now -- | 12:10:33 |
| 10 | A Yes. | 12:10:35 |
| 11 | Q -- Hotfile pays about ▮▮▮▮▮ to Vobile each | 12:10:35 |
| 12 | month; right? | 12:10:39 |
| 13 | A Yes. | 12:10:40 |
| 14 | Q How much do the studios pay? | 12:10:41 |
| 15 | A Well, they use different products, and | 12:10:42 |
| 16 | that's -- we don't release customer information. | 12:10:46 |
| 17 | Q Okay. Well, understanding that this -- and you | 12:10:48 |
| 18 | can talk to your counsel about this if you need to -- | 12:10:52 |
| 19 | these proceedings are subject to a confidentiality order | 12:10:55 |
| 20 | such that the words you use in this room need not go | 12:10:58 |
| 21 | beyond the parties present, if your counsel so | 12:11:02 |
| 22 | designates. | 12:11:06 |
| 23 | So with that understanding, knowing that | 12:11:07 |
| 24 | confidentiality rules apply, can you aggregate all of | 12:11:09 |
| 25 | the plaintiffs' studios and give me your best estimate | 12:11:13 |

Page 105

| | | |
|---|---|---|
| 1 | as to how much they pay to Vobile as opposed to the | 12:11:16 |
| 2 | ▓▓▓▓ that Hotfile pays? | 12:11:19 |
| 3 | MR. PLATZER:  Objection to the form. | 12:11:43 |
| 4 | MR. TIFFANY:  Could we go off the record just a | 12:11:47 |
| 5 | moment? | 12:11:48 |
| 6 | VIDEOGRAPHER:  We are now going off the video | 12:11:50 |
| 7 | record.  The time is 12:11 p.m. | 12:11:52 |
| 8 | (Discussion off the Record.) | 12:11:53 |
| 9 | VIDEOGRAPHER:  We are now back on the video | 12:13:04 |
| 10 | record.  The time is 12:12 p.m. | 12:13:06 |
| 11 | MR. PLATZER:  Under the court's protective | 12:13:11 |
| 12 | order, I'm going to exercise my right to designate on | 12:13:13 |
| 13 | the record any answer the witness is capable of | 12:13:16 |
| 14 | providing to this question as Attorneys' Eyes Only, | 12:13:21 |
| 15 | Highly Confidential. | 12:13:22 |
| 16 | THE WITNESS:  I can give you a general sense, | 12:13:26 |
| 17 | because we are very reluctant, as you know, to provide | 12:13:27 |
| 18 | any customer information specific.  Not only we have | 12:13:31 |
| 19 | signed a confidentiality in every single agreement, ▓ | 12:13:35 |
| 20 | ▓▓▓▓▓▓, we have all kinds of things around the | 12:13:40 |
| 21 | contracts.  So we are very reluctant to give anything | 12:13:42 |
| 22 | out. | 12:13:47 |
| 23 | But I can share with you is basically, ▓▓▓▓ | 12:13:47 |
| 24 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 12:13:50 |
| 25 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ And | 12:13:54 |

Page 106

| | | |
|---|---|---|
| 1 | the pricing range is again, you know, in the range of | 12:14:00 |
| 2 | somewhere ███████████████████████████████████ | 12:14:07 |
| 3 | ███████ -- you know, hundreds of capabilities. | 12:14:11 |
| 4 | So, basically, that's the kind of the range, | 12:14:15 |
| 5 | similar. And you can go count how many major studios we | 12:14:17 |
| 6 | have in Hollywood and multiply by that. So that would | 12:14:21 |
| 7 | give you a sense. | 12:14:25 |
| 8 | BY MR. LEIBNITZ: | 12:14:26 |
| 9 | Q   I'm just a lawyer. I need your testimony, sir. | 12:14:26 |
| 10 | In comparison to the ███████, what would the | 12:14:29 |
| 11 | figure be on a monthly basis aggregated for the | 12:14:33 |
| 12 | plaintiffs' studio? | 12:14:38 |
| 13 | MR. PLATZER: Same designation as to Attorneys' | 12:14:41 |
| 14 | Eyes Only, Highly Confidential. | 12:14:43 |
| 15 | THE WITNESS: And I will say, you know, let's | 12:14:45 |
| 16 | take ███████ as the average, and you can multiply by the | 12:14:46 |
| 17 | studio numbers, and you probably get some figures. | 12:14:51 |
| 18 | BY MR. LEIBNITZ: | 12:14:53 |
| 19 | Q   So about ███████████████? | 12:14:54 |
| 20 | MR. PLATZER: Same designation. | 12:14:58 |
| 21 | THE WITNESS: I have to check my financial, but | 12:14:59 |
| 22 | that ballpark probably is right. | 12:15:02 |
| 23 | BY MR. LEIBNITZ: | 12:15:03 |
| 24 | Q   Mr. Wang, which side of this case is more | 12:15:05 |
| 25 | important to Vobile's ongoing success -- victory by the | 12:15:22 |