# EXHIBIT B

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1                    UNITED STATES DISTRICT COURT
 2                    SOUTHERN DISTRICT OF FLORIDA
 3
 4     DISNEY ENTERPRISES, INC.,
       TWENTIETH CENTURY FOX FILM
 5     CORPORATION, UNIVERSAL CITY
       STUDIOS PRODUCTIONS LLLP,
 6     COLUMBIA PICTURES INDUSTRIES,
       INC., and WARNER BROS.
 7     ENTERTAINMENT INC.,
 8                        Plaintiffs,
 9     vs.                       No. 11-20427-WILLIAMS-TURNOFF
10     HOTFILE CORP., ANTON TITOV, and
       DOES 1-10,
11
12                        Defendants.
13     _____
14
15            PORTIONS OF THIS TRANSCRIPT ARE CONFIDENTIAL
16                     DEPOSITION OF YANGBIN WANG
17                       Palo Alto, California
18                    Thursday, December 22, 2011
19
20
21     REPORTED BY:
       LYNNE LEDANOIS
22     CSR No. 6811
       Job No. CA128631
23
24
25   PAGES 105 - 113 ARE HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
```

Page 1

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
 2                  SOUTHERN DISTRICT OF FLORIDA
 3
 4      DISNEY ENTERPRISES, INC.,
        TWENTIETH CENTURY FOX FILM
 5      CORPORATION, UNIVERSAL CITY
        STUDIOS PRODUCTIONS LLLP,
 6      COLUMBIA PICTURES INDUSTRIES,
        INC., and WARNER BROS.
 7      ENTERTAINMENT INC.,
 8                        Plaintiffs,
 9      vs.                  No. 11-20427-WILLIAMS-TURNOFF
10      HOTFILE CORP., ANTON TITOV, and
        DOES 1-10,
11
12                        Defendants.
13      _____
14
15          Deposition of YANGBIN WANG, taken on behalf of
16      Defendant, at 2475 Hanover Street, Palo Alto,
17      California, beginning at 9:43 a.m. and ending at 12:21
18      p.m. on Thursday, December 22, 2011, before LYNNE
19      LEDANOIS, CSR 6811.
20
21
22
23
24
25
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1    APPEARANCE OF COUNSEL:
 2
 3    For Plaintiffs:
 4         JENNER & BLOCK LLP
           BY: LUKE C. PLATZER
 5         Attorney at Law
           1099 New York Avenue, NW, Suite 900
 6         Washington, DC 20001
           202.639.6000
 7         lplatzer@jenner.com
 8
 9    For Defendants Hotfile and Anton Titov:
10         FARELLA BRAUN & MARTEL LLP
           BY: ANDREW LEIBNITZ
11         Attorney at Law
           Russ Building, 235 Montgomery Street
12         San Francisco, California 94104
           415.954.4400
13         aleibnitz@fbm.com
14
15    For Witness:
16         PILLSBURY WINTHROP SHAW PITTMAN LLP
           BY: JOSEPH R. TIFFANY II
17         Attorney at Law
           2475 Hanover Street
18         Palo Alto, California 94304-1114
           650.233.4500
19         joseph.tiffany@pillsburylaw.com
20
21    VIDEOGRAPHER:
22         SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
           BY:  MARTY MAJDOUB
23
24
25
```

Page 3

```
 1        ATTORNEYS' EYES ONLY TESTIMONY - HIGHLY CONFIDENTIAL
 2     BY MR. LEIBNITZ:                                          12:10:07
 3        Q   So you can't think of an example as you sit        12:10:07
 4     here right now?                                           12:10:09
 5        A   I think every -- you know, it's just beyond my     12:10:11
 6     knowledge.  I think I can say for sure, you know, no.     12:10:15
 7        Q   How much do the studios, the plaintiffs'           12:10:20
 8     studios -- we talked about Hotfile -- up until December   12:10:25
 9     of -- up until now --                                     12:10:33
10        A   Yes.                                               12:10:35
11        Q   -- Hotfile pays about ■■■■ to Vobile each          12:10:35
12     month; right?                                             12:10:39
13        A   Yes.                                               12:10:40
14        Q   How much do the studios pay?                       12:10:41
15        A   Well, they use different products, and             12:10:42
16     that's -- we don't release customer information.          12:10:46
17        Q   Okay.  Well, understanding that this -- and you    12:10:48
18     can talk to your counsel about this if you need to --     12:10:52
19     these proceedings are subject to a confidentiality order  12:10:55
20     such that the words you use in this room need not go      12:10:58
21     beyond the parties present, if your counsel so            12:11:02
22     designates.                                               12:11:06
23            So with that understanding, knowing that           12:11:07
24     confidentiality rules apply, can you aggregate all of     12:11:09
25     the plaintiffs' studios and give me your best estimate    12:11:13
```

Page 105

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1    as to how much they pay to Vobile as opposed to the     12:11:16
 2         ▊    that Hotfile pays?                            12:11:19
 3              MR. PLATZER:  Objection to the form.          12:11:43
 4              MR. TIFFANY:  Could we go off the record just a  12:11:47
 5    moment?                                                 12:11:48
 6              VIDEOGRAPHER:  We are now going off the video  12:11:50
 7    record.  The time is 12:11 p.m.                         12:11:52
 8              (Discussion off the Record.)                  12:11:53
 9              VIDEOGRAPHER:  We are now back on the video   12:13:04
10    record.  The time is 12:12 p.m.                         12:13:06
11              MR. PLATZER:  Under the court's protective    12:13:11
12    order, I'm going to exercise my right to designate on   12:13:13
13    the record any answer the witness is capable of         12:13:16
14    providing to this question as Attorneys' Eyes Only,     12:13:21
15    Highly Confidential.                                    12:13:22
16              THE WITNESS:  I can give you a general sense,  12:13:26
17    because we are very reluctant, as you know, to provide  12:13:27
18    any customer information specific.  Not only we have    12:13:31
19    signed a confidentiality in every single agreement, ▊   12:13:35
20    ▊▊▊▊, we have all kinds of things around the            12:13:40
21    contracts.  So we are very reluctant to give anything   12:13:42
22    out.                                                    12:13:47
23              But I can share with you is basically  ▊▊▊▊   12:13:47
24    ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊               12:13:50
25    ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊  And                 12:13:54
```

Page 106

| | | |
|---|---|---|
| 1 | the pricing range is again, you know, in the range of | 12:14:00 |
| 2 | somewhere ███████████████████████████████ | 12:14:07 |
| 3 | ██████ -- you know, hundreds of capabilities. | 12:14:11 |
| 4 | So, basically, that's the kind of the range, | 12:14:15 |
| 5 | similar. And you can go count how many major studios we | 12:14:17 |
| 6 | have in Hollywood and multiply by that. So that would | 12:14:21 |
| 7 | give you a sense. | 12:14:25 |
| 8 | BY MR. LEIBNITZ: | 12:14:26 |
| 9 | Q   I'm just a lawyer. I need your testimony, sir. | 12:14:26 |
| 10 | In comparison to the ██████, what would the | 12:14:29 |
| 11 | figure be on a monthly basis aggregated for the | 12:14:33 |
| 12 | plaintiffs' studio? | 12:14:38 |
| 13 | MR. PLATZER: Same designation as to Attorneys' | 12:14:41 |
| 14 | Eyes Only, Highly Confidential. | 12:14:43 |
| 15 | THE WITNESS: And I will say, you know, let's | 12:14:45 |
| 16 | take ██████ as the average, and you can multiply by the | 12:14:46 |
| 17 | studio numbers, and you probably get some figures. | 12:14:51 |
| 18 | BY MR. LEIBNITZ: | 12:14:53 |
| 19 | Q   So about ████████████? | 12:14:54 |
| 20 | MR. PLATZER: Same designation. | 12:14:58 |
| 21 | THE WITNESS: I have to check my financial, but | 12:14:59 |
| 22 | that ballpark probably is right. | 12:15:02 |
| 23 | BY MR. LEIBNITZ: | 12:15:03 |
| 24 | Q   Mr. Wang, which side of this case is more | 12:15:05 |
| 25 | important to Vobile's ongoing success -- victory by the | 12:15:22 |

Page 107