UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants*.
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant*.
_____/

### DECLARATION OF SEAN JAQUEZ IN SUPPORT OF PLAINTIFFS' PROPOSED SCHEDULE REGARDING THE UNSEALING OF THE SEALED DOCKET ENTRIES

[CONFIDENTIAL]

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]

I, SEAN JAQUEZ, declare as follows:

1. I hold the position of Vice President, Content Protection at Sony Pictures Entertainment Inc. ("Sony Pictures"). In that capacity, I oversee Sony Pictures' Content Protection group, and manage Sony Pictures' worldwide anti-piracy efforts. I make this declaration in support of Plaintiffs' Proposed Schedule Regarding the Unsealing of the Sealed Docket Entries. Unless otherwise indicated, I have personal knowledge of all of the procedures and events described herein.

2. Defendants' summary judgment filings revealed two specific pieces of confidential information regarding Columbia Pictures Industries, Inc's ("Columbia") copyright enforcement policies: ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. This confidential information reflects broad policy decisions Columbia has made regarding its copyright enforcement priorities and remains true today.

3. Revealing this confidential information would compromise Columbia's copyright enforcement system. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

4. As a result, Columbia "closely guard[s] information about [its] antipiracy strategies" and reveals information about these strategies only to those directly involved in the protection of particular works. Declaration of Vicki R. Solmon in Support of Plaintiffs' Application for Protective Order (D.E. 106-13), ¶4 [hereinafter "Solmon Decl."].

5. Columbia intends to continue to implement these confidential copyright enforcement policies indefinitely. These confidential enforcement policies will not become less

2

sensitive over time because they reflect broad policy judgments, rather than specific implementation features of Columbia's anti-piracy enforcement system that are likely to change as technology evolves or time passes.

I declare under penalty of perjury that the foregoing in true and correct.

Executed in the state of California this 11th day of November, 2014.

Sean Jaquez