UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF



DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs,*

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

  *Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant,*

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

### PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiffs by and through undersigned counsel and pursuant to Local Rule 5.4, file this

Motion to File Documents Under Seal as follows:

1.      The documents are described as follows:

(1) Declaration of Sean Jaquez in Support of Plaintiffs' Proposed Schedule

Regarding the Unsealing of the Sealed Docket Entries;

(2) Plaintiffs' Notice of Filing Declaration of Sean Jaquez in Support of Plaintiffs' Proposed Schedule Regarding the Unsealing of the Sealed Docket Entries;

(3) Exhibit A to Plaintiffs' Proposed Schedule Regarding the Unsealing of the Sealed Docket Entries; and

(4) Exhibit B to Plaintiffs' Proposed Schedule Regarding the Unsealing of the Sealed Docket Entries.

2.      The documents should remain sealed indefinitely, or at least for a period of no less than ten years.

3.      These documents includes information designated by Plaintiffs as Confidential or Highly Confidential pursuant to ¶ 16 of the Stipulated Protective Order and that Plaintiffs seek to keep sealed pursuant to the Court's Omnibus Order of November 26, 2013 and the Court's Order of September 25, 2014.  For these reasons, Plaintiffs believe that they are required to file this memorandum under seal and do so pursuant to Local Rule 5.4.

DATED:  November 12, 2014

Respectfully submitted,

By: /s/ _Kan L Stet_

Karen L. Stetson
GRAY-ROBINSON, P.A.
1221 Brickell Avenue
16th Floor
Miami, FL 33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887

MOTION PICTURE ASSOCIATION
 OF AMERICA, INC.
Karen R. Thorland (*Pro Hac Vice*)
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403
Phone:  (818) 995-6600
Fax:  (818) 285-4403

JENNER & BLOCK LLP
David A. Handzo (*Pro Hac Vice*)
Kenneth L. Doroshow (*Pro Hac Vice*)
Luke C. Platzer (*Pro Hac Vice*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

*Attorneys for Plaintiffs*

**CERTIFICATE OF GOOD FAITH CONFERENCE**

I HEREBY CERTIFY pursuant to Local Rule 7.1(a)(3), that the parties have conferred regarding this motion and that Defendants have no objection to this document being filed under seal.

Dated:  November 12, 2014                     By: /s/ _Kan t Stet_
                                                    Karen L. Stetson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November, 2014, I served the following

document on all counsel of record on the attached service list via their email address(es) pursuant

to the parties' service agreement:

**Plaintiffs' Motion to File Documents Under Seal**

By: /s/ _Karen L. Stetson_
Karen L. Stetson

## SERVICE LIST

**Disney Enterprises, Inc., et al. v. Hotfile Corp. et al.**
**CASE NO. 11-CIV-20427-WILLIAMS-TURNOFF**

BOSTON LAW GROUP, PC
Valentin Gurvits
vgurvits@bostonlawgroup.com
Matthew Shayefar
matt@bostonlawgroup.com
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Phone: 617-928-1804

*Attorneys for Defendants Hotfile Corp. and*
*Anton Titov*

CIAMPA FRAY-WITZER, LLP
Evan Fray-Witzer
evan@cfwlegal.com
20 Park Plaza, Suite 804
Boston, MA 02116 Phone:617-426-0000

*Attorney for Defendants Hotfile Corp. and*
*Anton Titov*

COBB EDDY MIJARES PLLC
Brady J. Cobb
bcobb@CEMLaw.net
642 Northeast Third Ave.
Fort Lauderdale, FL 33305
Phone: 954-527-4111, ext 201
*Attorney for Defendants Hotfile Corp. and*
*Anton Titov*