UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

\_\_ SEALED

\_\_ NOT SEALED

Per Local Rule 5.4(d), the matter(s) shall remain sealed:
\_\_\_\_\_ years; \_\_\_\_\_ (specific date);
\_\_\_\_\_ permanently; \_\_\_\_\_ (other).

DISNEY ENTERPRISES, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

*Plaintiffs*,

v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.

*Defendants.*
_____/

HOTFILE CORP.,

*Counterclaimant*,

v.

WARNER BROS. ENTERTAINMENT INC.,

*Counterdefendant.*
_____/

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Upon consideration of Plaintiffs' Motion to File Documents Under Seal, and all of the papers submitted in support thereof, Plaintiffs' request to file the documents under seal is GRANTED.

1. It is hereby ORDERED that Plaintiffs be permitted to file the following documents under seal and that the following documents remain under seal permanently:

(1) Declaration of Sean Jaquez in Support of Plaintiffs' Proposed Schedule Regarding the Unsealing of the Sealed Docket Entries;

(2) Plaintiffs' Notice of Filing Declaration of Sean Jaquez in Support of Plaintiffs' Proposed Schedule Regarding the Unsealing of the Sealed Docket Entries;

(3) Exhibit A to Plaintiffs' Proposed Schedule Regarding the Unsealing of the Sealed Docket Entries; and

(4) Exhibit B to Plaintiffs' Proposed Schedule Regarding the Unsealing of the Sealed Docket Entries.

IT IS SO ORDERED.

Dated _____, 2014.

_____
United States District Court Judge