UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., et al.,
         *Plaintiffs,*
         v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.
         *Defendants.*
_____/

HOTFILE CORP.,
         *Counterclaimant,*
v.

WARNER BROS. ENTERTAINMENT INC.,
         *Counterdefendant.*
_____/

**Exhibit A** to PLAINTIFFS' PROPOSED SCHEDULE REGARDING THE UNSEALING OF THE SEALED DOCKET ENTRIES *PURSUANT TO COURT'S ORDER OF SEPTEMBER 25, 2014* by Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Warner Bros. Entertainment Inc. (DE 685)

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

1                  UNITED STATES DISTRICT COURT

2                  SOUTHERN DISTRICT OF FLORIDA

3

4      DISNEY ENTERPRISES, INC.,

       TWENTIETH CENTURY FOX FILM

5      CORPORATION, UNIVERSAL CITY

       STUDIOS PRODUCTIONS LLLP,

6      COLUMBIA PICTURES INDUSTRIES,

       INC., and WARNER BROS.

7      ENTERTAINMENT INC.,

8                          Plaintiffs,

9      vs.                      No. 11-20427-WILLIAMS-TURNOFF

10     HOTFILE CORP., ANTON TITOV, and

       DOES 1-10,

11

12                         Defendants.

13     _____

14

15            PORTIONS OF THIS TRANSCRIPT ARE CONFIDENTIAL

16                 DEPOSITION OF YANGBIN WANG

17                   Palo Alto, California

18                Thursday, December 22, 2011

19

20

21     REPORTED BY:

       LYNNE LEDANOIS

22     CSR No. 6811

       Job No. CA128631

23

24

25     PAGES 105 - 113 ARE HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

                                              Page 1

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2              SOUTHERN DISTRICT OF FLORIDA

 3

 4    DISNEY ENTERPRISES, INC.,

      TWENTIETH CENTURY FOX FILM

 5    CORPORATION, UNIVERSAL CITY

      STUDIOS PRODUCTIONS LLLP,

 6    COLUMBIA PICTURES INDUSTRIES,

      INC., and WARNER BROS.

 7    ENTERTAINMENT INC.,

 8                   Plaintiffs,

 9    vs.                No. 11-20427-WILLIAMS-TURNOFF

10    HOTFILE CORP., ANTON TITOV, and

      DOES 1-10,

11

12                   Defendants.

13    _____

14

15        Deposition of YANGBIN WANG, taken on behalf of

16    Defendant, at 2475 Hanover Street, Palo Alto,

17    California, beginning at 9:43 a.m. and ending at 12:21

18    p.m. on Thursday, December 22, 2011, before LYNNE

19    LEDANOIS, CSR 6811.

20

21

22

23

24

25

                                            Page 2
```

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
1      APPEARANCE OF COUNSEL:
2
3      For Plaintiffs:
4           JENNER & BLOCK LLP
            BY: LUKE C. PLATZER
5           Attorney at Law
            1099 New York Avenue, NW, Suite 900
6           Washington, DC 20001
            202.639.6000
7           lplatzer@jenner.com
8
9      For Defendants Hotfile and Anton Titov:
10          FARELLA BRAUN & MARTEL LLP
            BY: ANDREW LEIBNITZ
11          Attorney at Law
            Russ Building, 235 Montgomery Street
12          San Francisco, California 94104
            415.954.4400
13          aleibnitz@fbm.com
14
15     For Witness:
16          PILLSBURY WINTHROP SHAW PITTMAN LLP
            BY: JOSEPH R. TIFFANY II
17          Attorney at Law
            2475 Hanover Street
18          Palo Alto, California 94304-1114
            650.233.4500
19          joseph.tiffany@pillsburylaw.com
20
21     VIDEOGRAPHER:
22          SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
            BY:  MARTY MAJDOUB
23
24
25
```

Page 3

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
1        ATTORNEYS' EYES ONLY TESTIMONY - HIGHLY CONFIDENTIAL

2    BY MR. LEIBNITZ:                                      12:10:07

3        Q    So you can't think of an example as you sit  12:10:07

4    here right now?                                       12:10:09

5        A    I think every -- you know, it's just beyond my 12:10:11

6    knowledge.  I think I can say for sure, you know, no. 12:10:15

7        Q    How much do the studios, the plaintiffs'     12:10:20

8    studios -- we talked about Hotfile -- up until December 12:10:25

9    of -- up until now --                                 12:10:33

10       A    Yes.                                          12:10:35

11       Q    -- Hotfile pays about $12,500 to Vobile each  12:10:35

12   month; right?                                         12:10:39

13       A    Yes.                                          12:10:40

14       Q    How much do the studios pay?                  12:10:41

15       A    Well, they use different products, and       12:10:42

16   that's -- we don't release customer information.      12:10:46

17       Q    Okay.  Well, understanding that this -- and you 12:10:48

18   can talk to your counsel about this if you need to -- 12:10:52

19   these proceedings are subject to a confidentiality order 12:10:55

20   such that the words you use in this room need not go   12:10:58

21   beyond the parties present, if your counsel so        12:11:02

22   designates.                                           12:11:06

23        So with that understanding, knowing that          12:11:07

24   confidentiality rules apply, can you aggregate all of  12:11:09

25   the plaintiffs' studios and give me your best estimate 12:11:13
```

Page 105

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | as to how much they pay to Vobile as opposed to the | 12:11:16 |
| 2 | 12,500 that Hotfile pays? | 12:11:19 |
| 3 | MR. PLATZER:  Objection to the form. | 12:11:43 |
| 4 | MR. TIFFANY:  Could we go off the record just a | 12:11:47 |
| 5 | moment? | 12:11:48 |
| 6 | VIDEOGRAPHER:  We are now going off the video | 12:11:50 |
| 7 | record.  The time is 12:11 p.m. | 12:11:52 |
| 8 | (Discussion off the Record.) | 12:11:53 |
| 9 | VIDEOGRAPHER:  We are now back on the video | 12:13:04 |
| 10 | record.  The time is 12:12 p.m. | 12:13:06 |
| 11 | MR. PLATZER:  Under the court's protective | 12:13:11 |
| 12 | order, I'm going to exercise my right to designate on | 12:13:13 |
| 13 | the record any answer the witness is capable of | 12:13:16 |
| 14 | providing to this question as Attorneys' Eyes Only, | 12:13:21 |
| 15 | Highly Confidential. | 12:13:22 |
| 16 | THE WITNESS:  I can give you a general sense, | 12:13:26 |
| 17 | because we are very reluctant, as you know, to provide | 12:13:27 |
| 18 | any customer information specific.  Not only we have | 12:13:31 |
| 19 | signed a confidentiality in every single agreement, we | 12:13:35 |
| 20 | have MFN, we have all kinds of things around the | 12:13:40 |
| 21 | contracts.  So we are very reluctant to give anything | 12:13:42 |
| 22 | out. | 12:13:47 |
| 23 | But I can share with you is basically, with the | 12:13:47 |
| 24 | Video Tracker services, our pricing structure is similar | 12:13:50 |
| 25 | to MediaWise and vCloud9, which is based on usage.  And | 12:13:54 |

Page 106

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | the pricing range is again, you know, in the range of | 12:14:00 |
| 2 | somewhere 20, 30,000 per month to upwards, hundreds, | 12:14:07 |
| 3 | thousands -- you know, hundreds of capabilities. | 12:14:11 |
| 4 | So, basically, that's the kind of the range, | 12:14:15 |
| 5 | similar.  And you can go count how many major studios we | 12:14:17 |
| 6 | have in Hollywood and multiply by that.  So that would | 12:14:21 |
| 7 | give you a sense. | 12:14:25 |
| 8 | BY MR. LEIBNITZ: | 12:14:26 |
| 9 | Q   I'm just a lawyer.  I need your testimony, sir. | 12:14:26 |
| 10 | In comparison to the 12,500, what would the | 12:14:29 |
| 11 | figure be on a monthly basis aggregated for the | 12:14:33 |
| 12 | plaintiffs' studio? | 12:14:38 |
| 13 | MR. PLATZER:  Same designation as to Attorneys' | 12:14:41 |
| 14 | Eyes Only, Highly Confidential. | 12:14:43 |
| 15 | THE WITNESS:  And I will say, you know, let's | 12:14:45 |
| 16 | take $50,000 as the average, and you can multiply by the | 12:14:46 |
| 17 | studio numbers, and you probably get some figures. | 12:14:51 |
| 18 | BY MR. LEIBNITZ: | 12:14:53 |
| 19 | Q   So about 250,000 per month? | 12:14:54 |
| 20 | MR. PLATZER:  Same designation. | 12:14:58 |
| 21 | THE WITNESS:  I have to check my financial, but | 12:14:59 |
| 22 | that ballpark probably is right. | 12:15:02 |
| 23 | BY MR. LEIBNITZ: | 12:15:03 |
| 24 | Q   Mr. Wang, which side of this case is more | 12:15:05 |
| 25 | important to Vobile's ongoing success -- victory by the | 12:15:22 |

Page 107