UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20427-WILLIAMS/TURNOFF

DISNEY ENTERPRISES, INC., et al.,
    *Plaintiffs*,
    v.

HOTFILE CORP., ANTON TITOV, and
DOES 1-10.
    *Defendants*.
_____/

HOTFILE CORP.,
    *Counterclaimant*,
v.

WARNER BROS. ENTERTAINMENT INC.,
    *Counterdefendant*.
_____/


**Exhibit B** to PLAINTIFFS' PROPOSED SCHEDULE REGARDING THE UNSEALING OF THE SEALED DOCKET ENTRIES *PURSUANT TO COURT'S ORDER OF SEPTEMBER 25, 2014* by Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Warner Bros. Entertainment Inc. (DE 685)

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA


   DISNEY ENTERPRISES, INC.,
   TWENTIETH CENTURY FOX FILM
   CORPORATION, UNIVERSAL CITY
   STUDIOS PRODUCTIONS LLLP,
   COLUMBIA PICTURES INDUSTRIES,
   INC., and WARNER BROS.
   ENTERTAINMENT INC.,
                    Plaintiffs,
   vs.                  No. 11-20427-WILLIAMS-TURNOFF
   HOTFILE CORP., ANTON TITOV, and
   DOES 1-10,

                    Defendants.
   _____


           PORTIONS OF THIS TRANSCRIPT ARE CONFIDENTIAL
                    DEPOSITION OF YANGBIN WANG
                       Palo Alto, California
                   Thursday, December 22, 2011



   REPORTED BY:
   LYNNE LEDANOIS
   CSR No. 6811
   Job No. CA128631



   PAGES 105 - 113 ARE HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
```

Page 1

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1                 UNITED STATES DISTRICT COURT
 2                 SOUTHERN DISTRICT OF FLORIDA
 3
 4     DISNEY ENTERPRISES, INC.,
       TWENTIETH CENTURY FOX FILM
 5     CORPORATION, UNIVERSAL CITY
       STUDIOS PRODUCTIONS LLLP,
 6     COLUMBIA PICTURES INDUSTRIES,
       INC., and WARNER BROS.
 7     ENTERTAINMENT INC.,
 8                        Plaintiffs,
 9     vs.                         No. 11-20427-WILLIAMS-TURNOFF
10     HOTFILE CORP., ANTON TITOV, and
       DOES 1-10,
11
12                        Defendants.
13     _____
14
15          Deposition of YANGBIN WANG, taken on behalf of
16     Defendant, at 2475 Hanover Street, Palo Alto,
17     California, beginning at 9:43 a.m. and ending at 12:21
18     p.m. on Thursday, December 22, 2011, before LYNNE
19     LEDANOIS, CSR 6811.
20
21
22
23
24
25
```

Page 2

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1      APPEARANCE OF COUNSEL:
 2
 3      For Plaintiffs:
 4           JENNER & BLOCK LLP
             BY: LUKE C. PLATZER
 5           Attorney at Law
             1099 New York Avenue, NW, Suite 900
 6           Washington, DC 20001
             202.639.6000
 7           lplatzer@jenner.com
 8
 9      For Defendants Hotfile and Anton Titov:
10           FARELLA BRAUN & MARTEL LLP
             BY: ANDREW LEIBNITZ
11           Attorney at Law
             Russ Building, 235 Montgomery Street
12           San Francisco, California 94104
             415.954.4400
13           aleibnitz@fbm.com
14
15      For Witness:
16           PILLSBURY WINTHROP SHAW PITTMAN LLP
             BY: JOSEPH R. TIFFANY II
17           Attorney at Law
             2475 Hanover Street
18           Palo Alto, California 94304-1114
             650.233.4500
19           joseph.tiffany@pillsburylaw.com
20
21      VIDEOGRAPHER:
22           SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
             BY:  MARTY MAJDOUB
23
24
25
```

Page 3

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

```
 1        ATTORNEYS' EYES ONLY TESTIMONY - HIGHLY CONFIDENTIAL
 2    BY MR. LEIBNITZ:                                             12:10:07
 3        Q   So you can't think of an example as you sit          12:10:07
 4    here right now?                                              12:10:09
 5        A   I think every -- you know, it's just beyond my       12:10:11
 6    knowledge.  I think I can say for sure, you know, no.        12:10:15
 7        Q   How much do the studios, the plaintiffs'             12:10:20
 8    studios -- we talked about Hotfile -- up until December      12:10:25
 9    of -- up until now --                                        12:10:33
10        A   Yes.                                                 12:10:35
11        Q   -- Hotfile pays about $12,500 to Vobile each         12:10:35
12    month; right?                                                12:10:39
13        A   Yes.                                                 12:10:40
14        Q   How much do the studios pay?                         12:10:41
15        A   Well, they use different products, and               12:10:42
16    that's -- we don't release customer information.             12:10:46
17        Q   Okay.  Well, understanding that this -- and you      12:10:48
18    can talk to your counsel about this if you need to --        12:10:52
19    these proceedings are subject to a confidentiality order     12:10:55
20    such that the words you use in this room need not go         12:10:58
21    beyond the parties present, if your counsel so               12:11:02
22    designates.                                                  12:11:06
23            So with that understanding, knowing that             12:11:07
24    confidentiality rules apply, can you aggregate all of        12:11:09
25    the plaintiffs' studios and give me your best estimate       12:11:13
```

Page 105

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | as to how much they pay to Vobile as opposed to the | 12:11:16 |
| 2 | 12,500 that Hotfile pays? | 12:11:19 |
| 3 | MR. PLATZER: Objection to the form. | 12:11:43 |
| 4 | MR. TIFFANY: Could we go off the record just a | 12:11:47 |
| 5 | moment? | 12:11:48 |
| 6 | VIDEOGRAPHER: We are now going off the video | 12:11:50 |
| 7 | record. The time is 12:11 p.m. | 12:11:52 |
| 8 | (Discussion off the Record.) | 12:11:53 |
| 9 | VIDEOGRAPHER: We are now back on the video | 12:13:04 |
| 10 | record. The time is 12:12 p.m. | 12:13:06 |
| 11 | MR. PLATZER: Under the court's protective | 12:13:11 |
| 12 | order, I'm going to exercise my right to designate on | 12:13:13 |
| 13 | the record any answer the witness is capable of | 12:13:16 |
| 14 | providing to this question as Attorneys' Eyes Only, | 12:13:21 |
| 15 | Highly Confidential. | 12:13:22 |
| 16 | THE WITNESS: I can give you a general sense, | 12:13:26 |
| 17 | because we are very reluctant, as you know, to provide | 12:13:27 |
| 18 | any customer information specific. Not only we have | 12:13:31 |
| 19 | signed a confidentiality in every single agreement, we | 12:13:35 |
| 20 | have MFN, we have all kinds of things around the | 12:13:40 |
| 21 | contracts. So we are very reluctant to give anything | 12:13:42 |
| 22 | out. | 12:13:47 |
| 23 | But I can share with you is basically, with the | 12:13:47 |
| 24 | Video Tracker services, our pricing structure is similar | 12:13:50 |
| 25 | to MediaWise and vCloud9, which is based on usage. And | 12:13:54 |

Page 106

HIGHLY CONFIDENTIAL ATTORNEYS EYES ONLY

| | | |
|---|---|---|
| 1 | the pricing range is again, you know, in the range of | 12:14:00 |
| 2 | somewhere 20, 30,000 per month to upwards, hundreds, | 12:14:07 |
| 3 | thousands -- you know, hundreds of capabilities. | 12:14:11 |
| 4 | So, basically, that's the kind of the range, | 12:14:15 |
| 5 | similar. And you can go count how many major studios we | 12:14:17 |
| 6 | have in Hollywood and multiply by that. So that would | 12:14:21 |
| 7 | give you a sense. | 12:14:25 |
| 8 | BY MR. LEIBNITZ: | 12:14:26 |
| 9 | Q   I'm just a lawyer. I need your testimony, sir. | 12:14:26 |
| 10 | In comparison to the 12,500, what would the | 12:14:29 |
| 11 | figure be on a monthly basis aggregated for the | 12:14:33 |
| 12 | plaintiffs' studio? | 12:14:38 |
| 13 | MR. PLATZER: Same designation as to Attorneys' | 12:14:41 |
| 14 | Eyes Only, Highly Confidential. | 12:14:43 |
| 15 | THE WITNESS: And I will say, you know, let's | 12:14:45 |
| 16 | take $50,000 as the average, and you can multiply by the | 12:14:46 |
| 17 | studio numbers, and you probably get some figures. | 12:14:51 |
| 18 | BY MR. LEIBNITZ: | 12:14:53 |
| 19 | Q   So about 250,000 per month? | 12:14:54 |
| 20 | MR. PLATZER: Same designation. | 12:14:58 |
| 21 | THE WITNESS: I have to check my financial, but | 12:14:59 |
| 22 | that ballpark probably is right. | 12:15:02 |
| 23 | BY MR. LEIBNITZ: | 12:15:03 |
| 24 | Q   Mr. Wang, which side of this case is more | 12:15:05 |
| 25 | important to Vobile's ongoing success -- victory by the | 12:15:22 |

Page 107