UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.

_____/

## SEALED ORDER

**THIS MATTER** is before the Court on Plaintiffs' Motion to File Documents Under Seal (DE 689). Upon consideration of the record and the Motion, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**DONE AND ORDERED** in chambers in Miami, Florida, this ___ day of December, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE