UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-20427-CIV-WILLIAMS

DISNEY ENTERPRISES, INC., *et al.*,

    Plaintiffs,

vs.

HOTFILE CORP., *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiffs' Proposed Schedule Regarding the Unsealing of Sealed Docket Entries Pursuant to the Court's Order of September 25, 2014 (DE 685). Upon a review of the record, the proposed schedule and supporting documents, and arguments heard at the September 25, 2014 hearing, and in accordance with applicable law, it is hereby **ORDERED AND ADJUDGED** that the Clerk shall **UNSEAL** all sealed entries in this matter on **February 8, 2021**.

In reaching this conclusion, the Court has weighed the parties' interests in maintaining the confidentiality of the sealed entries, including Plaintiffs' assertions that disclosure of the sealed information would undermine the effectiveness of their antipiracy systems and copyright enforcement abilities, as well as third-party Voible's argument that disclosure of the sealed data would unfairly put it at economic risk, against the presumption in favor of public access to court records. The Court finds that good cause exists to unseal the records one decade after the case was filed.

In accordance with Administrative Order 2014-69, the parties are responsible for notifying the Court if the documents to be unsealed contain personal identifiers and for

filing a redacted copy of any such documents to be unsealed. Any pending motions, including (DE 674) are **DENIED AS MOOT.**

**DONE AND ORDERED** in chambers in Miami, Florida, this 23rd day of February, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE